# EXHIBIT A

| SUBJECT | | | | | | | | | | | | | | | | | CROSS APPEAL NO. | CASE NUMBER OF 435 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CRIM. | PRIS. w/ | PRIS. w/out | 2255 w/ | 2255 w/out | SOC. SEC. | NLRB | P.C. DIV | P.C. FED | U.S. CIV | TAX COURT | BKCY | Oth Agcy Review | CIVIL RIGHTS | TAX D.C. | SCHOOL | CROSS APPEAL | | **81-7363** |
|  |  |  |  |  |  |  |  |  |  |  |  |  | xx |  |  |  |  |  |

CIRCUIT 5 APPEAL ___ FROM ___ Northern ___ DISTRICT OF ___ Georgia ___ AT ___ Atlanta

DATE DOCKETED ___ 81-04-29 ___ $65 FEE PAID ___ paid COA ___ JUDGE ___ Richard C. Freeman

DATE NOTICE OF APPEAL FILED ___ 81-04-29

D.C. DOCKET NUMBER ___ C81-199A

ELIZABETH B. DUNCAN, ET AL.,

                Plaintiffs - Appellees,

versus

36/F

DAVID B. POYTHRESS, ET AL.,

                Defendants - Appellants.

| APPEARANCE FILED—DATE | CODE | ATTORNEYS FOR APPELLANT | ARG |
|---|---|---|---|
|  |  | ARTHUR K. BOLTON, Attorney General, 132 State Judicial Building, |  |
| 5-7-81 | ✓ | Michael J. Bowers Asst       Atlanta, GA 30334 | ✓ |
| 5-7-81 | X | Patrick W. McKee |  |
| 5-6-81 | X | Don A. Langham |  |
|  |  | Robert S. Stubbs, II |  |
| 6-1-81 | X | Hamilton Lokey, 2500 Tower Pl., 3340 Peachtree Rd., N.E., Atlanta, | ✓ |
|  |  |          GA. 30026       266-2275 |  |

**CLOSED**

| APPEARANCE FILED—DATE | CODE | ATTORNEYS FOR APPELLEE | ARG |
|---|---|---|---|
|  |  | KATHLEEN KESSLER, 4064 Chippewa Place, NE, Atlanta, GA 30319 |  |
|  |  |                                                           404 457-8354 |  |
| 5-27-81 | X | WILLIAM F. RUCKER, 1400 Bank of South Building, 55 Marietta Street, |  |
|  |  |                      Atlanta, GA 30303      404-373-3331 |  |
| 5-27-81 | ✓ | WILLIAM B. HOLLBERG, 1750 Peachtree Street, NW, Suite 279, Atlanta, | GA ✓ |
|  |  |               404-874-9777                                                | 30309 |

TITLE: DUNCAN, et al, versus POYTHRESS, et al.

## 1. RECORD, EXHIBITS AND BRIEF INFORMATION — Filing:

| Date | Item | Notes |
|---|---|---|
| | Partial Record or Cert. List | |
| 5-20-81 | Record on Appeal | Trans du, No. of Vols. 4 |
| | Supp. Record | 5/15, No. of Vols. |
| | Second Supp. Record | No. of Vols. |
| | Exhibits | ☐ Env. ☐ Box ☐ Pkg. ☐ Roll |
| | Appendix | ☐ (P) ☐ (M) |
| | Former Appeal Record | |
| | Administrative Transcript | |
| | Briefing Notice Issd. | 5-21-81 |
| 5-22-81 | Brief for Appellant CE | 6-30-81 |
| | Brief for Appellant | |
| | Brief for Cr. Appellant | |
| 6-3-81 | Brief for Appellee CE | 6-3-81 |
| | Brief for Appellee | |
| | Brief for Cr. Appellee | |
| 6-9-81 | Reply Brief for Appellant (CE) | |
| | Supp. Brief for Appellant | |
| 6-29-81 | Supp. Brief for Appellees (CE) | |
| | Brief for Amicus | |
| | Intervenor | |
| | Rule 13(a) Certificate | |
| 5-27-81 | Record Excerpts CE | |
| 7-1-81 | Supp. Auth. (Appellant) CE | |

## 4. EXTENSION Flg. Motion for: — Order Fld. — Ext. to:

- Record, Trans.
- Appendix
- Appellant's Brief
- Appellant's Brief
- Appellant's Brief
- Appellee's Brief
- Appellee's Brief
- Appellee's Brief
- Reply Brief

## 5. CALENDAR INFORMATION

Rule 18 Notice Issued _____
Summary Panel: _____
5/13/81  Case Assigned for 6/25/81 in
☐ EB  ☐ W  ☐ E  ☑ Atlanta (Rm. 318)
Case Cont'd for Reassignment _____
Case Reassigned for _____ in
☐ EB  ☐ W  ☐ E  ☐
Hearing Panel: FMJ - JWH - Scott
6-25-81  Case Argued ☑ by Appellant ☑ by Appellee
Case Sub. w/o Arg. ☐ by Appellant ☐ by Appellee

## 2. MISCELLANEOUS FILINGS — Filing:

| Date | Item |
|---|---|
| 04-29-81 | Dup. Notice of Appeal and Clerk's Statement of Docket Entries |
| | Papers Trans. from Misc. No. |
| | Order of DC Ext. Time to File Record to |
| | Order of DC Granting Appeal IFP |
| | Order of DC Appointing Counsel |
| | Affidavit of Financial Status |
| | CJA 20 Issd./Voucher Recd. |
| | Notice of Election Rule 30(c) |
| | Appellant's Designation |
| | Appellee's Designation |
| | Designation |
| | Order to Show Cause |
| | Local Rule 9(b) Dismissal Order |
| | CJA 21 for Transcript |

## 6. OPINION INFORMATION ✓  SO.

9-28-81  Opinion Rendered
[JWH]  ☑ Affirmed
☐ Reversed
☐ Affd. in Pt.  ☑ P.C.  ☐ Conc. Spec.
☐ Vacated  ☑ Signed  ☐ Dis.
☐ Dismissed  ☐ Rule 21  ☐ Dis. in Pt.

Opinion Withdrawn _____

## 7. REHEARING INFORMATION

Mot. for Ext. - Ext. to: _____
Mot. for Ext. - Ext. to: _____
10-9-81  Petition for Rehearing (M) (J) Suggestion
☑ Appellants  ☐ Appellee  ☑ Reg.  ☑ En Banc
Petition for Rehearing _____
☐ Appellant  ☐ Appellee  ☐ Reg.  ☐ En Banc
Response of _____
11-18-81  Order Denying Rehearing
☐ Dissenting
☐ Opinion S9
☐ Order on Petition for Rehearing S9

## 3. AGENCY REVIEW CASES — Filing:

- Petition for Review of Order ( ) of
  ☐ NLRB  ☐ FPC  ☐
- Application for Enforcement — NLRB
- Answer to Application for Enforcement
- Cross Application for Enforcement

NO. **81-7363**

### 8. MOTIONS

| Filing Motion to or for: | | Response Filed By | Date | Granted | Denied | By Court | Clerk | Date |
|---|---|---|---|---|---|---|---|---|
| | Mandamus | | | | | | | |
| | Docket Appeal Out of Time | | | | | | | |
| | Reinstate Appeal | | | | | | | |
| | Stay Further Proceedings in CA | | | | | | | |
| 4/29/81 | Stay Pending Appeal *appellants* | | | | | | | 4/30/81 |
| | Injunction Pending Appeal | | | | | | | |
| | Consolidate Appeals | | | | | | | |
| | Leave to Appeal IFP | | | | | | | |
| | Bail Pending Appeal | | | | | | | |
| | Withdraw as Counsel | | | | | | | |
| | Appointment of Counsel | | | | | | | |
| | Leave to File Supp. Record | | | | | | | |
| | Hearing on Original Record | | | | | | | |
| | Hearing on Orig. Rec. & Typed Brief | | | | | | | |
| | Leave to File Typed Brief | | | | | | | |
| | Leave to File Brief in Excess Pgs. | | | | | | | |
| | Dismiss by Appellant | | | | | | | |
| | Dismiss by Appellee | | | | | | | |
| | Amicus Curiae | | | | | | | |
| | Leave to File Supp. Brief | | | | | | | |
| 11/20/81 | Stay of Mandate (Appellant) | Appellee | 11-25-81 | ✓ | | JWH | | 12-16-81 |
| | Recall of Mandate | | | | | | | |
| 4/29/81 | *Mot. to expedite appeal* | See S9 | | | | | | 5/12/81 |

### 9. OTHER DOCKET ENTRIES

| | |
|---|---|
| 4/30/81 | Flg. Order GRANTING appellants motion for stay pending appeal pending further consideration of appellants' motion. Appellees are directed to file a written response by 5/8/81. (JCG,PAK,JWH) |
| 5/8/81 | Flg. response of appellees to appellants' motion for stay pending appeal. |
| 5/11/81 | Flg. reply brief of appellants in support of motion for stay pending appeal and for expedited appeal. |
| 5/12/81 | Flg. Order that temporary stay granted on 4/30/81 is continued in effect pending appeal. The appeal is expedited and should be calendared for oral argument at the earliest avail. time. The Clerk will set an expedited briefing schedule. (JCG,PAK,JWH) |

#### CODE TO ENTRIES

- ARG — Argued
- CE — Clerk's Endorsement
- E — East Courtroom
- EB — En Banc Courtroom
- F — Flat
- H — Handwritten
- J — Sent to Judges
- L — Large
- M — Mimeo or Offset
- P — Printed
- PT — Preliminary Type
- S — Small
- S9 — See Section 9
- Sub — Submitted
- T — Typed
- W — West Courtroom

### 10. JUDGMENT OR MANDATE INFORMATION

| | |
|---|---|
| 10-13-81 | Bill of Costs — *appellants* |
| | Flg. & Entg. Judgment |
| | Issg. Copy of Jdgt. to Bd & Cnsl. |
| 11-18-82 | Jdgt. as Mdt. Issd. to Clerk |
| | Jdgt. as Mdt. Reissd. to Clerk |
| | Dismissal Issd. to Clerk |
| 11-22-82 | Record on Appeal Retd. to Clerk C4 *wg* |
| | Exhibits Retd. to Clerk |
| | Mandate Stayed to |

### 11. SUPREME COURT INFORMATION  No. 81-1055

| | |
|---|---|
| 4-09-82 *lp* | Preparing Proceedings on Certiorari 5 vols. |
| | Preparing Supp. Proceedings on Cert. |
| | Transmitting Orig. Exhibits to S.C. |
| | Order of S.C. - Ext. to |
| 12-17-81 | Notice of Flg. of Cert. Pet. on 12-4-81 |
| 2-26-82 | Order of S.C. ☐ Denied ☑ Granted 2-22-82 |
| | Notice of Denial of Pet. for Rehearing |
| | Opinion of S.C. dated |
| | Judgment of S.C. |
| 11-17-82 | Flg. order of S.C dismissing Pet. as improvidently granted. |

| Date | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Filings—Proceedings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Filings-Proceedings |
|---|---|
| 6-25-81 | MINUTE ENTRY: Court granted counsel for appellees leave to file supplemental brief restricted to opinion in Johnson v. Hood ~~(mentioned at oral argument by appellants' counsel) within 3 days,~~ serving opposing counsel. |