IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS DEMOCRATIC PARTY, DSCC, and DCCC<br>         Plaintiffs<br><br>v.<br><br>RUTH R. HUGHS, Texas Secretary of State<br><br>         Defendant | CIVIL ACTION NO.<br>SA-20-CV-08-OG |

**ORDER**

On January 31, 2020, Defendant filed her first motion to dismiss based on the claims and allegations in the Original Complaint. Docket no. 10. Thereafter, Plaintiffs amended their complaint, clarifying the claims and allegations in dispute. Docket no. 12. Defendant then filed her second motion to dismiss based on the claims and allegations in the Amended Complaint. Docket no. 13.

In light of the amended pleading, and the filing of the second motion to dismiss, Defendant's first motion to dismiss (docket no. 10) is DENIED as moot.

It is so ORDERED this __7th__ day of May, 2020.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE