## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS DEMOCRATIC PARTY; DSCC; DCCC, <br><br> Plaintiffs, <br><br> v. <br><br> RUTH R. HUGHS, in her official capacity as the Texas Secretary of State, <br><br> Defendant. | Civil Action No. 5:20-cv-00008-OLG <br><br><br> Related to *Stringer v. Cascos*, No. 5:16-cv-00257-OLG |

## DECLARATION OF EMILY BRAILEY IN SUPPORT OF PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C. § 1746, I, Emily Brailey, testify that:

1.      I am over the age of 18, am competent to testify, and declare the following facts based on my own personal knowledge.

2.      I am currently an associate with Perkins Coie LLP.

3.      I submit this declaration in support of Plaintiffs' Application for Preliminary Injunction.

4.      Attached as **Exhibit A** is a true and correct copy of an article written by Debra Cleaver, titled, "We Found a Way to Increase Voter Turnout in Texas, but Texas Isn't Interested," published by Medium on October 4, 2018, publicly available at https://medium.com/s/story/texas-rejected-1000s-of-legally-submitted-voter-registration-forms-days-before-the-deadline-d4dbc7fa8504.

5.      Attached as **Exhibit B** is a true and correct copy of a press release issued on October 4, 2018, by the Texas Secretary of State, titled "Secretary Pablos Reminds Texans to Exercise Caution When Registering to Vote," publicly available at https://www.sos.texas.gov/about/newsreleases/2018/100418.shtml.

6.      Attached as **Exhibit C** is a true and correct copy of an article written by James Barragan, titled, "Thousands of Texas voter registration applications filed using online tool could be invalid," published by The Dallas Morning News on October 4, 2018, publicly available at https://www.dallasnews.com/news/politics/2018/10/04/thousands-of-texas-voter-registration-applications-filed-using-online-tool-could-be-invalid/..

7.      Attached as **Exhibit D** is a true and correct copy of an article written by Matt Largey, titled, "Texas Says Vote.org Users' Registrations Aren't Valid. Travis County Says They Are," published by KUT 90.5 on October 4, 2018, publicly available at https://www.kut.org/post/texas-says-voteorg-users-registrations-arent-valid-travis-county-says-they-are.

8.      Attached as **Exhibit E** is a true and correct copy of a letter dated January 8, 2020, from Norma Carrillo, Chief Deputy of the Cameron County Department of Elections and Voter Registration, to Emily Brailey, an attorney at Perkins Coie LLP, in response to a request for public records. The letter attaches 127 pages of documents that respond to the request for public records.

9.      Attached as **Exhibit F** is a true and correct copy of an interview transcript of Bruce Elfant, published by Austin Tech Alliance on May 14, 2020, and publicly available at https://www.austintech.org/profile/bruce-elfant.

10.     Attached as **Exhibit G** is a true and correct copy of an article, titled, "Cameron Co. Elections Department aiming to increase voter registrations amid pandemic," published by

ValleyCentral.com on May 28, 2020, publicly available at https://www.valleycentral.com/news/local-news/cameron-co-elections-department-aiming-to-increase-voter-registrations-amid-pandemic/ .

11.   Attached as **Exhibit H** is a true and correct copy of an article written by Claire Osborn, titled, "U.S. Census: Texas again leads in population growth," published by Statesman on Dec. 24, 2018, publicly available at https://www.statesman.com/news/20181224/us-census-texas-again-leads-in-population-growth?template=ampart.

12.   Attached as **Exhibit I** is a true and correct copy of a spreadsheet created by the U.S. Census Bureau, titled, "Top 10 State in Numeric Growth, 2018 to 2019," made available online on April 1, 2020, publicly available at https://www.census.gov/content/dam/Census/newsroom/press-kits/2019/table2-states-numeric-growth.xlsx.

13.   Attached as **Exhibit J** is a true and correct copy of an article written by Justin McCarthy, titled, "High Enthusiasm About Voting in U.S. Heading into 2020," published by Gallup on November 7, 2019, publicly available at https://news.gallup.com/poll/268136/high-enthusiasm-voting-heading-2020.aspx?version=print.

14.   Attached as **Exhibit K** is a true and correct copy of an article written by Lydia Saad, titled, "Americans Remain Enthusiastic About 2020 Election," published by Gallup on March 6, 2020, publicly available at https://news.gallup.com/poll/287456/americans-remain-enthusiastic-2020-election.aspx?version=print.

15.   Attached as **Exhibit L** is a true and correct copy of an article written by Steve Benen, titled, "Polling sheds light on voter enthusiasm ahead of 2020 race," published by MSNBC

on May 22, 2020, publicly available at https://www.msnbc.com/rachel-maddow-show/polling-sheds-light-voter-enthusiasm-ahead-2020-race-n1212936.

16.     Attached as **Exhibit M** is a true and correct copy of a document written by The Center or Election Innovation and Research, titled, "New Voter Registrations in 2020," published on June 10, 2020, publicly available at https://electioninnovation.org/wp-content/uploads/2020/06/New_Voter_Registrations.pdf.

17.     Attached as **Exhibit N** is a true and correct copy of an article written by Julia Garcia and Jordan Ray, titled, "Coronavirus live updates: Texas sees highest single-day jump in COVID deaths since pandemic began," published by Houston Chronicle on July 23, 2020, publicly available at https://www.houstonchronicle.com/news/houston-texas/houston/article/coronavirus-live-updates-news-houston-area-15428290.php.

18.     Attached as **Exhibit O** is a true and correct copy of an article written by Nicole Cobler, titled "Hidalgo County orders residents who test positive to stay at home as coronavirus cases rise," published by Statesman on July 20, 2020, publicly available at https://www.statesman.com/news/20200720/hidalgo-county-orders-residents-who-test-positive-to-stay-at-home-as-coronavirus-cases-rise.

19.     Attached as **Exhibit P** is a true and correct copy of an article written by Alanis King, titled, "'The supervisor coughed in a coworker's direction as a joke': As coronavirus cases at the US Postal Service surpass 1,200, employees say a lack of supplies and care is putting them at risk," published by Business Insider on April 25, 2020, publicly available at https://www.businessinsider.com/postal-workers-usps-worry-for-their-safety-amid-coronavirus-pandemic-2020-4.

20.     Attached as **Exhibit Q** is a true and correct copy of an article titled, "North Texas USPS Employee Tests Positive for COVID-19," published by NBC News on March 31, 2020, publicly available at https://www.nbcdfw.com/news/coronavirus/north-texas-usps-employee-tests-positive-for-covid-19/2343060/.

21.     Attached as **Exhibit R** is a true and correct copy of Report Number 20-235-R20, published by the Office of the Inspector General on July 7, 2020, publicly available at https://www.uspsoig.gov/sites/default/files/document-library-files/2020/20-235-R20.pdf.

Respectfully Submitted,

Executed on July 23, 2020.

/s/ *Emily Brailey*
Emily Brailey
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
ebrailey@perkinscoie.com

# EXHIBIT A

# We Found a Way to Increase Voter Turnout in Texas, but Texas Isn't Interested

**M** **medium.com**/s/story/texas-rejected-1000s-of-legally-submitted-voter-registration-forms-days-before-the-deadline-d4dbc7fa8504

October 6, 2018

Featured Stories

## Contradicting its own election code, Texas rejects thousands of voter registration forms mere days before the deadline



Photo: Hill Street Studios/Blend Images/Getty Images

On August 30, Vote.org <u>rolled out the biggest upgrade</u> to our voter registration tool since 2016. Internally we refer to it as "esign" because it involves capturing electronic signatures and applying them to voter forms. Externally, we've effectively created "online" voter registration for citizens who can't register to vote online — either because they live in a state that doesn't have online voter registration, or because they don't have a driver's license.

This is nerdy, so bear with me:

- We realized certain states allow voters to submit their registrations by fax or email, which means that these states accept electronic signatures.
- We built a new feature on top of our existing voter registration tool that lets voters "sign" their forms by taking a picture of their signature.
- We then affix their signature to their voter registration form and allow them to submit their signed form via fax using the Vote.org fax API.
- For the voter, the process is entirely "online" in that they never need to print and mail a form.
- For the Local Election Office, nothing changes. They still receive a signed paper voter registration form, only this one is neatly typed and filled out properly.

Tools like this bring us one step closer to our vision of an electorate that is as diverse as the population at large. We launched this feature in Alaska, Colorado, District of Columbia, Kansas, and South Carolina. So far the tool has been used thousands of time without issue.

1/4

In late September we added support for Texas. Under Texas Election Code, citizens can register to vote via fax as long as they submit a copy of their voter registration form via mail within four business days. We rolled out this upgrade in four counties (Bexar, Cameron, Dallas, and Travis). Before turning on the upgrade, our General Counsel and our COO met with each of the county clerks in person and let them know to expect a large number of faxed forms with hard copies following within four business days. The tool has been used 2,400 times since launch.

On Tuesday, Rolando Pablos, the Texas Secretary of State, announced that they planned to reject all 2,400 lawfully submitted voter registration forms — only one week before the state's October 9th voter registration deadline.

Secretary Pablos was appointed by Governor Greg Abbott in 2016 and oversees Texas elections. We trust that he has read and is familiar with Texas Election Code. We were quite surprised when he called Vote.org — and the county election officials — and stated that the 2,400 forms must be rejected because they did not include an "original" signature.

> Sadly, this is part of a long history of voter suppression in Texas.

This directly contradicts the plain language found in Texas' Election Code, which expressly permits Texans to register by fax with a copy by mail. The election code says "copy," not "original." Copy and original are common words, with commonly understood meanings. They are not synonymous. We have asked the Secretary of State's office topoint to the section of Texas Election Code that states that only an original signature is acceptable. They are unable to do so because this language does not exist.

The position taken by Pablos' office is patently absurd. The Texas Election Code is written in plain language, and is not subject to interpretation. Any reasonable voter would interpret "you can fax in your form and mail a copy" to mean that you can do precisely that, and Pablos' office lacks the authority to say that where the law says one thing, it means the opposite.

Vote.org immediately disabled our esign feature in Texas and took steps to ensure that the 2,400 affected citizens will be registered to vote by the October 9th deadline.

1. We mailed paper voter registration forms to all 2,400 citizens in partnership with Register2Vote.org
2. We've emailed all 2,400 voters to let them know that paper forms are on the way, and that they can also print and mail their own forms if they don't want to wait.
3. Finally, we have sent text message to the voters as well.

Vote.org exists solely to increase turnout. The Texas Secretary of State does not appear to share this goal. He is actively choosing to reject thousands of lawfully submitted forms only days before the deadline, in a state with several highly competitive elections.

Sadly, this is part of a long history of voter suppression in Texas. Yesterday the Houston Chronicle and Dallas Morning News covered this incident and called attention to the state's history of low voter turnout, low registration rates, antiquated registration processes, and inconsistent administration of voting rules.

Vote.org strongly disagrees with the Secretary of State and is exploring all avenues of recourse. We suggest that the Secretary of State implement Online Voter Registration, a common sense solution to increase voter registration rates while reducing costs. There are no downsides to online voter registration — unless, of course, your goal is to suppress voter turnout. We hope that this isn't the case, and look forward to Texas joining the 38 other states that have taken steps to secure and modernize their voter registration solutions. In the meantime, we will do everything in our power to increase voter turnout in Texas — including pursuing legal action, should it come to that.

Texans deserve better than what happened yesterday. Hopefully the next crop of elected and appointed officials agree.

Clear eyes, full hearts, can't lose.







Written by

## **Debra Cleaver**

**Founder & CEO of VoteAmerica.com, Vote.org, and Long Distance Voter. Generally found hanging out at the intersection of technology and democracy.**

See responses (9)

## More From Medium

## **In Defense of the $300 Haircut**

The Champagne Of People



## What Can Giuliani Say and Will He?

Dina Doll in The Startup



## The Midterms Should Have Been a Lesson The Media Had Already Learned

Ben Butz-Weidner



## Goodbye Jeff: What does the end of this Sessions mean for Mueller?

Jay Jay



## TRIGGERED: How Donald Trump and other conservatives make you their stooge

Simon Black





# EXHIBIT B

**Election Outlook:** Secretary Hughs Encourages Texans To Vote Early, Observe Recommended Health Protocols, And Make Preparations To Cast A Ballot In July 14th Elections **|** More about Identification Requirements for Voting **|** What's on the Ballot? **|** Am I Registered to Vote? **|** Election Results **|** Voter Information **|** Voting Issues for Texas Evacuees Due to Natural Disasters **|** Texas Election Security Update

Home | About the Office | Press Releases | Site Index | Help | Contacts | En Español



Texas Secretary of State
Ruth R. Hughs

Elections          Business Services          Notary, Apostilles & Authentications          Rules & Open Meetings

International Relations          Forms & Other Services

**COVID-19 - As recommended precautions continue to increase for COVID-19, the James E. Rudder Building will be closed to visitors and customers beginning Wednesday, March 18, 2020. The Office of the Secretary of State is committed to continuing to provide services to ensure business and public filings remain available 24/7 through our online business service, <u>SOSDirect</u> or use the new <u>SOSUpload</u>. Thank you in advance for your patience during this difficult time. <u>Information on Testing Sites is now available.</u>**  X

About the Office

Secretary of State Biography

Deputy Secretary of State Biography

Press Releases

History of the Office

Constitutional Duties

Employment Opportunities

Procurement Opportunities

Publications

Contact Us

# Secretary Pablos Reminds Texans To Exercise Caution When Registering To Vote

Tweet Share2

October 4, 2018
Contact: <u>Sam Taylor</u>
512-463-6116

AUSTIN – Texas Secretary of State Rolando Pablos today issued the following statement and guidance to Texas voters regarding voter registration websites that purport to assist voters in registering to vote online in the State of Texas:

"We remind all eligible Texas voters that online voter registration is not available in the State of Texas. Any web site that misleadingly claims to assist voters in registering to vote online by simply submitting a digital signature is not authorized to do so. All Texas voters should be extremely cautious when handing over personal and sensitive information to any unknown third party. I urge voters to

always visit **VoteTexas.gov** for accurate information about registering to vote and voting in Texas. My office is committed to ensuring all Texans understand proper and legal procedures for registering to vote, and that all Texans who are eligible have the opportunity to submit valid registrations ahead of next week's October 9th deadline."

To verify your registration status, voters can visit the Texas Secretary of State's "Am I Registered?" tool.

Eligible Texans who are not already registered to vote may complete and print a voter registration application here, request an application from their county elections administrator, or obtain a voter registration application from, for example, a nearby public library. Once completed and signed, eligible Texas voters should submit the application to the county voter registrar in their county of residence. Completed voter registration applications must be postmarked by October 9th, 2018 in order to be accepted.

For a registration submitted to the county voter registrar by fax, a hard copy of the registration application must be received by the registrar within four business days after the faxed application is received.

If you have moved to a new address within the same county or have changed your name while remaining in the same county as your current registration, you can update your information online.

Texas voters who have been affected or displaced by Hurricane Harvey can learn more about voting issues for Texas Harvey evacuees here.

For more information regarding voter registration, polling locations, and identification requirements for voting, visit www.votetexas.gov.

### ###

- SOSDirect -Business Filings
- Business Copies and Certificates
- Uniform Commercial Code
- Texas Businesses Against Trafficking

- VoteTexas.gov - Voter Information
- Register to Vote **&** Voter I.D.
- Website Policies
- Open Records

- Texas.gov
- Contacts

- Statewide Search
- Texas Homeland Security
- Where the Money Goes
- Fraud Reporting
- Texas Veterans Portal



# EXHIBIT C

# Thousands of Texas voter registration applications filed using online tool could be invalid

**dallasnews.com**/news/politics/2018/10/04/thousands-of-texas-voter-registration-applications-filed-using-online-tool-could-be-invalid/

October 4, 2018

*Updated 12:58 p.m. on Wednesday to include a new statement from Secretary of State Rolando Pablos.*

AUSTIN — More than 2,000 Texans who registered to vote using an online tool provided by a California nonprofit could be in for a rude awakening on Election Day — they are not, in fact, officially registered.

In September, vote.org, which uses technology to increase voter turnout and bring more people into the political process, rolled out the tool to help Texans register for the November election. It was available in Dallas, Bexar, Cameron and Travis counties ahead of Tuesday's registration deadline.

Applications began rolling in, even from outside those four counties. But on Monday, the office of the secretary of state, the top elections administrator, told the nonprofit the applications submitted through it weren't valid because they didn't have original signatures.

In a statement on Wednesday, Secretary of State Rolando Pablos said: "We remind all eligible Texas voters that online voter registration is not available in the State of Texas. Any web site that misleadingly claims to assist voters in registering to vote online by simply submitting a digital signature is not authorized to do so. All Texas voters should be extremely cautious when handing over personal and sensitive information to any unknown third party."

He urged voters to check their registration status on the secretary of state's website, where they could also get more information on the elections.

On vote.org, applicants would answer questions that would auto-populate into a paper voter registration application. They would sign their name on a piece of paper, snap a photo of it and upload it to the online application.

The website would then fax and mail the application to elections administrators for processing. As long as the registrar received the mailed copy no later than the fourth day after the fax was received, the application should be valid, said Sarah Jackel, the

1/3

nonprofit's general counsel.

Jackel said her group has used the tool in Alaska, Colorado, Kansas, South Carolina and Washington, D.C., without any problems. The group did not consult with the Secretary of State before launching in Texas, which does not have online voter registration and has some of the strictest voter identification laws in the nation.

Thirty-eight other states offer online voter registration or will soon, according to the Brennan Center for Justice at NYU School of Law.

Sam Taylor, a spokesman for the secretary of state's office, said registration applications require original signatures. The applications filed through the vote.org process contained only copies of signatures — in the appended photos — which made them invalid.

Affixing digital signatures to applications is illegal in Texas, Taylor said, and creates a high risk for fraud and abuse. The secretary of state's office notified vote.org that it objected to the online registration tool, and the nonprofit shut it down Tuesday.

"We disagree with their interpretation, but we didn't want any further voters in this situation," Jackel said. "The secretary of state basically created this situation where voters are potentially being disenfranchised when they were following part of Texas election code to register."

Taylor said the secretary of state is advising counties that received the applications to notify residents that they are incomplete. To finish registering, they will have to return applications with an original signature within 10 days of receiving the notice.

"Even if that 10th-day deadline falls after that Oct. 9 deadline, they would still have 10 days to sign an actionable form," Taylor said. "It's not going to affect whether or not these people are going to be registered."

But that still leaves thousands of Texas voters, including some in Dallas, who mistakenly think they have completed their voter registration. The Dallas County elections administrator did not respond to a request for comment.

Executives at vote.org said they are sending printed applications with stamped envelopes to people who registered using their tool so they can complete them for free. Counties will also have to send notices, at a cost to taxpayers.

"We have to," said Jacquelyn F. Callanen, elections administrator for Bexar County, which received more than 100 applications through the vote.org online tool.

There is also concern that some voters simply won't return the notices.

"For every hundred of these that we send out, I don't know how many we're going to get back," said Bruce Elfant, the Travis County voter registrar. "We're crafting a letter that is as simple as 'sign this and send it back.' We're going to do everything we can to make these people whole. But we can't guarantee that they'll respond 100 percent."

Elfant, who estimates that Travis County received between 400 and 500 applications, said the snafu with vote.org's online tool was an "unfortunate misunderstanding."

He added: "If we had online voter registration, this problem would be solved. And a lot of others."

James Barragán. James Barragán covers Texas politics for The Dallas Morning News. He has covered immigration, public safety and voting rights and has traveled on assignment to the U.S. Supreme Court and Houston during Hurricane Harvey. Before joining The News in 2017, he worked for the Austin American-Statesman and The Los Angeles Times.

# EXHIBIT D

# Texas Says Vote.org Users' Registrations Aren't Valid. Travis County Says They Are.

kut.org/post/texas-says-voteorg-users-registrations-arent-valid-travis-county-says-they-are

By Matt Largey |
KUT



Gabriel C. Pérez KUT

State elections officials are warning people who think they registered to vote through the online service Vote.org that their registrations may not be valid. But Travis County election officials now say the registrations are valid, and that they will process them as they would any other application.

Texas does not have online voter registration. But if Travis County's reading of the law holds up, it could be a loophole that allows for de facto online registration.

Earlier this month, Vote.org started offering a tool that allowed someone to enter a name, address and other necessary information, which then populated a voter registration application. Users would then sign a piece of paper, take a photo of it and upload it to the site, which attached the signature photo to the application. Vote.org then faxed the form and mailed it to the county voter registrar.

The Texas Secretary of State — the state's top election official — now says registrations sent through the service are not valid.

"That's not allowed in Texas," Sam Taylor, a spokesperson for the Texas Secretary of State's office, said. "You can't affix a picture of a signature to an application. That opens up a wide range of possible fraud and abuse."

But in an interview today, Travis County Tax Assessor-Collector Bruce Elfant, the county's voter registrar, said his office's legal counsel advised him that state law allows for copies of voter registration forms to be submitted — and that he will process these registrations as valid.

He says he's received only a few hundred registrations through Vote.org.

Elfant said that if the applications were to be found invalid by a court, they could be completed with an original signature after the fact.

The Vote.org service was available only in certain counties — including Travis County. The group has discontinued the mechanism to fax and automatically mail voting applications in Texas. The service now requires you to print and sign the application by hand and mail it yourself.

As for folks who have already used the service, the Secretary of State is advising county registrars to send a notice to those potential voters that their registrations are incomplete and they must submit an application with an original signature within 10 days of getting the notice.

Taylor says that even if the 10th day is after the Oct. 9 voter registration deadline, those applications will still be considered valid.

*Have a question about elections in Texas? Ask it for our Texas Decides project below.*

# EXHIBIT E



REMI GARZA, CERA
ELECTIONS ADMINISTRATOR

January 8, 2020

Ms. Brailey,

Good afternoon, attached are the documents regarding Texas Public Information Act request that you requested. Please feel free to contact me if you have any questions or concerns.

1. Cameron County did not keep track of voter registration applications received from VOTE.ORG during years of 2016-2018.

2. Based on the applications we received during the November 2018 election registration period, we have copies of the incomplete voter applications submitted and returned to potential registrants due to "no signature" or citizenship questions that were not answered.

   Enclosed you will find the applications that are incomplete and were rejected with their appropriate letter, application copies have been redacted due to confidentiality purposes.

3. The only available information in our system are applications that were rejected and coded with "no signature" from 2016-2018 were 118. See attached report.

4. There is no communication via letters or e-mails with the former Texas Secretary of State Rolando Pablos or his agents regarding the rejection or acceptance of copies of voter registration forms or voter registration forms submitted by vote.org.

5. Please See #2.

6. As per our retention period 2016-2017 are no longer available, but see report on #3, which is includes letters for the year of 2018.

Norma Carrillo, Chief Deputy

**RESPONSE TO QUESTION # 2**

## Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

| Application previously submitted by fax at 25 Sep 2018 12:21 CDT |
|---|

| Are you a citizen of the United States of America? ☑ Yes ☐ No<br>Will you be 18 years old on or before election day? ☑ Yes ☐ No<br>**If you checked "No" in response to either of these questions, do not complete form.**<br>(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | This space for office use only.<br><br>NR# 13132113 |
|---|---|

| 1 | Mr.  Miss<br>Ms.  Mrs. | Last Name<br>**Cisneros** | First Name<br>**Enriqueta** | Middle Name(s) | (Suffix) |
|---|---|---|---|---|---|

| 2 | Home Address<br>**2575 Russell Dr** | Apt. or Lot #<br>**Apt 3B** | City/Town<br>**Brownsville** | State<br>**TX** | Zip Code<br>**78520** |
|---|---|---|---|---|---|

| 3 | Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
|---|---|---|---|---|

| 4 | Date of Birth<br><br>Month   Day   Year | 5 | Telephone Number (optional) | 6 | ID Number – (See item 6 in the instructions for your state) |
|---|---|---|---|---|---|

| 7 | Choice of Party<br>(see item 7 in the instructions for your State)<br>**Democratic Party** | 8 | Race or Ethnic Group<br>(see item 8 in the instructions for your State) |
|---|---|---|---|

| 9 | I have reviewed my state's instructions and I swear/affirm that:<br>■ I am a United States citizen<br>■ I meet the eligibility requirements of my state and subscribe to any oath required.<br>■ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States. | *Enriqueta Cisneros*<br>Please sign full name (or put mark) ▲<br><br>Date: 9 / 25 / 2018<br>Month   Day   Year |
|---|---|---|

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

| A | Mr.<br>Mrs.<br>Miss<br>Ms. | Last Name | First Name | Middle Name(s) | Suffix |
|---|---|---|---|---|---|

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| C | ■ Write in the names of the crossroads (or streets) nearest to where you live.<br>■ Draw an X to show where you live.<br>■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark. | NORTH ↑ |
|---|---|---|

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| D | |
|---|---|

## Mail this application to the address provided for your State.

Cameron County

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

Application previously submitted by fax at 26 Sep 2018 19:22 CDT

| | |
|---|---|
| Are you a citizen of the United States of America?  ☑ Yes  ☐ No<br>Will you be 18 years old on or before election day?  ☑ Yes  ☐ No<br>**If you checked "No" in response to either of these questions, do not complete form.**<br>(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | This space for office use only.<br>**NR# 13132100** |

**1** | Title | Last Name **Cisneros** | First Name **Marisela** | Middle Name(s) | Suffix

**2** | Home Address **540 Medford Ave** | Apt. or Lot # | City/Town **Brownsville** | State **TX** | Zip Code **78521**

**3** | Address Where You Get Your Mail If Different From Above | | City/Town | State | Zip Code

**4** | Date of Birth  ▓▓▓▓▓ <br>Month  Day  Year | **5** | Telephone Number (optional) | **6** | ID Number – (See item 6 in the instructions for your state)  ▓▓▓▓▓▓

**7** | Choice of Party<br>(see item 7 in the instructions for your State)<br>**No party** | **8** | Race or Ethnic Group<br>(see item 8 in the instructions for your State)

**9** | I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

*Marisela Cisneros*
Please sign full name (or put mark) ▲

Date: **9** / **26** / **2018**
Month  Day  Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

**A** | Title | Last Name | First Name | Middle Name(s) | Suffix

If you were **registered before** but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

**B** | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example
Route #2
● Grocery Store
Woodchuck Road
Public School ● X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

**Mail this application to the address provided for your State.**

Cameron County

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

Application previously submitted by fax at 25 Sep 2018 17:29 CDT

| Are you a citizen of the United States of America? | ☑ Yes ☐ No | This space for office only. |
|---|---|---|
| Will you be 18 years old on or before election day? | ☑ Yes ☐ No | **NR# 13132110** |

**If you checked "No" in response to either of these questions, do not complete form.**
(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.)

**1** | Mr. Miss Ms. Mrs. | Last Name **Cortes Masso** | First Name **Carlos** | Middle Name(s) | (Suffix)

**2** | Home Address **4885 Pablo Kisel Blvd** | Apt. or Lot # | City/Town **Brownsville** | State **TX** | Zip Code **78526**

**3** | Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

**4** | Date of Birth [redacted] Month Day Year | **5** | Telephone Number (optional) [redacted] | **6** | ID Number - (See item 6 in the instructions for your state) [redacted]

**7** | Choice of Party (see item 7 in the Instructions for your State) **Democratic Party** | **8** | Race or Ethnic Group (see item 8 in the Instructions for your State)

**9** | I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

Please sign full name (or put mark) ▲

Date: **9** / **25** / **2018**
Month  Day  Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name,** what was your name before you changed it?

**A** | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | Suffix

If you were **registered before but this is the first time you are registering from the address in Box 2,** what was your address where you were registered before?

**B** | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example

Route #2

● Grocery Store
Woodchuck Road

Public School ●     X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

Cameron County

# Voter Registration Application
### Before completing this form, review the General, Application, and State specific instructions.

Application previously submitted by fax at 28 Sep 2018 13:21 CDT

Are you a citizen of the United States of America? ☑ Yes ☐ No
Will you be 18 years old on or before election day? ☑ Yes ☐ No
**If you checked "No" in response to either of these questions, do not complete form.**
(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.)

This space for office use only.

**NR# 13132098**

| 1 | Title | Last Name | First Name | Middle Name(s) | Suffix |
|---|---|---|---|---|---|
| | | Diaz | Luisa | | |

| 2 | Home Address | Apt. or Lot # | City/Town | State | Zip Code |
|---|---|---|---|---|---|
| | 3102 Haine Dr | Apt 721 | Harlingen | TX | 78550 |

| 3 | Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
|---|---|---|---|---|
| | | | | |

| 4 | Date of Birth | 5 | Telephone Number (optional) | 6 | ID Number – (See item 6 in the instructions for your state) |
|---|---|---|---|---|---|
| | ▮▮▮▮ Month Day Year | | | | ▮▮▮▮ |

| 7 | Choice of Party (see item 7 in the instructions for your State) | 8 | Race or Ethnic Group (see item 8 in the instructions for your State) |
|---|---|---|---|
| | No party | | |

| 9 | I have reviewed my state's instructions and I swear/affirm that:<br>■ I am a United States citizen<br>■ I meet the eligibility requirements of my state and subscribe to any oath required.<br>■ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States. | *Luisa Diaz*<br>Please sign full name (or put mark) ▲<br><br>Date: 9 / 28 / 2018<br>Month  Day  Year |
|---|---|---|

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name,** what was your name before you changed it?

| A | Title | Last Name | First Name | Middle Name(s) | Suffix |
|---|---|---|---|---|---|
| | | | | | |

If you were **registered before but this is the first time you are registering from the address in Box 2,** what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| C | ■ Write in the names of the crossroads (or streets) nearest to where you live.<br>■ Draw an X to show where you live.<br>■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark. | | **NORTH ↑** |
|---|---|---|---|

Example
Route #2
● Grocery Store
Woodchuck Road
Public School ●
X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| D | |
|---|---|
| | |

## Mail this application to the address provided for your State.

Cameron County

# Voter Registration Application
**Before completing this form, review the General, Application, and State specific instructions.**

Application previously submitted by fax at 25 Sep 2018 12:08 CDT

| | |
|---|---|
| Are you a citizen of the United States of America? ☑ Yes ☐ No<br>Will you be 18 years old on or before election day? ☑ Yes ☐ No<br>**If you checked "No" in response to either of these questions, do not complete form.**<br>(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | This space for office use only.<br><br>NR# 13132104 |

**1** Mr. Miss Ms. Mrs.  | Last Name: **Donez** | First Name: **Joshua** | Middle Name(s) | (Suffix)

**2** Home Address: **27098 S Altas Palmas Rd** | Apt. or Lot # | City/Town: **Harlingen** | State: **TX** | Zip Code: **78552**

**3** Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

**4** Date of Birth — Month Day Year (redacted)  
**5** Telephone Number (optional)  
**6** ID Number – (See item 6 in the instructions for your state) (redacted)

**7** Choice of Party (see item 7 in the instructions for your State): **Democratic Party**  
**8** Race or Ethnic Group (see item 8 in the instructions for your State)

**9** I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

*Joshua Donez* (signature)
Please sign full name (or put mark) ▲

Date: **9** / **25** / **2018**
Month    Day    Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

**A** Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | Suffix

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

**B** Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example
Route #2
● Grocery Store
Woodchuck Road
Public School
X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

Cameron County

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

| Application previously submitted by fax at 26 Sep 2018 15:54 CDT |
|---|

| Are you a citizen of the United States of America? ☑ Yes ☐ No<br>Will you be 18 years old on or before election day? ☑ Yes ☐ No<br>**If you checked "No" in response to either of these questions, do not complete form.**<br>(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | This space for office use only.<br><br>**NR# 13132099** |
|---|---|

| 1 | Title | Last Name<br>Escobar | First Name<br>Jordan | Middle Name(s) | Suffix |
|---|---|---|---|---|---|

| 2 | Home Address<br>2402 N Ed Carey Dr | Apt. or Lot #<br>Apt 23 | City/Town<br>Harlingen | State<br>TX | Zip Code<br>78550 |
|---|---|---|---|---|---|

| 3 | Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
|---|---|---|---|---|

| 4 | Date of Birth<br>▮▮▮▮<br>Month  Day  Year | 5 | Telephone Number (optional)<br>▮▮▮▮ | 6 | ID Number – (See item 6 in the instructions for your state)<br>▮▮▮▮ |
|---|---|---|---|---|---|

| 7 | Choice of Party<br>(see item 7 in the instructions for your State)<br>No party | 8 | Race or Ethnic Group<br>(see item 8 in the instructions for your State) |
|---|---|---|---|

| 9 | I have reviewed my state's instructions and I swear/affirm that:<br>■ I am a United States citizen<br>■ I meet the eligibility requirements of my state and subscribe to any oath required.<br>■ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States. | *[signature]*<br>Please sign full name (or put mark) ▲<br><br>Date: 9 / 26 / 2018<br>Month  Day  Year |
|---|---|---|

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

| A | Title | Last Name | First Name | Middle Name(s) | Suffix |
|---|---|---|---|---|---|

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| C | ■ Write in the names of the crossroads (or streets) nearest to where you live.<br>■ Draw an X to show where you live.<br>■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark. | NORTH ↑ |
|---|---|---|



If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| D | |
|---|---|

## Mail this application to the address provided for your State.

Cameron County

## Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

Application previously submitted by fax at 28 Sep 2018 14:18 CDT

| | |
|---|---|
| Are you a citizen of the United States of America? ☑ Yes ☐ No | This space for office use only. |
| Will you be 18 years old on or before election day? ☑ Yes ☐ No | **NR# 13132097** |
| If you checked "No" in response to either of these questions, do not complete form. (Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | |

**1** | Title | Last Name **Mckeever** | First Name **Jessica** | Middle Name(s) **Johnstone** | Suffix

**2** | Home Address **23271 McGee Ct** | Apt. or Lot # | City/Town **Harlingen** | State **TX** | Zip Code **78552**

**3** | Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

**4** | Date of Birth ____ Month ____ Day ____ Year | **5** Telephone Number (optional) | **6** ID Number – (See item 6 in the instructions for your state) ▓▓▓▓▓▓

**7** | Choice of Party (see item 7 in the instructions for your State) **No party** | **8** Race or Ethnic Group (see item 8 in the instructions for your State)

**9** | I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

*[signature]*

Please sign full name (or put mark) ▲

Date: **9** / **28** / **2018**
Month  Day  Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

### Please fill out the sections below if they apply to you.

If this application is for a **change of name,** what was your name before you changed it?

**A** | Title | Last Name | First Name | Middle Name(s) | Suffix

If you were **registered before but this is the first time you are registering from the address in Box 2,** what was your address where you were registered before?

**B** | Street (or route and box number) **21394 krupla rd** | Apt. or Lot # | City/Town/County **Harlingen** | State **Texas** | Zip Code **78550**

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example
Route #2
● Grocery Store
Woodchuck Road
Public School
X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

Cameron County

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

Application previously submitted by fax at 25 Sep 2018 12:02 CDT

| | |
|---|---|
| Are you a citizen of the United States of America? ☑ Yes ☐ No<br>Will you be 18 years old on or before election day? ☑ Yes ☐ No<br>**If you checked "No" in response to either of these questions, do not complete form.**<br>(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | This space for office use only.<br>**NR# 13132108** |

**1** | Mr. Miss | Last Name **Patton** | First Name **Ronald** | Middle Name(s) **William** | (Suffix)
Ms. Mrs.

**2**
Home Address **473 Winterhaven Ln** | Apt. or Lot # | City/Town **Brownsville** | State **TX** | Zip Code **78526**

**3**
Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

**4** | Date of Birth [redacted] | | Telephone Number (optional) | **5**
Month  Day  Year

**6** | ID Number – (See item 6 in the instructions for your state) [redacted]

**7** | Choice of Party (see item 7 in the instructions for your State) **Republican Party** | **8** | Race or Ethnic Group (see item 8 in the instructions for your State)

**9**
I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

*Ronald W Patton*
Please sign full name (or put mark) ▲

Date: **9** / **25** / **2018**
Month  Day  Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

**A** | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | Suffix

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

**B** | Street (or route and box number) **10500 Patron Trail** | Apt. or Lot # | City/Town/County **Fort worth** | State **Texas** | Zip Code **76108**

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example
Route #2 | ● Grocery Store
Woodchuck Road
Public School | X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

Cameron County

## Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

```
Application previously submitted by fax at 25 Sep 2018 20:40 CDT
```

| Are you a citizen of the United States of America? | ☑ Yes ☐ No | This space for office use only. |
|---|---|---|
| Will you be 18 years old on or before election day? | ☑ Yes ☐ No | **NR# 13132111** |
| **If you checked "No" in response to either of these questions, do not complete form.** (Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | | |

| | Mr. Miss Ms. Mrs. | Last Name **Perez** | First Name **Alyssa** | Middle Name(s) | (Suffix) |
|---|---|---|---|---|---|
| **1** | | | | | |

| | Home Address **131 Acacia Dr** | Apt. or Lot # | City/Town **Brownsville** | State **TX** | Zip Code **78520** |
|---|---|---|---|---|---|
| **2** | | | | | |

| | Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
|---|---|---|---|---|
| **3** | | | | |

| | Date of Birth | | Telephone Number (optional) | ID Number - (See item 6 in the instructions for your state) |
|---|---|---|---|---|
| **4** | ████████ | **5** ████████ | **6** ████████ |
| | Month   Day   Year | | | |

| | Choice of Party (see item 7 in the instructions for your State) **No party** | Race or Ethnic Group (see item 8 in the instructions for your State) |
|---|---|---|
| **7** | | **8** |

| | I have reviewed my state's instructions and I swear/affirm that: |
|---|---|
| **9** | ■ I am a United States citizen <br> ■ I meet the eligibility requirements of my state and subscribe to any oath required. <br> ■ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States. |

████████ Please sign full name (or put mark) ▲

Date: **9** / **25** / **2018**
    Month   Day   Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

**If this application is for a change of name,** what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | Suffix |
|---|---|---|---|---|---|

**If you were registered before but this is the first time you are registering from the address in Box 2,** what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

**If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.**

| C | ■ Write in the names of the crossroads (or streets) nearest to where you live. <br> ■ Draw an X to show where you live. <br> ■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark. | NORTH ↑ |
|---|---|---|

Example:
Route #2 · ● Grocery Store · Woodchuck Road · Public School ● · X

**If the applicant is unable to sign,** who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| D | |
|---|---|

## Mail this application to the address provided for your State.

Cameron County

# Voter Registration Application
**Before completing this form, review the General, Application, and State specific instructions.**

Application previously submitted by fax at 25 Sep 2018 11:26 CDT

| Are you a citizen of the United States of America? | ☑ Yes  ☐ No | This space for office use only. |
|---|---|---|
| Will you be 18 years old on or before election day? | ☑ Yes  ☐ No | **NR# 13132107** |

If you checked "No" in response to either of these questions, do not complete form.
(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.)

**1** | Mr. Miss Ms. Mrs. | Last Name **perez** | First Name **efrain** | Middle Name(s) | (Suffix)

**2** | Home Address **15567 Jimenez Rd** | Apt. or Lot # | City/Town **San Benito** | State **TX** | Zip Code **78586**

**3** | Address Where You Get Your Mail If Different From Above | | City/Town | State **TX** | Zip Code

**4** | Date of Birth ▓▓▓▓  Month  Day  Year | **5** Telephone Number (optional) ▓▓▓▓ | **6** ID Number - (See item 6 in the Instructions for your state) ▓▓▓▓

**7** | Choice of Party (see item 7 in the instructions for your State) **Republican Party** | **8** Race or Ethnic Group (see item 8 in the instructions for your State)

**9** | I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

*Efrain Perez*
Please sign full name (or put mark) ▲

Date: **9** / **25** / **2018**
Month     Day     Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name,** what was your name before you changed it?

**A** | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | Suffix

If you were **registered before** but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

**B** | Street (or route or box number) **4886 Cavallo Way** | Apt. or Lot # | City/Town/County **Woodbridge** | State **Virginia** | Zip Code **22192**

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C** |
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example
Route #2
● Grocery Store
Woodchuck Road
Public School ●
X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D** |

## Mail this application to the address provided for your State.

Cameron County

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

Application previously submitted by fax at 26 Sep 2018 12:10 CDT

| Are you a citizen of the United States of America? | ☑ Yes ☐ No | This space for office use only. |
|---|---|---|
| Will you be 18 years old on or before election day? | ☑ Yes ☐ No | |

**If you checked "No" in response to either of these questions, do not complete form.**
(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.)

**NR# 13132112**

**1** | Mr. Miss Ms. Mrs. | Last Name **Torres** | First Name **Juan** | Middle Name(s) | (Suffix)

**2** | Home Address **2675 Las Brisas Blvd** | Apt. or Lot # | City/Town **Brownsville** | State **TX** | Zip Code **78520**

**3** | Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

**4** | Date of Birth ▓▓▓▓▓ Month Day Year

**5** | Telephone Number (optional)

**6** | ID Number – (See item 6 in the instructions for your state) ▓▓▓▓▓▓

**7** | Choice of Party (see item 7 in the instructions foy your State) **No party**

**8** | Race or Ethnic Group (see item 8 in the instructions for your State)

**9** | I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

Please sign full name (or put mark) ▲

Date: **9** / **26** / **2018**
Month   Day   Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

**A** | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | Suffix

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

**B** | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example
Route #2
● Grocery Store
Woodchuck Road
Public School
X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D**

## Mail this application to the address provided for your State.

Cameron County

# Voter Registration Application
### Before completing this form, review the General, Application, and State specific instructions.

`Application previously submitted by fax at 25 Sep 2018 12:17 CDT`

| Are you a citizen of the United States of America? | ☑ Yes ☐ No | This space for office use only. |
|---|---|---|
| Will you be 18 years old on or before election day? | ☑ Yes ☐ No | **NR# 13132102** |
| **If you checked "No"** in response to either of these questions, do not complete form. (Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | | |

| 1 | Mr. Miss Ms. Mrs. | Last Name **Wren** | First Name **Julia** | Middle Name(s) **Lee** | (Suffix) |
|---|---|---|---|---|---|

| 2 | Home Address **1314 Cottonwood Blvd** | Apt. or Lot # | City/Town **Harlingen** | State **TX** | Zip Code **78552** |
|---|---|---|---|---|---|

| 3 | Address Where You Get Your Mail If Different From Above **1001 s. Ed Carey dr.** | **149** | City/Town **Harlingen** | State **TX** | Zip Code **78552** |
|---|---|---|---|---|---|

| 4 | Date of Birth [redacted] Month   Day   Year | 5 | Telephone Number (optional) | 6 | ID Number – (See item 6 in the instructions for your state) [redacted] |
|---|---|---|---|---|---|

| 7 | Choice of Party (see item 7 in the instructions for your State) **No party** | 8 | Race or Ethnic Group (see item 8 in the instructions for your State) |
|---|---|---|---|

| 9 | I have reviewed my state's instructions and I swear/affirm that: ■ I am a United States citizen ■ I meet the eligibility requirements of my state and subscribe to any oath required. ■ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States. | *Julia Lee Wren* Please sign full name (or put mark) ▲ <br><br> Date: **9** / **25** / **2018** <br> Month   Day   Year |
|---|---|---|

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## *Please fill out the sections below if they apply to you.*

If this application is for a **change of name**, what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | Suffix |
|---|---|---|---|---|---|

If you were **registered before** but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) **4513 26 ave** | Apt. or Lot # | City/Town/County **Moline** | State **Illinois** | Zip Code **61625** |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| C | ■ Write in the names of the crossroads (or streets) nearest to where you live. ■ Draw an X to show where you live. ■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark. <br><br> Example <br> Route #2 ● Grocery Store <br> Woodchuck Road <br> Public School ● X | **NORTH ↑** |
|---|---|---|

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| D | |
|---|---|

## Mail this application to the address provided for your State.

Cameron County

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

Application previously submitted by fax at 21 Sep 2018 15:22 CDT

| | Are you a citizen of the United States of America? | ☐ Yes | ☐ No | This space for office use only. |
|---|---|---|---|---|
| | Will you be 18 years old on or before election day? | ☐ Yes | ☐ No | **NR# 13132187** |

**If you checked "No" in response to either of these questions, do not complete form.**
(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.)

| 1 | Mr. Miss Ms. Mrs. | Last Name **Baldwin** | First Name **Maisie** | Middle Name(s) | (Suffix) |
|---|---|---|---|---|---|

| 2 | Home Address **2700 Ruben Torres SR Blvd** | Apt. or Lot # **Apt 1328** | City/Town **Brownsville** | State **TX** | Zip Code **78526** |
|---|---|---|---|---|---|

| 3 | Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
|---|---|---|---|---|

| 4 | Date of Birth ___ Month Day Year | 5 | Telephone Number (optional) | 6 | ID Number – (See Item 6 in the instructions for your state) |
|---|---|---|---|---|---|

| 7 | Choice of Party (see Item 7 in the instructions for your State) **Democratic Party** | 8 | Race or Ethnic Group (see item 8 in the instructions for your State) |
|---|---|---|---|

| 9 | I have reviewed my state's instructions and I swear/affirm that: ▪ I am a United States citizen ▪ I meet the eligibility requirements of my state and subscribe to any oath required. ▪ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States. | *[signature]* Please sign full name (or put mark) ⬏ Date: **9** / **21** / **2018** Month Day Year |
|---|---|---|

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name,** what was your name before you changed it?

| A | Mr. Mrs. Miss Ms. | Last Name | First Name | Middle Name(s) | Suffix |
|---|---|---|---|---|---|

If you were **registered before** but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) **5207 NW 60th TERR** | Apt. or Lot # | City/Town/County **Kansas City** | State **Missouri** | Zip Code **64151** |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| C | ▪ Write in the names of the crossroads (or streets) nearest to where you live. ▪ Draw an X to show where you live. ▪ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark. | **NORTH** ↑ |
|---|---|---|

*Example:* Route #2 | ⊕ Grocery Store | Woodchuck Road | Public School ⊗ | X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| D | |
|---|---|

## Mail this application to the address provided for your State.

Cameron County

## Voter Registration Application
**Before completing this form, review the General, Application, and State specific instructions.**

Application previously submitted by fax at 22 Sep 2018 16:54 CDT

| | |
|---|---|
| Are you a citizen of the United States of America? ☐ Yes ☐ No <br> Will you be 18 years old on or before election day? ☐ Yes ☐ No <br> **If you checked "No" in response to either of these questions, do not complete form.** <br> (Please see state-specific instructions for rules regarding eligibility prior to age 18.) | This space for office use only. <br> **NR# 13132186** |

| | | | | |
|---|---|---|---|---|
| **1** | Mr.  Miss <br> Ms.  Mrs.   Last Name <br> **Hull** | First Name <br> **Lewis** | Middle Name(s) <br> **Prince** | (Suffix) <br> **Sr.** |

| | | | | | |
|---|---|---|---|---|---|
| **2** | Home Address <br> **840 Pine More Dr** | Apt. or Lot # | City/Town <br> **Brownsville** | State <br> **TX** | Zip Code <br> **78526** |

| | | | | |
|---|---|---|---|---|
| **3** | Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |

| | | | | |
|---|---|---|---|---|
| **4** | Date of Birth <br> ▨▨▨▨ <br> Month   Day   Year | **5** | Telephone Number (optional) | **6** ID Number – (See Item 6 in the instructions for your state) <br> ▨▨▨▨ |

| | | | |
|---|---|---|---|
| **7** | Choice of Party (see item 7 in the instructions for your State) <br> **No party** | **8** | Race or Ethnic Group (see item 8 in the instructions for your State) |

| | | |
|---|---|---|
| **9** | I have reviewed my state's instructions and I swear/affirm that: <br> ▪ I am a United States citizen <br> ▪ I meet the eligibility requirements of my state and subscribe to any oath required. <br> ▪ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States. | ▨▨▨▨ <br> Please sign full name (or put mark) ▲ <br> Date: **9** / **22** / **2018** <br> Month   Day   Year |

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

| | | | | |
|---|---|---|---|---|
| **A** | Mr. <br> Mrs. <br> Miss <br> Ms.   Last Name | First Name | Middle Name(s) | Suffix |

If you were **registered before** but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| | | | | |
|---|---|---|---|---|
| **B** | Street (or route and box number) <br> **2425 Barnard Rd** | Apt. or Lot # <br> **12C** | City/Town/County <br> **Brownsville** | State <br> **Texas** | Zip Code <br> **78521** |

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| | |
|---|---|
| **C** | ▪ Write in the names of the crossroads (or streets) nearest to where you live. <br> ▪ Draw an X to show where you live. <br> ▪ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark. <br><br> Example <br> ⊙ Grocery Store <br> Woodchuck Road <br> Public School ●    X | NORTH ⬆ |

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| | |
|---|---|
| **D** | |

## Mail this application to the address provided for your State.

# Voter Registration Application
**Before completing this form, review the General, Application, and State specific instructions.**

Application previously submitted by fax at 24 Sep 2018 15:57 CDT

| | |
|---|---|
| Are you a citizen of the United States of America? ☐ Yes ☐ No<br>Will you be 18 years old on or before election day? ☐ Yes ☐ No<br>**If you checked "No" in response to either of these questions, do not complete form.**<br>(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | This space for office use only.<br>**NR# 13132185** |

| 1 | Mr. Miss<br>Ms. Mrs. | Last Name<br>lartigue | First Name<br>Belinda | Middle Name(s) | (Suffix) |
|---|---|---|---|---|---|

| 2 | Home Address<br>653 Truman Dr | Apt. or Lot #<br> | City/Town<br>Brownsville | State<br>TX | Zip Code<br>78521 |
|---|---|---|---|---|---|

| 3 | Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |
|---|---|---|---|---|

| 4 | Date of Birth<br>████<br>Month  Day  Year | 5 | Telephone Number (optional)<br>████ | 6 | ID Number – (See item 6 in the instructions for your state)<br>████ |
|---|---|---|---|---|---|

| 7 | Choice of Party<br>(see Item 7 in the Instructions for your State)<br>Democratic Party | 8 | Race or Ethnic Group<br>(see Item 8 in the Instructions for your State) |
|---|---|---|---|

| 9 | I have reviewed my state's instructions and I swear/affirm that:<br>■ I am a United States citizen<br>■ I meet the eligibility requirements of my state and subscribe to any oath required.<br>■ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States. | ████ B. Lartigue ████<br>Please sign full name (or put mark) ▲<br><br>Date: 9 / 24 / 2018<br>Month  Day  Year |
|---|---|---|

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

| A | Mr.<br>Mrs.<br>Miss<br>Ms. | Last Name | First Name | Middle Name(s) | Suffix |
|---|---|---|---|---|---|

If you were **registered before** but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

| B | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |
|---|---|---|---|---|---|

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| C | ■ Write in the names of the crossroads (or streets) nearest to where you live.<br>■ Draw an X to show where you live.<br>■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark. | **NORTH** ↑ |
|---|---|---|

Example

Route #2

● Grocery Store
Woodchuck Road

Public School ●       X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| D | |
|---|---|

## Mail this application to the address provided for your State.

Cameron County

# Voter Registration Application
**Before completing this form, review the General, Application, and State specific instructions.**

Application previously submitted by fax at 21 Sep 2018  9:32 CDT

| | |
|---|---|
| Are you a citizen of the United States of America? ☐ Yes ☑ No<br>Will you be 18 years old on or before election day? ☐ Yes ☐ No<br>**If you checked "No" in response to either of these questions, do not complete form.**<br>(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | This space for office use only.<br>**NR# 13132184** |

**1** | Mr.  Miss<br>Ms.  Mrs. | Last Name **Lopez** | First Name **Michelle** | Middle Name(s) **Andrea** | (Suffix)

**2** | Home Address **14 Camaguey Ave** | Apt. or Lot # | City/Town **Brownsville** | State **TX** | Zip Code **78526**

**3** | Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code

**4** | Date of Birth ▓▓▓▓ Month Day Year | **5** Telephone Number (optional) ▓▓▓▓ | **6** ID Number – (See item 6 in the instructions for your state) ▓▓▓▓

**7** | Choice of Party (see item 7 in the instructions for your State) **No party** | **8** Race or Ethnic Group (see item 8 in the instructions for your State)

**9** | I have reviewed my state's instructions and I swear/affirm that:
- I am a United States citizen
- I meet the eligibility requirements of my state and subscribe to any oath required.
- The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States.

Please sign full name (or put mark) ▲

Date: 9 / 21 / 2018
Month  Day  Year

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## Please fill out the sections below if they apply to you.

If this application is for a **change of name**, what was your name before you changed it?

**A** | Mr.<br>Mrs.<br>Miss<br>Ms. | Last Name | First Name | Middle Name(s) | Suffix

If you were **registered before** but this is the first time you are registering from the address in Box 2, what was your address where you were registered before?

**B** | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

**C**
- Write in the names of the crossroads (or streets) nearest to where you live.
- Draw an X to show where you live.
- Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.

NORTH ↑

Example
Route #2
⊙ Grocery Store
Woodchuck Road
Public School ⊙
X

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

**D** |

## Mail this application to the address provided for your State.



**Cameron County**
**Department
of Elections
& Voter
Registration** ☑



**Office of the Elections Administrator**

**RESPONSE TO QUESTION # 2
LETTER SENT TO VOTERS**

*Remi Garza
Elections Administrator*

October 3, 2018

VUID: 2152213704
Idnumber: 13132113
Notice #: N859525

ENRIQUETA CISNEROS
2575 RUSSELL DR APT 3B
BROWNSVILLE TX 78520

|||||||||||||||||||||||||||||||||||

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-1      NOSG

n_rej_2s
120626

**1050 E. Madison St.**          **Post Office Box 3587**          **Brownsville, Texas 78523**
                 **Phone: 956/544-0809   Fax: 956/550-7298**

VUID: #:2152213704          Notice #: N859525          

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.


Remi Garza
Administrador de Elecciones



Cameron County
**Department of Elections & Voter Registration** ☑



## Office of the Elections Administrator

*Remi Garza*
*Elections Administrator*

October 3, 2018

VUID: 2150227971
Idnumber: 13132100
Notice #: N859501

MARISELA CISNEROS
540 MEDFORD AVE
BROWNSVILLE TX 78521

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-4     NOSG

n_rej_2s
120826

VUID: #:2150227971          Notice #: N859501          

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.


Remi Garza
Administrador de Elecciones





Cameron County
**Department
of Elections
& Voter ☑
Registration**

## Office of the Elections Administrator

*Remi Garza
Elections Administrator*

October 3, 2018

VUID: 2150227992
Idnumber: 13132110
Notice #: N859520

CARLOS CORTES MASSO
4885 PABLO KISEL BLVD
BROWNSVILLE TX  78526

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-5       NOSG

n_rej_2s
120828

1050 E. Madison St.           Post Office Box 3587           Brownsville, Texas 78523
                    Phone: 956/544-0809  Fax: 956/550-7298

VUID: #:2150227992          Notice #: N859520          

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.


Remi Garza
Administrador de Elecciones

n_rej_2s
120826





**Cameron County**
**Department**
**of Elections**
**& Voter**
**Registration** ☑

## Office of the Elections Administrator

*Remi Garza*
*Elections Administrator*

October 3, 2018

VUID: 2150227963
Idnumber: 13132098
Notice #: N859486

LUISA DIAZ
3102 HAINE DR APT 721
HARLINGEN TX  78550

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-7     NOSG

n_rej_2s
120826

1050 E. Madison St.                    Post Office Box 3587                    Brownsville, Texas 78523
Phone: 956/544-0809   Fax: 956/550-7298

VUID: #:2150227963          Notice #: N859486          

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.


Remi Garza
Administrador de Elecciones

n_rej_2s
120826



**Cameron County**
**Department**
**of Elections**
**& Voter** ☑
**Registration**



## Office of the Elections Administrator

*Remi Garza*
*Elections Administrator*

October 3, 2018

Idnumber: 13132104
Notice #: N859511

‖I‖II‖II‖IIII‖III‖III‖IIII‖II‖III‖III‖I

JOSHUA DONEZ
27098 S ALTAS PALMAS RD
HARLINGEN TX  78552

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-9      NOSG

n_rej_2s
120826

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
Phone: 956/544-0809  Fax: 956/550-7298

Notice #: N859511   

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.


Remi Garza
Administrador de Elecciones

n_rej_2s
120826





Cameron County
**Department of Elections & Voter Registration** ☑

## Office of the Elections Administrator

*Remi Garza*
*Elections Administrator*

October 3, 2018

VUID: 2150968741
Idnumber: 13132099
Notice #: N859499

JORDAN ESCOBAR
2402 N ED CAREY DR APT 23
HARLINGEN TX  78550

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-8     NOSG

n_rej_2s
120826

VUID: #:2150968741            Notice #: N859499        

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2s
120826





**Cameron County**
**Department of Elections & Voter Registration** ☑

## Office of the Elections Administrator

*Remi Garza*
*Elections Administrator*

October 3, 2018

VUID: 2133854451
Idnumber: 13132097
Notice #: N859483

JESSICA JOHNSTONE MCKEEVER
23271 MCGEE CT
HARLINGEN TX  78552

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-10      NOSG

n_rej_2s
120826

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
Phone: 956/544-0809   Fax: 956/550-7298

VUID: #:2133854451                 Notice #: N859483          

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.


Remi Garza
Administrador de Elecciones

n_rej_2s
120826



Cameron County
**Department
of Elections
& Voter
Registration** ☑



**Office of the Elections Administrator**

*Remi Garza
Elections Administrator*

October 3, 2018

VUID: 1169554485
Idnumber: 13132108
Notice #: N859517

RONALD WILLIAM PATTON
473 WINTERHAVEN LN
BROWNSVILLE TX  78526

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-6    NOSG

n_rej_2s
120826

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
Phone: 956/544-0809   Fax: 956/550-7298

VUID: #:1169554485            Notice #: N859517            

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.


Remi Garza
Administrador de Elecciones

n_rej_2s
120826



Cameron County
**Department of Elections & Voter Registration** ☑



## Office of the Elections Administrator

*Remi Garza*
*Elections Administrator*

October 3, 2018

VUID: 2150968756
Idnumber: 13132111
Notice #: N859522

ALYSSA PEREZ
131 ACACIA DR
BROWNSVILLE TX 78520

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-2      NOSG

n_rej_2s
120826

1050 E. Madison St.                    Post Office Box 3587                    Brownsville, Texas 78523
                          Phone: 956/544-0809   Fax: 956/550-7298

VUID: #:2150968756          Notice #: N859522          

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.


Remi Garza
Administrador de Elecciones

n_rej_2s
120826





**Cameron County**
**Department of Elections & Voter Registration** ☑

## Office of the Elections Administrator

*Remi Garza*
*Elections Administrator*

October 3, 2018

VUID: 1135125951
Idnumber: 13132107
Notice #: N859515

EFRAIN PEREZ
15567 JIMENEZ RD
SAN BENITO TX  78586

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-12     NOSG

n_rej_2s
120826

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
Phone: 956/544-0809   Fax: 956/550-7298

VUID: #:1135125951          Notice #: N859515          

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.


Remi Garza
Administrador de Elecciones





**Cameron County
Department
of Elections
& Voter
Registration** ☑

## Office of the Elections Administrator

*Remi Garza
Elections Administrator*

October 3, 2018

VUID: 2160112015
Idnumber: 13132112
Notice #: N859524

JUAN TORRES
2675 LAS BRISAS BLVD
BROWNSVILLE TX  78520

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-3    NOSG

n_rej_2s
120826

VUID: #:2160112015         Notice #: N859524         

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.


Remi Garza
Administrador de Elecciones

n_rej_2s
120826



Cameron County
**Department of Elections & Voter Registration** ☑



## Office of the Elections Administrator

*Remi Garza*
*Elections Administrator*

October 3, 2018

VUID: 2150227985
Idnumber: 13132102
Notice #: N859508

JULIA LEE WREN
1001 S ED CAREY DR UNIT# 149
HARLINGEN TX  78552

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-11    NOSG

n_rej_2s
120826

1050 E. Madison St.

Post Office Box 3587
Phone: 956/544-0809  Fax: 956/550-7298

Brownsville, Texas 78523

VUID: #:2150227985          Notice #: N859508          

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2s
120826





Cameron County
**Department
of Elections
& Voter ☑
Registration**

**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 3, 2018

Idnumber: 13132187
Notice #: N859794

MAISIE BALDWIN
2700 RUBEN M TORRES BLVD APT 1328
BROWNSVILLE TX  78526

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

✓ Citizenship question incomplete.
_____ First name or surname incomplete.
_____ Date of birth incomplete.
_____ Concise description of location of residence incomplete.
_____ Relationship of agent to applicant (if applicable).
_____ Did not check the box that you have not been issued a Texas Driver's License/Personal Identification or a Social Security number.
_____ You provided your driver's license or personal identification number but the number did not match the Department of Public Safety record. (____ Last name did not match DPS record. ____Date of Birth did not match DPS record. ____TDL number was not found.)
_____ The last four digits of the social security number did not match with the Social Security Administration records.
✓ Signature of applicant or agent not provided.
_____ Information on your application indicates you are ineligible for registration because you have not reached 17 years, 10 month of age.

Your voter registration application is considered incomplete. A copy of your voter registration application is enclosed. Please sign it where indicated and return it in the enclosed envelope as soon as possible. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza

1050 E. Madison St.         Post Office Box 3587         Brownsville, Texas 78523         ICAMPOS
                            Phone: 956/544-0809   Fax: 956/550-7298                    8885-2

n_rei_2s
120826

Notice #: N859794     

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

√ Respuesta a la pregunta sobre su ciudadanía.
_____ Su(s) nombre(s) de pila o apellido(s).
_____ Su fecha de nacimiento.
_____ Una descripción concisa de la ubicación de su residencia.
_____ El parentesco o relación (si existe) entre el/la solicitante y su representante.
_____ No marcó para especificar que usted no cuenta con una Licencia de Conducir de Texas/Identificación Personal o número de Seguro Social
_____ Proporcionó su licencia de conducir o cédula de identidad pero el número no corresponde con los del Departamento de Seguridad Pública. (___ El Apellido no correspondió con el del registro de DPS. ___La Fecha de Nacimiento no correspondió con el registro de DPS. ___No se encontró el Número de licencia de conducir de Texas.)
_____ Las cuatro últimas cifras de su número de seguro social no corresponden con los de la Administración del Seguro Social.
√ Falta la firma del/de la solicitante o de su representante.
_____ La información que aparece en su solicitud indica que Ud. no califica para inscribirse como votante porque aún no cumple 17 años con 10 meses de edad.

Su solicitud de inscripción electoral se considera incompleta. Adjunto una copia su solicitud de registro de votante. Porfavor de firmar donde indicamos y devuelvalo en el sobre adjunto tan pronto como sea posible. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

**Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.**

**Remi Garza**
**Administrador de Elecciones**

n_rej_2s
120626





**Cameron County**
**Department of Elections & Voter Registration**

### Office of the Elections Administrator

*Remi Garza*
*Elections Administrator*

October 3, 2018

Idnumber: 13132186
Notice #: N859792

LEWIS PRINCE HULL SR
840 PINEMORE DR
BROWNSVILLE TX 78526

#### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

___✓___ Citizenship question incomplete.
_____ First name or surname incomplete.
_____ Date of birth incomplete.
_____ Concise description of location of residence incomplete.
_____ Relationship of agent to applicant (if applicable).
_____ Did not check the box that you have not been issued a Texas Driver's License/Personal Identification or a Social Security number.
_____ You provided your driver's license or personal identification number but the number did not match the Department of Public Safety record. (___ Last name did not match DPS record. ___Date of Birth did not match DPS record. ___TDL number was not found.)
_____ The last four digits of the social security number did not match with the Social Security Administration records.
___✓___ Signature of applicant or agent not provided.
_____ Information on your application indicates you are ineligible for registration because you have not reached 17 years, 10 month of age.

Your voter registration application is considered incomplete. A copy of your voter registration application is enclosed. Please sign it where indicated and return it in the enclosed envelope as soon as possible. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza

1056 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523          n_rel_2s
                             Phone: 956/544-0809  Fax: 956/550-7298                8885-3          120826
                                                                                   ICAMPOS

Notice #: N859792   

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

_____ ✓  Respuesta a la pregunta sobre su ciudadanía.
_____  Su(s) nombre(s) de pila o apellido(s).
_____  Su fecha de nacimiento.
_____  Una descripción concisa de la ubicación de su residencia.
_____  El parentesco o relación (si existe) entre el/la solicitante y su representante.
_____  No marcó para especificar que usted no cuenta con una Licencia de Conducir de Texas/Identificación Personal o número de Seguro Social
_____  Proporcionó su licencia de conducir o cédula de identidad pero el número no corresponde con los del Departamento de Seguridad Pública. (___El Apellido no correspondió con el del registro de DPS. ___La Fecha de Nacimiento no correspondió con el registro de DPS. ___No se encontró el Número de licencia de conducir de Texas.)
_____  Las cuatro últimas cifras de su número de seguro social no corresponden con los de la Administración del Seguro Social.
_____ ✓  Falta la firma del/de la solicitante o de su representante.
_____  La información que aparece en su solicitud indica que Ud. no califica para inscribirse como votante porque aún no cumple 17 años con 10 meses de edad.

Su solicitud de inscripción electoral se considera incompleta. Adjunto una copia su solicitud de registro de votante. Porfavor de firmar donde indicamos y devuelvalo en el sobre adjunto tan pronto como sea posible. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

**Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.**

**Remi Garza**
**Administrador de Elecciones**

n_rej_2s
120826





**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 3, 2018

BELINDA LARTIGUE
653 TRUMAN DR
BROWNSVILLE TX 78521

Idnumber: 13132185
Notice #: N859790

**NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION**

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

✓ Citizenship question incomplete.
_____ First name or surname incomplete.
_____ Date of birth incomplete.
_____ Concise description of location of residence incomplete.
_____ Relationship of agent to applicant (if applicable).
_____ Did not check the box that you have not been issued a Texas Driver's License/Personal Identification or a Social Security number.
_____ You provided your driver's license or personal identification number but the number did not match the Department of Public Safety record. (___ Last name did not match DPS record. ___Date of Birth did not match DPS record. ___TDL number was not found.)
_____ The last four digits of the social security number did not match with the Social Security Administration records.
✓ Signature of applicant or agent not provided.
_____ Information on your application indicates you are ineligible for registration because you have not reached 17 years, 10 month of age.

Your voter registration application is considered incomplete. A copy of your voter registration application is enclosed. Please sign it where indicated and return it in the enclosed envelope as soon as possible. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza

n_rei_2s
120826

1050 E. Madison St.        Post Office Box 3587        Brownsville, Texas 78523     ICAMPOS
                            Phone: 956/544-0809   Fax: 956/550-7298                      8885-1

Notice #: N859790     

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

✓ Respuesta a la pregunta sobre su ciudadanía.
_____ Su(s) nombre(s) de pila o apellido(s).
_____ Su fecha de nacimiento.
_____ Una descripción concisa de la ubicación de su residencia.
_____ El parentesco o relación (si existe) entre el/la solicitante y su representante.
_____ No marcó para especificar que usted no cuenta con una Licencia de Conducir de Texas/Identificación Personal o número de Seguro Social
_____ Proporcionó su licencia de conducir o cédula de identidad pero el número no corresponde con los del Departamento de Seguridad Pública. ( ___ El Apellido no correspondió con el del registro de DPS. ___ La Fecha de Nacimiento no correspondió con el registro de DPS. ___ No se encontró el Número de licencia de conducir de Texas.)
_____ Las cuatro últimas cifras de su número de seguro social no corresponden con los de la Administración del Seguro Social.
✓ Falta la firma del/de la solicitante o de su representante.
_____ La información que aparece en su solicitud indica que Ud. no califica para inscribirse como votante porque aún no cumple 17 años con 10 meses de edad.

Su solicitud de inscripción electoral se considera incompleta. Adjunto una copia su solicitud de registro de votante. Porfavor de firmar donde indicamos y devuelvalo en el sobre adjunto tan pronto como sea posible. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista:  http://www.co.cameron.tx.us/administration/elections_voter_registration

**Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.**

**Remi Garza**
**Administrador de Elecciones**

n_rel_2a
120626





**Cameron County Department of Elections & Voter Registration** ☑

## Office of the Elections Administrator

*Remi Garza*
*Elections Administrator*

October 3, 2018

Idnumber: 13132184
Notice #: N859786

MICHELLE ANDREA LOPEZ
14 CAMAGUEY AVE
BROWNSVILLE TX  78526

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

- ✓ Citizenship question incomplete.
- _____ First name or surname incomplete.
- _____ Date of birth incomplete.
- _____ Concise description of location of residence incomplete.
- _____ Relationship of agent to applicant (if applicable).
- _____ Did not check the box that you have not been issued a Texas Driver's License/Personal Identification or a Social Security number.
- _____ You provided your driver's license or personal identification number but the number did not match the Department of Public Safety record. (___ Last name did not match DPS record. ___Date of Birth did not match DPS record. ___TDL number was not found.)
- _____ The last four digits of the social security number did not match with the Social Security Administration records.
- ✓ Signature of applicant or agent not provided.
- _____ Information on your application indicates you are ineligible for registration because you have not reached 17 years, 10 month of age.

Your voter registration application is considered incomplete. A copy of your voter registration application is enclosed. Please sign it where indicated and return it in the enclosed envelope as soon as possible. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza

n_ml_2s
120826

1056 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523          ICAMPOS
                        Phone: 956/544-0809  Fax: 956/550-7298                              8885-4

Notice #: N859786   

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

_✓_ Respuesta a la pregunta sobre su ciudadanía.
_____ Su(s) nombre(s) de pila o apellido(s).
_____ Su fecha de nacimiento.
_____ Una descripción concisa de la ubicación de su residencia.
_____ El parentesco o relación (si existe) entre el/la solicitante y su representante.
_____ No marcó para especificar que usted no cuenta con una Licencia de Conducir de Texas/Identificación Personal o número de Seguro Social
_____ Proporcionó su licencia de conducir o cédula de identidad pero el número no corresponde con los del Departamento de Seguridad Pública. (___El Apellido no correspondió con el del registro de DPS. ___La Fecha de Nacimiento no correspondió con el registro de DPS. ___No se encontró el Número de licencia de conducir de Texas.)
_____ Las cuatro últimas cifras de su número de seguro social no corresponden con los de la Administración del Seguro Social.
_✓_ Falta la firma del/de la solicitante o de su representante.
_____ La información que aparece en su solicitud indica que Ud. no califica para inscribirse como votante porque aún no cumple 17 años con 10 meses de edad.

Su solicitud de inscripción electoral se considera incompleta. Adjunto una copia su solicitud de registro de votante. Porfavor de firmar donde indicamos y devuelvalo en el sobre adjunto tan pronto como sea posible. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista:  http://www.co.cameron.tx.us/administration/elections_voter_registration

**Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.**

**Remi Garza**
**Administrador de Elecciones**

r_rej_24
120820

Notices Created by Notice Type     Page:   1

From: 01/01/2016    To: 12/31/2018

Selected Notice Type: INCNOSG

**REPORT**

**Incomplete signature**

| Idnumber | Name | Notice Id | Create | Mail | Return | Addr |
|---|---|---|---|---|---|---|
| 13131248 | AGUILAR, ALONDRA | 861034 | 10/09/18 | 10/09/18 | | M |
| 13096961 | ALANIZ, MARTHA NOEMI | 533357 | 08/01/16 | 08/01/16 | | M |
| 13117324 | ALFARO, JAVIER ALAN | 600497 | 10/04/17 | 10/06/17 | | M |
| 13133349 | ARAUJO, DIANE MONIQUE | 862495 | 10/12/18 | 10/12/18 | | M |
| 13134430 | ARELLANO, CARLOS | 865402 | 10/19/18 | 10/19/18 | | M |
| 13134429 | ARELLANO, RAQUEL R | 865399 | 10/19/18 | 10/19/18 | | M |
| 13092530 | ARMSTRONG, THOMAS BITLER SR | 520592 | 04/08/16 | 04/08/16 | | M |
| 13104458 | ARRELLANO, GREGORIA DELAFUENTE | 558563 | 11/22/16 | 11/23/16 | | M |
| 13106529 | AWAN, SADIA JAFFAR | 559057 | 11/28/16 | 11/28/16 | | M |
| 13132921 | AYALA, AYLA | 861033 | 10/09/18 | 10/09/18 | | M |
| 13074100 | BARRON CANO, LILIA SANJUANA | 518795 | 04/01/16 | 04/01/16 | | M |
| 13101319 | BORRAYO, AMANDA LEIGH | 545399 | 10/06/16 | 10/06/16 | | M |
| 13134230 | CARONA-SHAIKH, ROSIE SALAZAR | 864608 | 10/16/18 | 10/17/18 | | M |
| 13104466 | CASTILLO, LAURA LYDIA | 551965 | 10/18/16 | 10/18/16 | | M |
| 13117347 | CASTRO, LUCERITO | 600517 | 10/04/17 | 10/06/17 | | M |
| 13117268 | CAZARES, EDGAR EDUARDO | 600428 | 10/04/17 | 10/06/17 | | M |
| 13118877 | CEPEDA, CARMEN | 809418 | 11/20/17 | 11/21/17 | | M |
| 13132113 | CISNEROS, ENRIQUETA | 859525 | 10/02/18 | 10/03/18 | | M |
| 13132100 | CISNEROS, MARISELA | 859501 | 10/02/18 | 10/03/18 | | M |
| 13132110 | CORTES MASSO, CARLOS | 859520 | 10/02/18 | 10/03/18 | | M |
| 10392214 | CURRY, WENDELL REID | 562667 | 12/15/16 | 12/15/16 | 12/27/16 | M |
| 13106941 | DE LEON, GABRIELA ARACELY | 562656 | 12/15/16 | 12/15/16 | | M |
| 13106312 | DESANTIAGO, YOLANDA | 557984 | 11/18/16 | 11/23/16 | | M |
| 13132098 | DIAZ, LUISA | 859486 | 10/02/18 | 10/03/18 | | M |
| 13132104 | DONEZ, JOSHUA | 859511 | 10/02/18 | 10/03/18 | | M |
| 13132099 | ESCOBAR, JORDAN DANIELLE | 859499 | 10/02/18 | 10/03/18 | | M |
| 13088835 | ESPARZA, YESENIA YASMINE | 510411 | 02/19/16 | 02/19/16 | | M |
| 13116716 | ESTRADA, ELSA MARIE | 599490 | 09/28/17 | 09/30/17 | | M |
| 13097555 | ESTRADA, YARESSY JOANA | 534728 | 08/16/16 | 08/16/16 | | M |
| 13134435 | FONSECA, JOSE JR | 865408 | 10/19/18 | 10/19/18 | | M |
| 13117047 | GARAY, MARTHA DESIREE | 599775 | 10/02/17 | 10/05/17 | | M |
| 13117843 | GARCIA, JUAN G | 622124 | 10/16/17 | 10/18/17 | | M |
| 13121452 | GARZA, CRYSTAL | 853111 | 09/04/18 | 09/05/18 | | M |
| 13104892 | GARZA, ERMA | 554123 | 11/14/16 | 11/23/16 | | M |
| 13134431 | GARZA, JAIME ARTURO | 865403 | 10/19/18 | 10/19/18 | | M |
| 13094645 | GEORGE, TODD ALLEN | 527268 | 05/25/16 | 05/25/16 | | M |
| 13117204 | GONZALEZ, BIANCA NATALI | 600248 | 10/03/17 | 10/05/17 | | M |
| 13093608 | GONZALEZ, BRENDA | 524140 | 04/27/16 | 04/27/16 | | M |
| 13091987 | GONZALEZ, GRACIELA GARCIA | 519237 | 04/05/16 | 04/05/16 | | M |
| 13117317 | GONZALEZ, JESUS RAYMUNDO | 600491 | 10/04/17 | 10/06/17 | | M |
| 13098248 | GONZALEZ, MARISA PRISCILLA | 543758 | 10/04/16 | 10/04/16 | | M |
| 13117346 | GONZALEZ, YOANA GUADALUPE | 600514 | 10/04/17 | 10/06/17 | | M |
| 13134434 | GUIJARRO, BERTHA A | 865406 | 10/19/18 | 10/19/18 | | M |

**Incomplete signature**

| Idnumber | Name | Notice Id | Create | Mail | Return | Addr |
|---|---|---|---|---|---|---|
| 13123634 | HERRERA, MARIA EUGENIA | 834903 | 04/06/18 | 04/06/18 | | M |
| 13131134 | HOLT, LYDIA APRIL | 856774 | 09/26/18 | 09/27/18 | | M |
| 13091679 | IBARRA, EDUARDO | 518026 | 03/30/16 | 03/30/16 | | M |
| 13116718 | J.R, PEDRO | 599491 | 09/28/17 | 09/30/17 | | M |
| 13135212 | LECHUGA JAIME, MIGUEL | 868436 | 11/15/18 | 11/15/18 | | M |
| 10413375 | LEWIS, BETH AMY | 505622 | 01/28/16 | 01/28/16 | | M |
| 13088774 | LOYA, HANNAH ROSE | 510024 | 02/13/16 | 02/13/16 | | M |
| 13091582 | MANUEL, ALEXANDER WALLACE | 517605 | 03/29/16 | 03/29/16 | | M |
| 13104759 | MARTINEZ, ANGEL | 553357 | 11/01/16 | 11/01/16 | | M |
| 13095901 | MARTINEZ, OSCAR EUFEMIO | 531075 | 06/28/16 | 06/28/16 | | M |
| 13104793 | MARTINEZ, VICTORIA L | 553469 | 11/07/16 | 11/07/16 | | M |
| 13133346 | MARTINEZ, YIEDSEL MARIE | 862492 | 10/12/18 | 10/12/18 | | M |
| 13120331 | MATA, MARIA DE CANO | 823089 | 01/19/18 | 01/22/18 | | M |
| 13110677 | MCCAIN, ROBERT W | 581142 | 03/24/17 | 03/27/17 | | M |
| 13132097 | MCKEEVER, JESSICA JOHNSTONE | 859483 | 10/02/18 | 10/03/18 | | M |
| 13134406 | MCLAREN, YAFEN JULIE | 865250 | 10/18/18 | 10/19/18 | | M |
| 13117236 | MENDOZA, CYNTHIA VERONICA | 600286 | 10/03/17 | 10/05/17 | | M |
| 13098775 | MORA, ARMANDO | 538360 | 09/06/16 | 09/06/16 | 09/21/16 | M |
| 13090900 | MORALES, ANASTACIA | 515690 | 03/23/16 | 03/23/16 | | M |
| 13111450 | MORENO, ARNOLD JR | 583166 | 04/11/17 | 04/12/17 | | M |
| 13089063 | MUELLER, MATHEW LAWRENCE | 511364 | 03/07/16 | 03/08/16 | | M |
| 13098575 | OCHOA, CELESTINO | 538051 | 09/01/16 | 09/01/16 | | M |
| 13134433 | OZUNA, ALAN TROY | 865405 | 10/19/18 | 10/19/18 | | M |
| 13132108 | PATTON, RONALD WILLIAM | 859517 | 10/02/18 | 10/03/18 | | M |
| 13113067 | PENA, MANUEL ROSENDO | 589184 | 06/14/17 | 09/30/17 | | M |
| 13132111 | PEREZ, ALYSSA RENEE | 859522 | 10/02/18 | 10/03/18 | | M |
| 13132107 | PEREZ, EFRAIN | 859515 | 10/02/18 | 10/03/18 | | M |
| 13087954 | PERLA, ABIGAIL VASQUEZ | 506954 | 02/03/16 | 02/03/16 | | M |
| 13134432 | POULOS, GWENDOLYN PANAYILA | 865404 | 10/19/18 | 10/19/18 | | M |
| 13101256 | RAMIREZ, DAISY ROSE | 545234 | 10/06/16 | 10/06/16 | | M |
| 13111449 | RAMIREZ, LUIS GERARDO | 583165 | 04/11/17 | 04/12/17 | | M |
| 13106426 | RAMOS, RUBEN | 558565 | 11/22/16 | 11/23/16 | | M |
| 13098774 | RINCON, DIEGO A | 538359 | 09/06/16 | 09/06/16 | | M |
| 13117051 | RINZA, GRAELENY MIREYA | 599783 | 10/02/17 | 10/05/17 | | M |
| 13116577 | RIVERA, ALEJANDRO | 599261 | 09/27/17 | 09/30/17 | | M |
| 13111448 | RODRIGUEZ, ALFREDO SAUL | 583164 | 04/11/17 | 04/12/17 | | M |
| 13104465 | RODRIGUEZ, ARTURO | 551964 | 10/18/16 | 10/18/16 | | M |
| 13111447 | RODRIGUEZ, BLANCA EDITH | 583163 | 04/11/17 | 04/12/17 | | M |
| 13088773 | RODRIGUEZ, HERMAN ANDRES | 509964 | 02/13/16 | 02/13/16 | | M |
| 13109931 | RODRIGUEZ, JOSE DIAZ | 578828 | 03/03/17 | 03/03/17 | | M |
| 13091581 | RODRIGUEZ, RICHARD STILLMAN | 517600 | 03/29/16 | 03/29/16 | | M |
| 13132726 | RODRIGUEZ, VERONICA MICHELLE | 860456 | 10/08/18 | 10/09/18 | | M |
| 13125695 | ROE, CLIVE III | 841516 | 06/04/18 | 06/07/18 | | M |

## Incomplete signature

| Idnumber | Name | Notice Id | Create | Mail | Return | Addr |
|---|---|---|---|---|---|---|
| 13101320 | RUBIO VILLANUEVA, RAUL | 545400 | 10/06/16 | 10/06/16 | | M |
| 13101116 | SAENZ-CHAVEZ, ADRIANA | 862212 | 10/11/18 | 10/12/18 | | M |
| 13085397 | SALAS, PEDRO | 498319 | 01/13/16 | 01/13/16 | | M |
| 13073213 | SALINAS, STEPHANIE | 506249 | 01/31/16 | 01/31/16 | | M |
| 13134354 | SAN PEDRO, DONNIE | 865079 | 10/18/18 | 10/19/18 | | M |
| 13068052 | SUSTAYTA, SYLVIA V | 545232 | 10/06/16 | 10/06/16 | | M |
| 13097933 | TALAMANTES, ROGER | 536038 | 08/24/16 | 08/24/16 | | M |
| 13131133 | THOMAS, GEORGE JIM III | 856773 | 09/26/18 | 09/27/18 | | M |
| 13088673 | THORNELL, THOMAS W | 508526 | 02/07/16 | 02/07/16 | | M |
| 13085568 | TORRES, ASHLEY MARIE | 508532 | 02/07/16 | 02/07/16 | | M |
| 13132112 | TORRES, JUAN | 859524 | 10/02/18 | 10/03/18 | | M |
| 13119724 | TORRES, TOMASA | 818917 | 01/02/18 | 01/03/18 | | M |
| 13072477 | TOVAR, DIONY ESTEFANIA | 553496 | 11/10/16 | 11/23/16 | | M |
| 13109085 | TREVINO, STEPHANIE | 575894 | 01/30/17 | 01/30/17 | | M |
| 13090902 | TYLER, RONALD  JR | 515692 | 03/23/16 | 03/23/16 | | M |
| 13129389 | ULLOA, JESUS | 852009 | 08/23/18 | 08/23/18 | | M |
| 13117222 | VASQUEZ, IGNACIO | 600271 | 10/03/17 | 10/05/17 | | M |
| 13123635 | VASQUEZ, JUAN MIGUEL | 834904 | 04/06/18 | 04/06/18 | | M |
| 13087955 | VAZQUEZ, ALEJANDRA | 506965 | 02/04/16 | 02/04/16 | | M |
| 13102782 | VAZQUEZ-JIMENEZ, ANDRES DERREY | 548625 | 10/13/16 | 10/13/16 | | M |
| 13108810 | VEGA, ALYSSA NICOLE | 569991 | 01/19/17 | 01/19/17 | | M |
| 13090533 | VELA, GASPAR SOSA | 520260 | 04/07/16 | 04/07/16 | | M |
| 13102776 | VENTO, NORMA | 548622 | 10/13/16 | 10/13/16 | | M |
| 13100339 | VIERKE, CAROL B | 542130 | 09/28/16 | 09/28/16 | | M |
| 13093621 | VILLARREAL, MICHAEL ANDREW | 524159 | 04/27/16 | 04/27/16 | | M |
| 13102779 | VILLARREAL, VALENTINA | 548624 | 10/13/16 | 10/13/16 | | M |
| 13102631 | WAGNER, JANIE | 548335 | 10/12/16 | 10/12/16 | | M |
| 13097550 | WARREN, REX NELSON | 534717 | 08/16/16 | 08/16/16 | | M |
| 13087405 | WISK, TIM CALLAN | 505620 | 01/28/16 | 01/28/16 | | M |
| 13102599 | WISNOSKI, DESARAE MARIE | 548209 | 10/12/16 | 10/12/16 | | M |
| 13101321 | WISNOSKI, STEFAN | 545401 | 10/06/16 | 10/06/16 | | M |
| 13132102 | WREN, JULIA LEE | 859508 | 10/02/18 | 10/03/18 | | M |

**Total:**    **118**

**Grand Total:**    **118**





**RESPONSE TO QUESTION # 3**

Cameron County
**Department of Elections & Voter Registration**

**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 9, 2018

Idnumber: 13131248
Notice #: N861034

ALONDRA AGUILAR
119 S BERNAL DR
BROWNSVILLE TX  78521

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

> Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8997-1    NOSG

n_rai_2s
120826

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N861034 

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.


Remi Garza
Administrador de Elecciones

n_nij_2t
120626





Cameron County
**Department
of Elections
& Voter
Registration** ☑

**Office of the Elections Administrator**

*Remi Garza
Elections Administrator*

October 12, 2018

DIANE MONIQUE ARAJUO
674 TRUMAN DR
BROWNSVILLE TX  78521

Idnumber: 13133349
Notice #: N862495

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
9100-1      NOSG

n_rei_2s
120826

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
                    Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N862495 

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rel_2s
120826

 

**Cameron County**
**Department of Elections & Voter Registration** ☑

**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 19, 2018

CARLOS ARELLANO
16078 NOVEMBER DR
HARLINGEN TX  78552

Idnumber: 13134430
Notice #: N865402

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
9195-3      NOSG

n_rej_2s
120826

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
                    Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N865402     

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rel_2s
120826


Cameron County
**Department
of Elections
& Voter** ☑
**Registration**



## Office of the Elections Administrator

*Remi Garza
Elections Administrator*

October 19, 2018

RAQUEL R ARELLANO
16078 NOVEMBER DR
HARLINGEN TX  78552

Idnumber: 13134429
Notice #: N865399

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
9195-4      NOSG

n_rel_2s
120826

1050 E. Madison St.        Post Office Box 3587        Brownsville, Texas 78523
            Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N865399          

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_ml_2s
120826





**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 9, 2018

AYLA AYALA
7317 HOPE KING ST
BROWNSVILLE TX  78521

Idnumber: 13132921
Notice #: N861033

**NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION**

Notice is hereby given that your application for voter registration has been reviewed and does not
include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application
is enclosed. You must fill out all information on the application unless indicated as optional. If
your revised application is received within 10 days of this notice, your registration will become
effective 30 days from the date the original application was received. If the revised application is
received after 10 days of this notice, your registration will become effective 30 days after the
postmark of the revised application. If you submit a revised application and we are still unable to
verify your identification number, you will be accepted for voter registration, but you will be
required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote
and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact
your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8997-2        NOSG

n_rei_2s
120828

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
              Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N861033    

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_nd_2s
120826





**Cameron County**
**Department**
**of Elections**
**& Voter** ☑
**Registration**

**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 17, 2018

ROSIE SALAZAR CARONA-SHAIKH
1513 GABRIELS LANDING
HARLINGEN TX  78550

Idnumber: 13134230
Notice #: N864608

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
9160-1      NOSG

n_rej_2s
120826

1050 E. Madison St.        Post Office Box 3587        Brownsville, Texas 78523
Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N864608   

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rel_2s
120826


Cameron County
**Department
of Elections
& Voter
Registration** ☑



## Office of the Elections Administrator

*Remi Garza
Elections Administrator*

October 3, 2018

Idnumber: 13132113
Notice #: N859525

ENRIQUETA CISNEROS
2575 RUSSELL DR APT 3B
BROWNSVILLE TX 78520

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A copy of your voter registration application is enclosed. Please sign it were indicated and return it in the enclosed envelope as soon as possible. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-1      NOSG

n_rej_2s
120826

Notice #: N859525    

### AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto una copia su solicitud de registro de votante. Porfavor de firmar donde indicamos y devuelvalo en el sobre adjunto tan pronto como sea posible. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rel_2s
120826





**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 3, 2018

Idnumber: 13132100
Notice #: N859501

MARISELA CISNEROS
540 MEDFORD AVE
BROWNSVILLE TX  78521

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A copy of your voter registration application is enclosed. Please sign it were indicated and return it in the enclosed envelope as soon as possible. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-4      NOSG

n_rej_2s
120626

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
                        Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N859501      

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto una copia su solicitud de registro de votante. Porfavor de firmar donde indicamos y devuelvalo en el sobre adjunto tan pronto como sea posible. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rel_2s
120826





**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 3, 2018

Idnumber: 13132110
Notice #: N859520

CARLOS CORTES MASSO
4885 PABLO KISEL BLVD
BROWNSVILLE TX 78526

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A copy of your voter registration application is enclosed. Please sign it were indicated and return it in the enclosed envelope as soon as possible. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-5      NOSG

n_rel_2a
120626

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
                    Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N859520 

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto una copia su solicitud de registro de votante. Porfavor de firmar donde indicamos y devuelvalo en el sobre adjunto tan pronto como sea posible. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rel_2s
120826


Cameron County
**Department of Elections & Voter Registration** ☑



**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 3, 2018

Idnumber: 13132098
Notice #: N859486

LUISA DIAZ
3102 HAINE DR APT 721
HARLINGEN TX 78550

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A copy of your voter registration application is enclosed. Please sign it were indicated and return it in the enclosed envelope as soon as possible. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-7      NOSG

n_ral_2s
120826

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
                       Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N859486 

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto una copia su solicitud de registro de votante. Porfavor de firmar donde indicamos y devuelvalo en el sobre adjunto tan pronto como sea posible. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2s
120826





**Cameron County**
**Department**
**of Elections**
**& Voter ☑**
**Registration**

**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 3, 2018

Idnumber: 13132104
Notice #: N859511

JOSHUA DONEZ
27098 S ALTAS PALMAS RD
HARLINGEN TX  78552

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not
include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A copy of your voter registration
application is enclosed. Please sign it were indicated and return it in the enclosed envelope as soon
as possible. If your revised application is received within 10 days of this notice, your registration
will become effective 30 days from the date the original application was received. If the revised
application is received after 10 days of this notice, your registration will become effective 30 days
after the postmark of the revised application. If you submit a revised application and we are still
unable to verify your identification number, you will be accepted for voter registration, but you will
be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote
and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact
your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-9        NOSG

n_roi_2s
120826

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
                    Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N859511       

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto una copia su solicitud de registro de votante. Porfavor de firmar donde indicamos y devuelvalo en el sobre adjunto tan pronto como sea posible. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_24
120820





**Cameron County**
**Department**
**of Elections**
**& Voter** ☑
**Registration**

**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 3, 2018

Idnumber: 13132099
Notice #: N859499

JORDAN ESCOBAR
2402 N ED CAREY DR APT 23
HARLINGEN TX 78550

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A copy of your voter registration application is enclosed. Please sign it were indicated and return it in the enclosed envelope as soon as possible. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-8      NOSG

n_rej_2s
120826

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N859499   

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto una copia su solicitud de registro de votante. Porfavor de firmar donde indicamos y devuelvalo en el sobre adjunto tan pronto como sea posible. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rel_2s
120826





## Office of the Elections Administrator

*Remi Garza*
*Elections Administrator*

October 19, 2018

Idnumber: 13134435
Notice #: N865408

JOSE FONSECA JR
1710 BOBBY JONES DR
HARLINGEN TX  78552

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
9195-5      NOSG

n_rei_2s
120826

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
Phone: 956/544-0809  Fax: 956/550-7298

Notice #: N865408 

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2s
120826





## Office of the Elections Administrator

*Remi Garza*
*Elections Administrator*

September 5, 2018

CRYSTAL GARZA
34697 FM 1577
SAN BENITO TX 78586

Idnumber: 13121452
Notice #: N853111

**NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION**

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8642-1     NOSG

n_rej_2s
120826

1050 E. Madison St.              Post Office Box 3587              Brownsville, Texas 78523
Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N853111

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2a
120826





Cameron County
**Department of Election & Voter Registration** ☑

**Office of the Elections Administrator**

*Remi Garza
Elections Administrator*

October 19, 2018

Idnumber: 13134431
Notice #: N865403

JAIME ARTURO GARZA
3055 DUCK POND DR
BROWNSVILLE TX 78526

**NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION**

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
9195-1    NOSG

Notice #: N865403    

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rei_2s
120826



**Cameron County**
**Department of Elections & Voter Registration**



## Office of the Elections Administrator

*Remi Garza*
*Elections Administrator*

October 19, 2018

Idnumber: 13134434
Notice #: N865406

BERTHA A GUIJARRO
316 E 10TH ST
LOS FRESNOS TX  78566

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
9195-7        NOSG

n_rej_2s
120826

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
                    Phone: 956/544-0809  Fax: 956/550-7298

Notice #: N865406

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rel_2s
120826



Cameron County
**Department of Elections & Voter Registration**



**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

April 6, 2018

Idnumber: 13123634
Notice #: N834903

MARIA EUGENIA HERRERA
621 ORANGE LN
LAGUNA VISTA TX 78578

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

8145-1

MDIAZ
NOSG

Notice #: N834903      

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2s
120826





**Cameron County
Department
of Elections
& Voter
Registration** ☑

**Office of the Elections Administrator**

*Remi Garza
Elections Administrator*

September 27, 2018

Idnumber: 13131134
Notice #: N856774

LYDIA APRIL HOLT
902 S PALM COURT DR APT 7208
HARLINGEN TX 78552

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8806-1    NOSG

n_ntl_2s
120826

1050 E. Madison St.        Post Office Box 3587        Brownsville, Texas 78523
                    Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N856774

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.


Remi Garza
Administrador de Elecciones

n_rej_2s
120826


Cameron County
**Department of Elections & Voter Registration** ☑



**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

November 15, 2018

Idnumber: 13135212
Notice #: N868436

MIGUEL LECHUGA
1500 HAYES ST
BROWNSVILLE TX  78521

**NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION**

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
9310-1      NOSG

1050 E. Madison St.           Post Office Box 3587           Brownsville, Texas 78523
                        Phone: 956/544-0809  Fax: 956/550-7298

n_rel_2s
120626

Notice #: N868436

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_nt_2x
120826





Cameron County
**Department of Elections & Voter Registration** ☑

**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 12, 2018

Idnumber: 13133346
Notice #: N862492

YIEDSEL MARIE MARTINEZ
817 E DOVE AVE
HARLINGEN TX 78550

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
9100-3     NOSG

n_rel_2s
120826

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
                    Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N862492   

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2s
120826





Cameron County
**Department of Elections & Voter Registration** ☑

**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

January 22, 2018

Idnumber: 13120331
Notice #: N823089

MARIA CANO DE MATA
26727 MCCLOUD RD
HARLINGEN TX  78550

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
7776-1      NOSG

n_rel_2s
120826

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
                        Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N823089   

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2s
120826





**Cameron County**
**Department of Elections & Voter Registration** ☑

## Office of the Elections Administrator

*Remi Garza*
*Elections Administrator*

October 3, 2018

Idnumber: 13132097
Notice #: N859483

JESSICA JOHNSTONE MCKEEVER
23271 MCGEE CT
HARLINGEN TX  78552

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A copy of your voter registration application is enclosed. Please sign it were indicated and return it in the enclosed envelope as soon as possible. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-10     NOSG

n_rej_2s
120826

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
                  Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N859483   

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

> Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto una copia su solicitud de registro de votante. Porfavor de firmar donde indicamos y devuelvalo en el sobre adjunto tan pronto como sea posible. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2s
120828




**Cameron County
Department
of Elections
& Voter
Registration**

**Office of the Elections Administrator**

*Remi Garza
Elections Administrator*

October 19, 2018

VUID: 2133634327
Idnumber: 13134406
Notice #: N865250

YAFEN JULIE MCLAREN
137 OLEANDER DR
LAGUNA VISTA TX  78578

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
9189-1     NOSG

r_rej_26
120828

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
                      Phone: 956/544-0809   Fax: 956/550-7298

VUID: #:2133634327          Notice #: N865250          

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2s
123926





**Cameron County**
**Department
of Elections
& Voter**
**Registration**

*Remi Garza*
*Elections Administrator*

## Office of the Elections Administrator

October 19, 2018

ALAN TROY OZUNA
27837 MCLELLAND RD
HARLINGEN TX  78552

Idnumber: 13134433
Notice #: N865405

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
9195-8        NOSG

1050 E. Madison St.            Post Office Box 3587            Brownsville, Texas 78523
                         Phone: 956/544-0809   Fax: 956/550-7298

n_rej_2a
120026

Notice #: N865405          

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2s
120826





**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 3, 2018

RONALD WILLIAM PATTON
473 WINTERHAVEN LN
BROWNSVILLE TX  78526

Idnumber: 13132108
Notice #: N859517

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A copy of your voter registration application is enclosed. Please sign it were indicated and return it in the enclosed envelope as soon as possible. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-6      NOSG

n_rei_2s
120626

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
                  Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N859517    

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto una copia su solicitud de registro de votante. Porfavor de firmar donde indicamos y devuelvalo en el sobre adjunto tan pronto como sea posible. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2s
120826





**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 3, 2018

Idnumber: 13132111
Notice #: N859522

ALYSSA PEREZ
131 ACACIA DR
BROWNSVILLE TX  78520

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A copy of your voter registration application is enclosed. Please sign it were indicated and return it in the enclosed envelope as soon as possible. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-2      NOSG

n_rel_2s
120826

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
                    Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N859522 

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto una copia su solicitud de registro de votante. Porfavor de firmar donde indicamos y devuelvalo en el sobre adjunto tan pronto como sea posible. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2s
120628

 

Cameron County
**Department of Elections & Voter Registration** ☑

**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 3, 2018

Idnumber: 13132107
Notice #: N859515

EFRAIN PEREZ
15567 JIMENEZ RD
SAN BENITO TX  78586

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A copy of your voter registration application is enclosed. Please sign it were indicated and return it in the enclosed envelope as soon as possible. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-12        NOSG

n_rej_2a
120620

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
                    Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N859515   

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto una copia su solicitud de registro de votante. Porfavor de firmar donde indicamos y devuelvalo en el sobre adjunto tan pronto como sea posible. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene una pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2s
120820





Cameron County
**Department of Elections & Voter Registration** ☑

**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 19, 2018

Idnumber: 13134432
Notice #: N865404

GWENDOLYN PANAYILA POULOS
1613 SAM HOUSTON ST
HARLINGEN TX  78550

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
9185-2    NOSG

n_rel_2s
120826

Notice #: N865404   

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rnj_2s
120826


Cameron County
**Department of Elections & Voter Registration** ☑



## Office of the Elections Administrator

*Remi Garza*
*Elections Administrator*

October 9, 2018

Idnumber: 13132726
Notice #: N860456

VERONICA MICHELLE RODRIGUEZ
4925 N WESTGATE CIR
HARLINGEN TX  78552

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not
include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application
is enclosed. You must fill out all information on the application unless indicated as optional. If
your revised application is received within 10 days of this notice, your registration will become
effective 30 days from the date the original application was received. If the revised application is
received after 10 days of this notice, your registration will become effective 30 days after the
postmark of the revised application. If you submit a revised application and we are still unable to
verify your identification number, you will be accepted for voter registration, but you will be
required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote
and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact
your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8997-3      NOSG

n_rei_2s
120826

Notice #: N860456   

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2s
120826

 

Cameron County
**Department
of Elections
& Voter ☑
Registration**

**Office of the Elections Administrator**          *Remi Garza
Elections Administrator*

June 7, 2018

CLIVE ROE
3202 W EXPRESSWAY 83
WESLACO TX  78599

Idnumber: 13125695
Notice #: N841516

**NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION**

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

                Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

8381-1          MDIAZ
                NOSG

n_rej_2s
120826

**1050 E. Madison St.**          **Post Office Box 3587**          **Brownsville, Texas 78523**
               **Phone: 956/544-0809  Fax: 956/550-7298**

Notice #: N841516   

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rai_2s
120826





**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 12, 2018

ADRIANA SAENZ-CHAVEZ
6593 PINO BLANCO DR.
BROWNSVILLE TX 78526

Idnumber: 13101116
Notice #: N862212

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
9100-2    NOSG

n_rel_2s
120828

Notice #: N862212 

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2s
120626





**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 19, 2018

Idnumber: 13134354
Notice #: N865079

DONNIE SAN PEDRO
16695 AUTREY DR
HARLINGEN TX  78552

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
9183-1        NOSG

n_rei_2s
120826

1050 E. Madison St.         Post Office Box 3587         Brownsville, Texas 78523
Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N865079 

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2s
120826

 

**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

September 27, 2018

Idnumber: 13131133
Notice #: N856773

GEORGE JIM THOMAS III
902 S PALM COURT DR APT 7208
HARLINGEN TX  78552

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8806-2    NOSG

n_rel_2s
120826

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
Phone: 956/544-0809  Fax: 956/550-7298

Notice #: N856773   

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2s
120828





**Cameron County**
**Department of Elections & Voter Registration** ☑

**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 3, 2018

Idnumber: 13132112
Notice #: N859524

JUAN TORRES
2675 LAS BRISAS BLVD
BROWNSVILLE TX  78520

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A copy of your voter registration application is enclosed. Please sign it were indicated and return it in the enclosed envelope as soon as possible. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-3          NOSG

r_hl_2s
120826

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
                     Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N859524   

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto una copia su solicitud de registro de votante. Porfavor de firmar donde indicamos y devuelvalo en el sobre adjunto tan pronto como sea posible. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_nd_2s
120826





Cameron County
**Department of Elections & Voter Registration** ☑

**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

January 3, 2018

Idnumber: 13119724
Notice #: N818917

TOMASA TORRES
134 BOCA CHICA BLVD UNIT D-2
BROWNSVILLE TX  78520

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
7741-1        NOSG

n_rej_2s
120826

1050 E. Madison St.        Post Office Box 3587        Brownsville, Texas 78523
Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N818917   

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rel_2a
120826





Cameron County
**Department
of Elections
& Voter
Registration**

**Office of the Elections Administrator**

*Remi Garza
Elections Administrator*

August 23, 2018

Idnumber: 13129389
Notice #: N852009

JESUS ULLOA
5245 CLEARVIEW DR
BROWNSVILLE TX  78526

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8603-1     NOSG

r_rej_2s
120820

1050 E. Madison St.          Post Office Box 3587          Brownsville, Texas 78523
                    Phone: 956/544-0809   Fax: 956/550-7298

Notice #: N852009   

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2s
120826



**Cameron County
Department
of Elections
& Voter
Registration** ☑



### Office of the Elections Administrator

*Remi Garza
Elections Administrator*

April 6, 2018

Idnumber: 13123635
Notice #: N834904

JUAN MIGUEL VASQUEZ
621 ORANGE LN
LAGUNA VISTA TX  78578

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A blank voter registration application is enclosed. You must fill out all information on the application unless indicated as optional. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

MDIAZ
NOSG

8145-2

n_rej_2s
120826

Notice #: N834904      

## AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto otra solicitud para que la llene. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rej_2s
120826





**Office of the Elections Administrator**

*Remi Garza*
*Elections Administrator*

October 3, 2018

JULIA LEE WREN
1001 S ED CAREY DR UNIT# 149
HARLINGEN TX 78552

Idnumber: 13132102
Notice #: N859508

### NOTICE OF INCOMPLETE INFORMATION ON VOTER REGISTRATION APPLICATION

Notice is hereby given that your application for voter registration has been reviewed and does not include all information required:

Signature of applicant or agent not provided.

Your voter registration application is considered incomplete. A copy of your voter registration application is enclosed. Please sign it were indicated and return it in the enclosed envelope as soon as possible. If your revised application is received within 10 days of this notice, your registration will become effective 30 days from the date the original application was received. If the revised application is received after 10 days of this notice, your registration will become effective 30 days after the postmark of the revised application. If you submit a revised application and we are still unable to verify your identification number, you will be accepted for voter registration, but you will be required to show proof of identification the first time you go to the polls to vote.

For more information pertaining to the qualifications and requirements for registering to vote and/or voting, please visit the Secretary of State's website at: http://www.sos.state.tx.us or contact your voter registrar at: http://www.co.cameron.tx.us/administration/elections_voter_registration

If you have any questions regarding your registration, please contact me at (956) 544-0809.

Remi Garza
Elections Administrator

JCAMPOS
8871-11    NOSG

1050 E. Madison St.                Post Office Box 3587                Brownsville, Texas 78523
                          Phone: 956/544-0809   Fax: 956/550-7298

n_rej_2s
120826

Notice #: N859508   

**AVISO DE FALTA DE INFORMACIÓN EN UNA SOLICITUD DE INSCRIPCIÓN ELECTORAL**

Por este medio se le avisa que al revisar su solicitud de inscripción electoral se ha observado que faltan algunos datos requeridos.

Usted no ha proporcionado la información citada a continuación:

Falta la firma del/de la solicitante o de su representante.

Su solicitud de inscripción electoral se considera incompleta. Adjunto una copia su solicitud de registro de votante. Porfavor de firmar donde indicamos y devuelvalo en el sobre adjunto tan pronto como sea posible. Si dentro de los próximos 10 días esta oficina recibe la nueva solicitud con toda la información solicitada, su inscripción como votante entrará en vigor 30 días de haberse recibido la solicitud original. Si se recibe la solicitud revisada más de 10 días después del envío del presente aviso, su inscripción electoral entrará en vigor 30 días después de la fecha indicada en el matasellos del sobre de la solicitud revisada. Si entrega una solicitud revisada y aun así no logramos verificar su número de identidad, usted será aceptado para propósitos de inscripción electoral, pero se le requerirá mostrar prueba de identidad la primera vez que se presente a los sitios electorales para votar.

Para mayor información sobre calificaciones y requisitos para inscripción electoral y/o para votar, por favor visite la página Web de la Secretaría del Estado al http://www.sos.state.tx.us o comuníquese con su registrador de votantes con el número que se encuentra en esta lista: http://www.co.cameron.tx.us/administration/elections_voter_registration

Si tiene alguna pregunta sobre su solicitud, por favor comuníquese conmigo llamando al (956) 544-0809.

Remi Garza
Administrador de Elecciones

n_rel_2s
120826

# EXHIBIT F





## Interview with Travis County Tax Assessor Bruce Elfant

MAY 14, 2020  /  UNDER : ATA MEMBER PROFILE , ATA NEWS

In order to raise awareness of civics and government in Travis County, Austin Tech Alliance conducts periodic Q&A with our elected officials. Up this month: **Travis County Tax Assessor-Collector, Voter Registrar Bruce Elfant**

**How would you describe your work with Travis County?**

The Travis County Tax Office provides the following service





behalf of our residents;

– Collects more than $4.5 Billion in property taxes to fund 130 local governmental jurisdictions.

– Registers vehicles and transfers vehicle titles for more than 1.4 million vehicles in Travis County.

– Registers Travis County voters.

I am very proud of the services we provide and for encouraging our residents to pay property taxes and register their vehicles online. Hopefully Texans will also soon be able to register to vote online.

**What do you love about Travis County and what makes it unique?**

Travis County has such a wonderful mix of beauty, technology, state government, educational institutions, students, art, music and food.  We are certainly not without our challenges but there is no other place in Texas I would rather live.

**What does a day in the life of the Travis County Tax Assessor-Collector and Voter Registrar and how has it changed due to the coronavirus pandemic?**

Our office has been closed to the public since mid-March. Meetings with employees, customers and others which used to take place in person, now take place on one of the online platforms. Some Travis County Tax Office employees are able to work from home. My job is to work collaboratively with our department managers, other County departments, outside agencies and the Texas Legislature to ensure that we are able to provide our services efficiently and in accordance with State law.

**What challenges are you seeing the Travis County Tax Office encounter during the coronavirus pandemic and how do you plan to face them?**



While some of our services are able to be provided online or by mail or phone, the shelter in place orders have seriously curtailed title and voter registration services. Just as is the case with businesses, government entities, etc. all over the globe, we are having to innovate on a fast track. I am sure that many initiatives which come out of this horrible experience will significantly change our business operations and our lives, hopefully mostly for the better.

**Travis County hosted Texas' first virtual Volunteer Deputy Registrar (VDR) training this month. What is a VDR and why is it necessary to conduct VDR training during the coronavirus pandemic?**

Volunteer Deputy Registrars are individuals who are trained and sworn in by local voter registrars on behalf of the State of Texas to register voters. We are proud that Travis County has recruited the largest number of VDRs in Texas (more than 4,000) and that the Austin Tech Alliance is one of our great voter registration partners. Previously, we held in person VDR training sessions several times each month. When everything shut down we were forced to find other ways to recruit VDRs and register voters. The initial online VDR training was a real success and we are setting up a schedule for future training sessions.



**What did you learn from the process of conducting a virtual training? Do you plan to continue virtual training through and after the coronavirus pandemic?**

It's important that the training sessions be interactive and we took advantage of the chat feature to enable questions to be asked and answered. I expect we will also entertain live questions. So much of the learning occurs from the Q&A.

**What have you learned from nearly three decades of experience as a public servant?**

Just like in the business world, we have to always be looking for a better way to "build a mouse trap." We have to keep up with technology, customer services and HR best practices. Many good ideas come from the industry and association literature but I have also learned to listen carefully to our employees and customers for ways to improve our operations.

**Why is civic engagement important?**

Civic engagement is the engine of our democratic form of government. Those we elect and the decisions they make are only as good as the electoral and constituent input they receive. One example: I have lived in Austin since 1976. When I got here there was absolutely no traffic. Forty-four years later we are one of the most congested cities in the nation. During this time voter turnout in local elections sunk to 7% of registered voters. If more people had voted and held their elected representatives accountable over the last 4 decades, we might not be as congested today.

> It is our **right** and our **responsibility** as citizens to actively engage in the affairs of our community, state and nation.

**How might the upcoming 2020 Census affect your work in Austin and Travis County?**



The U. S. Census count determines the population counts to be used for redistricting and more than $800 Billion in Federal funding. The 2010 undercount in Travis County contributed ours being the largest county in the nation without a single congressional district (of the 5 districts we were carved in to), having the majority of the population. It's hard to get the attention of our members of Congress if they are not concerned about votes. An undercount means our community will have fewer dollars to respond to things like COVID-19 and less representation and a smaller voice in Congress.

It is critical that EVERY Travis County resident complete the 2020 Census. Each response is worth about $1,500 in federal funding per year for the next 10 years. Over the next decade, somewhere around $21 Billion is at stake for Travis County. If you have not done so, PLEASE go to mycensus.gov. and BE COUNTED!

**Finally, if you could have any famous Austinite, alive or passed, join you for a meal via video call, who would it be and why?**

This is a hard one. Emma Long, a woman who drank, smoked and cussed a lot, was the first woman to be elected to the Austin City Council back in the early 1950s. She emerged at a time  when it was inconceivable that women

or people of color could serve in public or private positions of power. Ms. Long lived long enough to witness the first minorities and gay citizens elected to Council and other positions in Austin. Emma's story is the story of the gradual but incomplete opening up of Austin to all its citizens.

Follow the Travis County Tax Office on twitter for up to date information.

Share This :  ☐  ☐  ☐  ☐  ☐

# STAY INFORMED

## Sign up for our email newsletter

Our goal is to keep Austin a tech-forward, tech-friendly city that attracts the most innovative people in the world. We value your participation and respect your privacy.

ATA  f  🐦  M

ABOUT    MEMBERS    NEWS    EVENTS    PROGRAMS    CONTACT    JOIN ATA

Website Donated By sitegoals

© 2020 Austin Tech Alliance. A 501(c)(6) nonprofit organization. All rights reserved. Terms Privacy

# EXHIBIT G

# Cameron Co. Elections Department aiming to increase voter registrations amid pandemic

**valleycentral.com**/news/local-news/cameron-co-elections-department-aiming-to-increase-voter-registrations-amid-pandemic/

May 28, 2020

CAMERON COUNTY, Texas (KVEO) — The pandemic has changed how elections departments can increase the number of registered voters.

In the past, organizations and county elections departments would visit schools and public functions to get the public to register to vote, however, the pandemic has not made that possible this year.

"It was literally getting a car stuck in the mud," said Remi Garza, Cameron County Elections Administrator.

Garza says their goal is to register 220,000 by the November election. Now, he mentions the department is not sure they will be able to meet that goal.

Cameron County currently has over 214,000 registered voters. While the county hasn't seen a decline, getting those numbers up is the challenge.

"What we try to do is to be more creative on how we're reaching out to people to let them know what their options are. We're trying to use social media we're trying to work with our volunteer deity registers who work with high schools to get the registration card to the individuals," he said.

Garza says they're hopeful.

"We think the potential for people to register is still out there and if and when the deadlines approach they're going to act on it and they're going to update their efforts," he explained.

To participate in the runoff election you have until June 15 to register.

For more information on registering to vote in Cameron County, click here





# EXHIBIT H

# U.S. Census: Texas again leads in population growth

**S** statesman.com/news/20181224/us-census-texas-again-leads-in-population-growth

By Claire
Osborn





## Population growth

Estimated population growth for Texas according to the U.S. Census Bureau.

**25,242,679**

**28,701,845**

30 *In millions*

Source: U.S. Census Bureau

GATEHOUSE MEDIA

Lone Star State still adds more people to its population than rest of U.S.

Although Texas added more people to its population than any other state in the past year, its growth rate has slowed, according to data from the latest U.S. Census figures.

The state added 379,128 people from July 1, 2017, to July 1, 2018, a growth of 1.3 percent compared with 1.4 percent in 2017, 1.6 percent in 2016 and 1.8 percent in 2015, said Lila Valencia, a senior demographer with the Texas Demographic Center.

1/3

"There are slightly fewer births this year than last year," Valencia said. "The impact of Hurricane Harvey could have made people move away or delay birth."

The top five states with the fastest rate of growth between July 1, 2017, and July 1, 2018, were all in the South and West, according to the U.S. Census data. Nevada and Idaho tied for first with a growth rate of about 2.1 percent; Utah was third with 1.9 percent; Arizona was fourth with 1.7 percent; and Florida was fifth with a growth rate of 1.5 percent.

The increase in Texas' population, however, means it is on track to gain about three congressional seats, depending on the gains or losses in other states, Valencia said. Texas has led the nation in increases to its population for every year since 2006, she said.

About half of the rise in population came from births, with the other half coming from people moving to the state, a trend in Texas since 2010, Valencia said. "We are a relatively young state, so we are able to add more people (from births) compared to some of the other states."

The median age in Texas in 2017 was 34.6 years, compared with 38 years for the entire country, she said.

U.S. Census numbers show Florida had the second-highest gain in population with 322,513 people. California had the third-most with a gain of 157,696, and Arizona was fourth at 122,770 people.

The Census numbers also showed that Puerto Rico lost the most people in the past year with a decrease of 129,848 residents. The island was hit by hard by Hurricane Maria in September 2017.

New York was the state that saw the largest population decrease, losing 48,510 people, followed by Illinois with a loss of 45,116 and West Virginia with a decrease of 11,216 people. Other states that lost population included Louisiana, Hawaii, Mississippi, Alaska, Connecticut and Wyoming, the U.S. Census said.

Lyndsay Hunsaker said she, her husband and their five children moved from West Virginia to Georgetown in Williamson County in the past year because of his job in the medical field. They could have moved to other states but chose Texas, Hunsaker said last week.

"The people here are friendly. The schools are great. And the weather is appealing," she said.

Williamson County has a lot of land available for new homes in Leander, Liberty Hill, Round Rock and Hutto, which helps attract people, said Cyndi Bell, the 2019 president of the Williamson County Association of Realtors.

"We are seeing a steady influx of people coming from states, including New York and California, coming for jobs and for changes in the tax code," she said.

Texas is popular because it's economically and culturally diverse, Valencia said. The state has jobs in several areas, including the health, energy and technology sectors, as well as the military, she said.

States in the Northeast and the Midwest have been losing population to western and southern states because people are moving to warmer climates and seeking jobs, Valencia said. A lot of manufacturing jobs in the Midwest have disappeared.

In May, the U.S. Census will release estimates about the population over the past year broken down into counties and metro areas. In June and July, it will release estimates about age, race, sex and deaths at the state and county level in the last year, Valencia said.

The U.S. Census will begin counting every resident in the country in 2020. The Constitution requires the census count to take place every 10 years.

# EXHIBIT I

| Top 10 States in Numeric Growth, 2018 to 2019 | | | | |
| --- | --- | --- | --- | --- |
| Rank | Geographic Area | April 1, 2010 (Estimates Base) | July 1, 2018 | July 1, 2019 | Numeric Growth |
| 1 | Texas | 25,146,091 | 28,628,666 | 28,995,881 | 367,215 |
| 2 | Florida | 18,804,564 | 21,244,317 | 21,477,737 | 233,420 |
| 3 | Arizona | 6,392,288 | 7,158,024 | 7,278,717 | 120,693 |
| 4 | North Carolina | 9,535,751 | 10,381,615 | 10,488,084 | 106,469 |
| 5 | Georgia | 9,688,729 | 10,511,131 | 10,617,423 | 106,292 |
| 6 | Washington | 6,724,540 | 7,523,869 | 7,614,893 | 91,024 |
| 7 | Colorado | 5,029,319 | 5,691,287 | 5,758,736 | 67,449 |
| 8 | South Carolina | 4,625,366 | 5,084,156 | 5,148,714 | 64,558 |
| 9 | Tennessee | 6,346,276 | 6,771,631 | 6,829,174 | 57,543 |
| 10 | Nevada | 2,700,677 | 3,027,341 | 3,080,156 | 52,815 |

Program by: Luke T. Rogers - US Census Bureau: Population Estimates Branch

Created by: /data/nat/v2019/highlights/december/d5/programs/dec_natst_v6.sas

# EXHIBIT J

NOVEMBER 7, 2019

# High Enthusiasm About Voting in U.S. Heading Into 2020

BY **JUSTIN MCCARTHY**



STORY HIGHLIGHTS

- 64% are "more enthusiastic" about voting compared with previous elections
- Reports of greater enthusiasm usually higher closer to Election Day

- Partisan gap in reports of enthusiasm for voting unusually narrow

---

WASHINGTON, D.C. -- Roughly two in three Americans (64%) say they are "more enthusiastic" about voting compared with previous elections, while 28% are "less enthusiastic" and 6% say they currently have the same level of enthusiasm as they have in the past. Americans' self-reported enthusiasm is among the highest Gallup has measured across presidential election years, similar to the levels recorded near the end of the 2004, 2008 and 2012 elections. Enthusiasm was more subdued in 2000 and 2016.



These data are from an Oct. 14-31 Gallup poll, taken just before the one-year marker leading up to the 2020 presidential election. Gallup has asked Americans about their comparative levels of excitement for voting at various times over election seasons since 2000.

Reports of greater levels of enthusiasm about voting were highest on average throughout the year in 2008 when majorities of Americans said they were more enthusiastic in most polls. Some of the *lowest* figures Gallup recorded were the two measures taken in 2016, in May and November of that year, when less than half of Americans reported being more enthusiastic.

# Reports of Greater Enthusiasm Usually Peak Closer to Election Day

That a solid majority of Americans currently report being more enthused about voting so long before the election is notable -- this measure usually registers its highest figures much closer to the election date.

On average, 52% of Americans have reported being more enthusiastic about voting when asked six months or more ahead of a presidential election, with 54% being more enthused between one and five months before an election. Reports of greater enthusiasm are highest less than one month before an election, at 61% on average.

U.S. Enthusiasm for Voting, Sorted by Distance From Election

|  | % More enthusiastic |
| --- | --- |
| **SIX MONTHS+ BEFORE ELECTION** | |
| 2019 Oct 14-31 | 64 |
| 2011 Nov 28-Dec 1 | 43 |
| 2011 Sep 15-18 | 48 |
| 2012 Feb 16-19 | 47 |
| 2008 Feb 8-10 | 62 |
| 2008 Jan 10-13 | 60 |
| 2004 Mar 26-28 | 51 |
| 2004 Jan 29-Feb 1 | 55 |
| 2000 Mar 10-12 | 37 |
| **Average** | **52** |
| **ONE TO FIVE MONTHS BEFORE ELECTION** | |
| 2016 May 18-22 | 46 |
| 2012 Jul 19-22 | 44 |
| 2008 Sep 5-7 | 62 |
| 2008 Jun 15-19 | 48 |
| 2004 Jul 30-Aug 1 | 67 |
| 2004 Jul 19-21 | 59 |
| 2012 Sep 24-27 | 53 |
| 2012 Aug 20-22 | 48 |
| 2008 Aug 30-31 | 51 |
| 2008 Aug 21-23 | 48 |
| 2004 Sep 3-5 | 64 |

| | |
|---|---|
| 2004 Aug 23-25 | 57 |
| **Average** | **54** |
| | |
| **LESS THAN ONE MONTH UNTIL ELECTION** | |
| 2016 Nov 1-6 | 47 |
| 2012 Nov 3-4 | 62 |
| 2008 Oct 31-Nov 2 | 65 |
| 2008 Oct 23-26 | 67 |
| 2008 Oct 10-12 | 60 |
| 2004 Oct 14-16 | 65 |
| **Average** | **61** |

GALLUP

If that pattern holds as Election Day 2020 draws near, then 2020 may set a new standard for voting enthusiasm.

# Enthusiasm Uptick Usually Higher Among Opposition Party -- But Not This Time

Currently, about two in three Republicans (66%) and Democrats (65%) report being more excited about voting than they were in previous elections. This differs from the typical pattern Gallup has seen over the years, whereby those who identify with the political party of the incumbent president have been *less* enthusiastic about voting than members of the opposing party. This is true whether that president is running for election or leaving office.

As Democratic President Bill Clinton was preparing to leave office, Republicans and Republican-leaning independents were more likely than Democrats and Democratic-leaning independents to express greater fervor for voting -- by 12 percentage points in both polls Gallup took leading up to the 2000 election.

This partisan gap was present throughout 2008 when Republican President George W. Bush's term was ending: Democrats were more likely to report an increase in their enthusiasm for voting than Republicans in all nine polls Gallup conducted that year.

And during both elections when Democratic President Barack Obama was in office,

Democrats expressed less enthusiasm for voting than Republicans. This was true during Obama's reelection campaign in 2012 as well as in the election to replace him in 2016 -- though the partisan gap narrowed just before Election Day 2016.



That Republicans and Democrats are now about equally likely to say they are more excited about voting in the upcoming 2020 election is uncommon, but not unprecedented: 2004 was a mixed bag. In that year, when a Republican was in the White House, Republicans were less likely to express enthusiasm about voting than Democrats in three of Gallup's seven polls leading up to the election that year, while they were more enthusiastic in one. In the remaining three polls, reports of increased enthusiasm were about equal among the two groups.

# Bottom Line

Given how much time remains before the 2020 presidential election, it's possible that Americans' reports of increased fervor for voting could soar even higher -- perhaps even reaching new heights in Gallup's 20-year trend. High voter turnout was reported in 2019 statewide elections in Virginia this week as well as in Kentucky, where turnout for a gubernatorial election in the Bluegrass State was at its highest in nearly a quarter of a

century. That comes on the heels of the increased voter participation in the 2018 midterm elections, the highest in a midterm election in over a century.

History would suggest that Democrats would be more keyed up to vote than Republicans, but that isn't the case in this early marker taken nearly a year before Election Day 2020. Though a lot can change in a year, the current politically polarized environment -- with added tensions from a congressional impeachment inquiry -- could be resulting in voters of all political stripes' sense that a lot is at stake in their upcoming vote.

_View complete question responses and trends_.

---

SURVEY METHODS ☐

Results for this Gallup poll are based on telephone interviews conducted Oct. 14-31, 2019, with a random sample of 1,506 adults, aged 18 and older, living in all 50 U.S. states and the District of Columbia. For results based on the total sample of national adults, the margin of sampling error is ±3 percentage points at the 95% confidence level. All reported margins of sampling error include computed design effects for weighting.

Each sample of national adults includes a minimum quota of 70% cellphone respondents and 30% landline respondents, with additional minimum quotas by time zone within region. Landline and cellular telephone numbers are selected using random-digit-dial methods.

RELEASE DATE: November 7, 2019

SOURCE: Gallup https://news.gallup.com/poll/268136/high-enthusiasm-voting-heading-2020.aspx

CONTACT: Gallup World Headquarters, 901 F Street, Washington, D.C., 20001, U.S.A

+1 202.715.3030

Copyright © 2016 Gallup, Inc. All rights reserved.

Gallup, Inc. maintains several registered and unregistered trademarks that include but may not be limited to: A8, Accountability Index, Business Impact Analysis, BE10, CE11, CE11 Accelerator, Clifton StrengthsExplorer, Clifton StrengthsFinder, Customer

Engagement Index, Customer Engagement Management, Dr. Gallup Portrait, Employee Engagement Index, Enetrix, Engagement Creation Index, Follow This Path, Gallup, Gallup Brain, Gallup Business Journal, GBJ, Gallup Consulting, Gallup-Healthways Well-Being Index, Gallup Management Journal, GMJ, Gallup Panel, Gallup Press, Gallup Tuesday Briefing, Gallup University, Gallup World News, HumanSigma, HumanSigma Accelerator, ICE11, I10, L3, ME25, NurseInsight, NurseStrengths, Patient Quality System, Performance Optimization, Power of 2, PrincipalInsight, Q12, Q12 Accelerator, Q12 Advantage, Selection Research, Inc., SE25, SF34, SRI, Soul of the City, Strengths Spotlight, Strengths-Based Selling, StatShot, StrengthsCoach, StrengthsExplorer, StrengthsFinder, StrengthsInsight, StrengthsQuest, SupportInsight, TX(R+E+R)=P3, TeacherInsight, The Gallup Path, The Gallup Poll, The Gallup School, VantagePoint, Varsity Management, Wellbeing Finder, Achiever, Activator, Adaptability, Analytical, Arranger, Belief, Command, Communication, Competition, Connectedness, Consistency, Context, Deliberative, Developer, Discipline, Empathy, Fairness, Focus, Futuristic, Harmony, Ideation, Includer, Individualization, Input, Intellection , Learner, Maximizer, Positivity, Relator, Responsibility, Restorative, Self-Assurance, Significance, Strategic, and Woo. All other trademarks are the property of their respective owners. These materials are provided for noncommercial, personal use only. Reproduction prohibited without the express permission of Gallup, Inc.

# EXHIBIT K

MARCH 6, 2020

# Americans Remain Enthusiastic About 2020 Election

BY **LYDIA SAAD**



STORY HIGHLIGHTS

- About six in 10 adults feel more enthusiastic about voting this year than usual
- Thought given to campaign also on high side for February of election year

- Republicans have edge on enthusiasm; Democrats, on thought to campaign

---

WASHINGTON, D.C. -- Americans' engagement with the 2020 presidential election remains relatively high, as 59% of U.S. adults, similar to the 63% recorded in January, say they feel more enthusiastic than usual about voting in this year's election.

Today's level of enthusiasm is similar to the early days of the 2008 primary season, when 62% felt more enthusiastic as highly popular presidential candidates in both parties were seeking their party's nod. By contrast, 55% were more enthusiastic at a comparable point in 2004, while fewer than half were this keen in February 2012 (47%), May 2016 (46%) and March 2000 (37%).

Additionally, two-thirds say they have given "quite a lot" of thought to the election, on the high end for February of presidential election years, although shy of the record high from 2008.

Americans' Voting Enthusiasm and Thought Given to the Election in Recent Presidential Election Years

Based on U.S. adults

| | Early in election year^ | End of election year^ | Change |
|---|---|---|---|
| | % | % | pct. pts. |
| **% More enthusiastic about voting** | | | |
| 2020 Feb 17-28 | 59 | -- | -- |
| 2016 May 18-22 | 46 | 47 | +1 |
| 2012 Feb 16-19 | 47 | 62 | +15 |
| 2008 Feb 8-10 | 62 | 65 | +3 |
| 2004 Jan 29-Feb 1 | 55 | 65 | +10 |
| 2000 Mar 10-12 | 37 | n/a | n/a |
| **% Given quite a lot of thought to election** | | | |
| 2020 Feb 16-29 | 67 | -- | -- |
| 2016 Jan 21-25 | 63 | 77 | +14 |
| 2012 Feb 16-19 | 61 | 78 | +17 |
| 2008 Feb 21-24 | 72 | 81 | +9 |
| 2004 Feb 16-17 | 60 | 84 | +24 |
| 2000 Feb 20-21 | 41 | 70 | +29 |

^ Dates shown are for Early in election year; End of election year dates are the latest available, from late October or early November

GALLUP

Of the four presidential elections held so far this century, enthusiasm increased in two as the campaign wore on (2004 and 2012) and not in the other two (2008 and 2016). By contrast, the amount of thought Americans give to presidential elections reliably increases as Election Day nears.

The latest poll was conducted Feb. 17-28, after the Iowa and New Hampshire contests, but before former Vice President Joe Biden's strong performance in South Carolina and on Super Tuesday.

# Republicans Currently Hold Edge in Election Enthusiasm

Enthusiasm for voting in 2020 is fairly high among Democrats and Republicans, although Republicans have the slight edge in the pre-Super Tuesday poll, as they did in most recent presidential election years at this point in the campaign.

Republicans are also expressing the most enthusiasm they have in the early months of any election since Gallup first measured this in 2000. The current 64% feeling more enthusiastic easily beats the prior high of 53% in 2012 and 2004 for this time of year.

Democrats' enthusiasm (58%), in turn, well exceeds where it stood at a slightly later point in 2016 (43% in May) and in February 2012 (45%) and March 2000 (33%). It matches the level recorded in January/February 2004 (59%) but is considerably lower than in February 2008 (79%).

U.S. Adults' Relative Enthusiasm for Voting in Presidential Elections

Compared to previous elections, are you more enthusiastic than usual about voting, or less enthusiastic?

| | Democrats/Democratic leaners | Republicans/Republican leaners | Democratic advantage |
|---|---|---|---|
| | % | % | pct. pts. |

| **Early in election year** | | | |
|---|---|---|---|
| 2020 Feb 17-28 | 58 | 64 | -6 |
| 2016 May 18-22 | 43 | 51 | -8 |
| 2012 Feb 16-19 | 45 | 53 | -8 |
| 2008 Feb 8-10 | 79 | 44 | +35 |
| 2004 Jan 29-Feb 1 | 59 | 53 | +6 |
| 2000 Mar 10-12 | 33 | 45 | -12 |
| **End of election year** | | | |
| 2016 Nov 1-6 | 48 | 51 | -3 |
| 2012 Nov 3-4 | 59 | 70 | -11 |
| 2008 Oct 31-Nov 2 | 73 | 59 | +14 |
| 2004 Oct 14-16 | 67 | 68 | -1 |

No end of election trend available for 2000

GALLUP

# What Does Voting Enthusiasm Signify?

While relative partisan enthusiasm for voting has been a <u>fairly reliable predictor of which political party will do better</u> in midterm congressional elections, the record has been more mixed in presidential elections.

- Stronger Democratic enthusiasm at the end of the 2008 campaign aligned with Obama's victory in that election; but a comparable Republican edge on the measure in 2012 did not portend a Republican victory.

- Republicans held nonsignificant leads on enthusiasm in 2004 and 2016, both years when Republicans prevailed in the Electoral College, if not the popular vote.

# What Explains One Party's Greater Enthusiasm?

Historically, in the early months of a campaign, there is not a clear relationship between the competitiveness of a nomination and party enthusiasm.

In some years when only one party had a competitive race for the nomination, that party was the more enthusiastic: Republicans in 2012 and Democrats in 2004. By contrast, although

President Donald Trump is seeking reelection this year and Democrats are waging a nomination contest, Republicans are the more enthusiastic.

Two of the more lopsided years for enthusiasm featured an open race in both parties. This includes 2008, when Democrats were substantially more enthusiastic (+35 percentage points) as the Democratic field featured Hillary Clinton and Barack Obama battling for the nomination; and 2000, when Republicans held a 12-point edge in a year of low enthusiasm for both parties.

# As Expected, Democrats Slightly More Attentive to Election

Two-thirds of Americans (67%) have given quite a lot of thought to the 2020 election for president as of the late February survey, up from 61% in January.

The latest "thought" figure is higher than what Gallup recorded at a comparable point in most recent presidential elections, except for 2008, when 72% had given quite a lot of thought to the election.

Percentage of U.S. Adults Who Have Given "Quite a Lot" of Attention to the Election

How much thought have you given to the upcoming election for president -- quite a lot, or only a little?

|  | U.S. adults | Republicans | Independents | Democrats | Democratic vs. Republican advantage |
|---|---|---|---|---|---|
|  | % | % | % | % |  |
| 2020 Feb 16-29 | 67 | 70 | 58 | 76 | +6 |
| 2016 Jan 21-25 | 63 | 72 | 55 | 65 | -7 |
| 2012 Feb 16-19 | 61 | 75 | 52 | 60 | -15 |
| 2008 Feb 21-24 | 72 | 76 | 64 | 77 | +1 |
| 2004 Feb 16-17 | 60 | 62 | 51 | 67 | +5 |
| 2000 Feb 20- | 41 | 48 | 35 | 40 | -8 |

21

Selected trend based on date closest to mid-February in presidential election years

GALLUP

As would be expected at the start of a year, when only one party is engaged in a competitive race for their party's presidential nomination, members of that party group have given more thought to the election than members of the opposing party. Specifically, in February 2020, 76% of Democrats, compared with 70% of Republicans, say they have given "quite a lot" of thought to the upcoming election for president.

The six-point Democratic edge is comparable to that party's lead on this measure in 2004, the last time the Democrats were seeking to unseat an incumbent Republican president.

By the same token, in February 2012, when Republicans waged a competitive primary to decide the nominee who would face President Barack Obama in the fall, Republicans led in thought given to the election by 15 points.

In the two recent elections when both parties had an open race for the nomination, Republicans led on thought in January 2016, while the two parties were tied in February 2008.

Once the primary season is over and both parties are focused on the general election, this question will provide a better indication of potential voter turnout in the election.

# Bottom Line

Although only one party has an open race for its 2020 presidential nomination, Americans of both major party groups are giving a great deal of thought to the campaign and feel enthusiastic about the election relative to prior years. The numbers provide some insight into why Republican primary turnout has been so strong, despite the lack of a serious Trump challenger. And while Democratic turnout in the first states to vote has mostly fallen short of 2008, a high "enthusiasm" year, it has exceeded 2016 turnout, particularly on Super Tuesday.

Both parties will be focused on maintaining their voter energy into the fall, and Gallup's

"enthusiasm" and "thought given to the election" metrics will be one way to track how well that's working.

*View complete question responses and trends (PDF download)*.

*Learn more about public opinion metrics that matter for the 2020 presidential election at Gallup's 2020 Presidential Election Center*.

*Learn more about how the Gallup Poll Social Series works*.

---

SURVEY METHODS ☐

Results for this Gallup poll are based on telephone interviews conducted Feb. 17-28, 2020, with a random sample of 1,020 adults, aged 18 and older, living in all 50 U.S. states and the District of Columbia. For results based on the total sample of national adults, the margin of sampling error is ±4 percentage points at the 95% confidence level. All reported margins of sampling error include computed design effects for weighting.

Each sample of national adults includes a minimum quota of 70% cellphone respondents and 30% landline respondents, with additional minimum quotas by time zone within region. Landline and cellular telephone numbers are selected using random-digit-dial methods.

RELEASE DATE:   March 6, 2020

SOURCE:   Gallup https://news.gallup.com/poll/287456/americans-remain-enthusiastic-2020-election.aspx

CONTACT:   Gallup World Headquarters, 901 F Street, Washington, D.C., 20001, U.S.A

+1 202.715.3030

Copyright © 2016 Gallup, Inc. All rights reserved.

Gallup, Inc. maintains several registered and unregistered trademarks that include but may not be limited to: A8, Accountability Index, Business Impact Analysis, BE10, CE11, CE11 Accelerator, Clifton StrengthsExplorer, Clifton StrengthsFinder, Customer Engagement Index, Customer Engagement Management, Dr. Gallup Portrait, Employee Engagement Index, Enetrix, Engagement Creation Index, Follow This Path, Gallup, Gallup Brain, Gallup Business Journal, GBJ, Gallup Consulting, Gallup-Healthways Well-Being Index, Gallup Management Journal, GMJ, Gallup Panel, Gallup Press, Gallup Tuesday Briefing, Gallup

University, Gallup World News, HumanSigma, HumanSigma Accelerator, ICE11, I10, L3, ME25, NurseInsight, NurseStrengths, Patient Quality System, Performance Optimization, Power of 2, PrincipalInsight, Q12, Q12 Accelerator, Q12 Advantage, Selection Research, Inc., SE25, SF34, SRI, Soul of the City, Strengths Spotlight, Strengths-Based Selling, StatShot, StrengthsCoach, StrengthsExplorer, StrengthsFinder, StrengthsInsight, StrengthsQuest, SupportInsight, TX(R+E+R)=P3, TeacherInsight, The Gallup Path, The Gallup Poll, The Gallup School, VantagePoint, Varsity Management, Wellbeing Finder, Achiever, Activator, Adaptability, Analytical, Arranger, Belief, Command, Communication, Competition, Connectedness, Consistency, Context, Deliberative, Developer, Discipline, Empathy, Fairness, Focus, Futuristic, Harmony, Ideation, Includer, Individualization, Input, Intellection , Learner, Maximizer, Positivity, Relator, Responsibility, Restorative, Self-Assurance, Significance, Strategic, and Woo. All other trademarks are the property of their respective owners. These materials are provided for noncommercial, personal use only. Reproduction prohibited without the express permission of Gallup, Inc.

# EXHIBIT L

# Polling sheds light on voter enthusiasm ahead of 2020 race

msnbc.com/rachel-maddow-show/polling-sheds-light-voter-enthusiasm-ahead-2020-race-n1212936

May 22, 2020



Get the Msnbc newsletter.

<u>SUBSCRIBE</u>

May 22, 2020, 2:57 PM UTC

By Steve Benen

Fox News' latest national poll, released yesterday, asked a question worth paying attention to: "How motivated do you feel about voting in the presidential election?"

Overall, 62% of Americans said they're "extremely" motivated about voting in the fall, while an additional 20% described themselves as "very" motivated. Time will tell whether the electorate maintains this level of enthusiasm, and just how many of these eager voters actually make the effort of casting a ballot, but the data raises the prospect of unusually high voter engagement.

Get the msnbc newsletter.

In the United States, we haven't seen turnout above 60% in a presidential election in over a half-century. We haven't seen turnout anywhere close to 70% in 120 years. If the Fox poll reflects public attitudes accurately, and more than 8 in 10 Americans are either "extremely" or "very" motivated about voting this year, 2020 may very well set a new modern standard.

What was also surprising was the candidate who appears to benefit more from this dynamic.

> Some Democrats have worried about polling that shows Biden facing an enthusiasm gap, but the Fox news survey found that Biden leads 53 percent to 41 among voters who say they're extremely motivated to vote in November. Sixty-nine percent of Biden's supporters described themselves as extremely motivated, compared to 61 percent of Trump's supporters.

The conventional wisdom tends to point in the opposite direction: Donald Trump's followers are die-hard loyalists, the argument goes, who are counting down the days in anticipation of voting for the president they adore, while Joe Biden's supporters are more tepid, especially in the wake of a long Democratic primary featuring an enormous crowd of candidates.

Obviously, Fox News' poll is only one survey, and we'd need to see more data before drawing firm conclusions, but it's a quality poll suggesting that the conventional wisdom may have it backwards.

It also comes six months after there was unusually high turnout in Kentucky and Louisiana, where Democrats won gubernatorial races, and in Virginia, where Democrats took control of the state legislature.

It's an angle worth keeping an eye on.

# EXHIBIT M



# New Voter Registrations in 2020

The Center for Election Innovation and Research

June 10, 2020

In recent months, several states have experienced a remarkable decline in their new voter registration numbers. This trend is especially notable when compared with new voter registration numbers from the months leading up to the last presidential election in 2016.

The Center for Election Innovation and Research compiled official new voter registration for the spring of 2020 and compared them with figures from 2016. We procured official voter registration data directly from sources in Arizona, California, Colorado, Delaware, the District of Columbia, Florida, Georgia, Illinois, Maryland, North Carolina, Texas, Wisconsin, and Virginia.[1]

---

[1] Statistics for Arizona, California, Colorado, Delaware, Georgia, Illinois, North Carolina, and Texas, were obtained directly from state election offices. Data for the District of Columbia, Florida, Maryland, Virginia, and Wisconsin are publicly available. (Sources continued on next page.)



New Voter Registrations: 2016 vs. 2020 (AZ, CA, CO, DE, DC, FL, GA, IL, MD, NC, TX, VA)

Note: Only voters identified by these states as new registrants were included in our analysis. Due to changes in Wisconsin's data recording practices, 2020 voter registration numbers may include voters who have re-registered at their same address. For this reason, Wisconsin was excluded from our graphs. Graphs and additional information about data for all other individual states are available in the Appendix.

---

(Continued from previous page.) District of Columbia Board of Elections, "Voter Registration Statistics," https://www.dcboe.org/Data-Resources/Voter-Registration-Statistics; Florida Department of State, Division of Elections, "Voter Registration Reports," https://dos.myflorida.com/elections/data-statistics/voter-registration-statistics/voter-registration-reportsxlsx/; Maryland State Board of Elections, "Voter Registration Statistics," https://elections.maryland.gov/voter_registration/stats.html; Virginia Department of Elections, "Registration Statistics and Polling Places," https://www.elections.virginia.gov/resultsreports/registration-statistics/; Wisconsin Elections Commission, "Voter Registration Statistics," https://elections.wi.gov/publications/statistics/registration.

For each of the 13 jurisdictions studied, new voter registrations in January 2020 exceeded those from the same month in 2016. For six of the 13, this trend continued through February. However, in 11 states, totals in March 2020 began to show a substantial decrease from March 2016, and all 13 dropped in April.[2]

It is likely that much of the decline in new voter registrations can be attributed to distancing and closures related to the COVID-19 pandemic. Department of Motor Vehicle closures, limited in-person interactions, and a halt to large public gatherings have curbed traditional sources of registration such as motor-voter and get-out-the-vote registration drives.

Third-party groups often rely on door knocking campaigns and tables at public events to reach and enroll eligible voters. Without the possibility for widespread community interaction, many of these contact-based registration efforts have stalled.[3] Shuttering government offices has had similar consequences.

As DMV transactions have declined, registrations have dwindled. The plummet in new voter registrations is especially troubling in states which have implemented automatic voter registration (AVR) systems since 2016 (including California, Colorado, the District of Columbia, Georgia, Illinois, and Maryland). Under AVR, eligible voters are automatically registered at the DMV unless they "opt-out." This practice has added millions of eligible Americans to their state's voter rolls in recent years and should have led to this year's new voter registrations overshadowing those of 2016.

The virus' potential long-term impacts on voter registration are not yet clear. While new voter registration deficits may be difficult to overcome, they could spark a push to make up for lost time as states reopen. Long-time voters may also be affected, particularly as more voters choose the option of voting by mail. Without new address updates as a result of motor vehicle transactions, it may be difficult for voters to keep their contact information up-to-date. Accurate addresses are critical to ensuring voters receive the correct ballot with plenty of time to return it.

The steep decline in new registrations may prove to be a sizable obstacle to what was set, pre-pandemic, to be a record election for turnout. This challenge requires innovative solutions. Outreach efforts such as those pursued by the thirty states that are members of the Electronic Registration Information Center (ERIC) may be particularly important in light of the challenges presented by the pandemic.[4] ERIC states will be contacting over 20 million citizens who are eligible but unregistered to vote, likely leading to several million new registrations this fall.

---

[2] Only California and Wisconsin saw more new registrations in March 2020 than March 2016.

[3] Jacqueline Alemany, "Voting Registration Activists Are Shifting Their Message to Health Care during the Coronavirus Pandemic," The Washington Post, May 18, 2020, https://www.washingtonpost.com/politics/2020/05/18/voting-registration-activists-are-shifting-their-message-health-care-during-coronavirus-pandemic/; Patrick Svitek, "GOP Voter Registration Group Shutters amid Coronavirus Challenges," The Texas Tribune, May 29, 2020, https://www.texastribune.org/2020/05/29/texas-republican-voter-registration-group-folds-coronavirus/.

[4] The Electronic Registration Information Center, "Home," ERIC, https://ericstates.org/.

# Appendix

| Additional Information about State Data | | |
|---|---|---|
| **State** | **Date Received or Last Accessed** | **Notes** |
| Arizona | 5/27/20 | Final data for April 2020 pending |
| California | 5/18/20 | |
| Colorado | 5/15/20 | |
| Delaware | 5/14/20 | |
| District of Columbia | 6/10/20 | |
| Florida | 5/27/20 | |
| Georgia | 5/14/20 | Final data for March and April 2020 pending |
| Illinois | 5/26/20 | |
| Maryland | 5/22/20 | |
| North Carolina | 5/29/20 | |
| Texas | 5/26/20 | |
| Virginia | 5/14/20 | |





5



Colorado New Voter Registrations: 2016 vs. 2020



Delaware New Voter Registrations: 2016 vs. 2020

















10



## About CEIR

The Center for Election Innovation and Research (CEIR) is an innovative non-profit with a proven track record of working with election experts from around the country and from both sides of the aisle.  We seek to build voter trust and confidence, increase voter participation, and improve the efficiency of election administration.

# EXHIBIT N

**LOCAL** // **HOUSTON**

CURRENTLY READING

Coronavirus live updates: Texas sees highest single-day jump in COVID deaths since pandemic be

**Julie Garcia** and **Jordan Ray**
July 23, 2020    |    Updated: July 23, 2020 9:25 a.m.



● ● ● ● ●

People wear personal protective equipment as they walk Wednesday, July 22, 2020, at the Texas Medical Center in Houston.

Photo: Jon Shapley, Staff photographer

The Houston Chronicle's Live Updates blog documents the latest events in the coronavirus outbreak in the Houston area, the state of Texas and across the U.S. with a focus on health and economic impacts.

*The Houston Chronicle's ongoing coverage is available to subscribers. Subscribe now for full access and to support our work.*

**Total coronavirus cases:**

• 362,200 cases in Texas, including 4,429 deaths.

• 85,965 in the Houston region, including 813 deaths.

• More than 3.97 million in the U.S., including 143,193 deaths. Click here to see a U.S. map with state-by-state death tolls and the latest coronavirus case counts.

• More than 15 million in the world, with more than 624,000 deaths. More than 8.6 million people have recovered. You can view the worldwide totals here.

**Resources on COVID-19 and Texas' reopening:** Use our interactive page to track the spread of cases through Harris County and the rest of Texas. For a detailed look at our state, check out the Chronicle's Texas Coronavirus Map. To get regular updates on our coverage, sign up for our coronavirus newsletter.

7/23/2020 Coronavirus live updates: Texas sees biggest single-day jump in COVID deaths since pandemic began - HoustonChronicle.com

Case 5:20-cv-00008-OLG Document 35-2 Filed 08/11/20 Page 202 of 236

Texas also set a new hospitalization record for the second day in a row with 10,893, the Chronicle's Jordan Rubio and Julian Gill report.

The state's seven-day rolling average for new cases was at 10,020 Wednesday, marking the 7th straight day of the average staying above 10,000.

You can track all of the latest numbers on our roundup of interactive maps and charts here.

## Coronavirus Pandemic



ENERGY

L.M. SIXEL

**Small power grids never more popular, study says**



ENERGY

BY SERGIO CHAPA, STAFF WRITER

**COVID not done wreaking havoc on Houston's oil and gas industry**



REN

BY JU

Che
ask:
com

## Sign up for the Texas Take newsletter

Get in-depth political news and analysis from a source you can trust.

| Enter your email | SIGN UP |

By subscribing, you agree to our Terms of use and acknowledge that your information will be used as described in our Privacy Policy.

TOP

ABOUT

7/23/2020    Coronavirus live updates: Texas sees biggest single-day jump in COVID deaths as partial reopening begins - HoustonChronicle.com

Case 5:20-cv-00003-OLG Document 35-2 Filed 08/11/20 Page 203 of 236

Our Company                                    Interest Based Ads

Newspaper Delivery Safety Procedures           Terms of Use

Privacy Notice                                 Advertising

Your California Privacy Rights                 Careers

**CONTACT**

Subscribe                                      Customer Service

e-Edition                                      Frequently Asked Questions

Archives                                       Newsroom Contacts

HEARST *newspapers*

©2020 Hearst

Case 5:20-cv-00083-OLG Document 25-2 Filed 08/11/20 Page 204 of 236


Coronavirus Chronicle

### Friday night lights remain dark

00:00 / 16:03



**Coronavirus Chronicle**   🎙 Subscribe to podcast

Daily insights from Houston Chronicle journalists and local experts about the pan...

| | |
|---|---|
| **Friday night lights remain dark** | 16:03 |
| Sports writer Adam Coleman, a Houston native and, back in the d... | Jul 23 |
| **"Many people say that it is Patriotic to wear a face mask."** | 20:46 |
| Metro columnist Erica Grieder shares some of her thoughts on is... | Jul 22 |
| **Are you ready to go out to the movies?** | 20:00 |
| Ferrill talks with entertainment writer Cary Darling about movies ... | Jul 21 |
| **Too little too late, or, just enough just in time?** | 21:05 |
| Too little too late, or, just enough just in time?Frustrated by the c... | Jul 20 |
| **UT scientist: "very optimistic" about vaccine development** | 18:57 |

### Latest updates from today:

**9:25 a.m.** The coronavirus pandemic isn't done wreaking havoc on the oil and gas industry as two more energy companies released dismal earnings reports Wednesday, reports the Chronicle's Sergio Chapa.

Houston oil-field services company Baker Hughes said it lost more than $200 million in the second quarter, and pipeline operator Kinder Morgan said it lost more than $600 million. Halliburton's quarterly revenue has declined by 46 percent, as well.

Read more on how local oil companies are coping with the downturn here.

**7:35 a.m.** On Wednesday, Texas saw the highest single-day jump in COVID-19 deaths since the pandemic began with 217 — 56 more deaths than the second-highest day on record, according to a Houston Chronicle analysis of state data.

# EXHIBIT O

# Hidalgo County orders residents who test positive to stay at home as coronavirus cases rise

**S** **statesman.com**/news/20200720/hidalgo-county-orders-residents-who-test-positive-to-stay-at-home-as-coronavirus-cases-rise



Nicole Cobler @nicolecobler

## Monday

Jul 20, 2020 at 3:24 PM Jul 20, 2020 at 6:36 PM
Hidalgo County officials are ordering residents who test positive for COVID-19 to self-quarantine for 14 days amid surging cases in the Rio Grande Valley and as Texas surpassed 4,000 coronavirus-related deaths Monday.

The order, which went into effect Monday, says rule violators may be subject to criminal prosecution or civil court proceedings. It's unlikely, however, the county has the authority to take those actions because Gov. Greg Abbott has not allowed local leaders to impose such restrictions in the fight against the coronavirus.

Hidalgo County Judge Richard Cortez noted that he has little power to enforce the order.

"I understand that some of the orders that I may put in place tomorrow may not have the enforcement capability that I would require, but you know what, I don't think I'm going to need it," Cortez said in a Facebook news conference Sunday. "I believe that you voluntarily are going to do the right thing."

Under the Hidalgo County order, those who have tested positive or been notified by health officials that they've come into contact with someone who has tested positive must remain in their homes for 14 days. Visitors are not allowed without approval from the Texas Department of State Health Services or the Hidalgo County Health and Human Services department.

Abbott's statewide orders override local ones, keeping municipalities from issuing their own stay-at-home orders or jailing rule violators.

"This order has no enforcement mechanism, which makes it simply a recommendation for those to stay home if they can, which Gov. Abbott supports," Abbott spokesman John Wittman said in a statement. "However, this order does not force businesses to shut down in the Rio Grande Valley. Enforcing the existing protocols, including wearing face coverings, is proven to slow the spread of COVID-19. It is essential that local authorities enforce the existing orders."

Earlier this month, Abbott gave local governments more authority over limiting outdoor gatherings of more than 10 people, saying those gatherings cannot take place without approval from mayors or county judges.

Abbott's statewide mask order also allows local governments to issue fines for violations. First-time violators will be issued a warning, according to the order. Additional violations may be subject to a fine not to exceed $250. In the Austin area, local leaders have increased those penalties with Abbott's approval.

Rising deaths

State health officials Monday reported 62 new deaths, bringing the death toll of the virus in

Texas to 4,020. It took the state 10 days to cross the 4,000 threshold, after Texas reached 3,000 deaths on July 10.

From Wednesday to Saturday, more than 100 people died from the coronavirus each day, according to the Texas Department of State Health Services. The health agency reported 174 deaths Friday, the highest single-day increase yet.

New confirmed cases on Monday dropped to 7,404. Typically, case numbers fall on Mondays with limited reporting from local authorities over the weekend.

Statewide hospitalizations seem to have plateaued, after the health agency reported 10,569 COVID-19 patients in Texas hospitals on Monday. While the total remains high for the state, the number has not increased much over the last two weeks.

New hot spot

Meanwhile, Rio Grande Valley has become a hot spot for the coronavirus.

There are 37 available intensive care unit beds in the area, according to the latest data from the Texas Department of State Health Services. More than 1,500 people are hospitalized in the region.

And the number of people who have tested positive for the virus in the area continues to grow, with more than 1,000 new confirmed cases in Hidalgo County on Sunday, according to Cortez.

He said he has asked the state for additional resources to teach businesses how to safely operate and for more support for contact tracing, which seeks to alert those who have come into contact with a person who has tested positive for the coronavirus.

The surge in cases led the U.S. Department of Health and Human Services earlier this month to announce that the federal government will provide free testing in Edinburg, the Hidalgo County seat, as part of its latest surge in testing efforts.

The site in Hidalgo County offered 5,000 tests per day for one week beginning July 8 and is the only federal surge testing site in Texas so far.

# EXHIBIT P

# 'The supervisor coughed in a coworker's direction as a joke': As coronavirus cases at the US Postal Service surpass 1,200, employees say a lack of supplies and care is putting them at risk

**BI** **businessinsider.com**/postal-workers-usps-worry-for-their-safety-amid-coronavirus-pandemic-2020-4

Alanis King 2020-04-25T14:15:00Z

United States Postal Service employees from various states and municipalities are sharing their stories about what it's like to process and deliver the nation's mail during a pandemic.

As confirmed COVID-19 cases surpass 1,200 among the employees, a common refrain has emerged: lack of supplies and care amid the deadly outbreak is putting them at risk.

"I'm almost begging you to do some sort of investigation," a longtime USPS employee and American Postal Workers Union (APWU) member in California told Business Insider via email. The employee said they felt as if their supervisors didn't care, which was underscored by one particular event.

"A coworker stated that the supervisor coughed in his direction less than a few feet away as a joke after the employee had made a remark about [the coronavirus]," they said. The employee claimed that the acting manager "sort of chuckled" when it happened, making light of a pandemic that has so far underlined infected more than 2.8 million people and killed nearly 200,000 worldwide.

A USPS spokesperson told Business Insider that the US Occupational Safety and Health Administration issued an inquiry into the claim, and that after the USPS responded, "OSHA closed the matter without further inspection."

Emails like the one above began to flood in not long after the USPS joined the coronavirus news cycle, such as in this story about how the service was in a financial crisis and how, as of March 25, 51 of 630,000 USPS employees had tested positive for the coronavirus and nearly 2,000 were in quarantine.

At the time, the National Association of Letter Carriers (NALC) union representing USPS city carriers said protective measures from the USPS weren't being deployed evenly.

But things have gotten worse since then. As of April 17, counts from the NALC were that more than 900 employees had tested positive for the virus, more than 600 additional workers were presumed positive, more than 8,000 were in quarantine, and that more than 30 USPS employees had died from COVID-19, including nine city carriers.

The American Postal Workers Union, which also represents USPS employees, wrote on

April 16 that more than 35 postal workers, including "a number of APWU members," had died of COVID-19.

On April 21, USPS spokesperson Dave Partenheimer told Business Insider that 1,219 employees had tested positive for COVID-19, in addition to "some deaths." Partenheimer did not have quarantine numbers to provide.

That means the USPS has roughly 24 times the amount of cases it had less than a month ago, despite both insufficient amounts of testing and inequality in distribution across the US — as illustrated by asymptomatic celebrities, athletes, and billionaires obtaining tests while nurses on the front lines struggle to do the same

The longtime USPS employee in California, who isn't a carrier, told Business Insider that employees including themself were "either scared to speak up or simply don't want to put a target on [their] back for speaking up" about insufficiencies at the post office amid the pandemic.

Only one employee who emailed Business Insider, who had been previously quoted by another outlet, didn't ask to stay anonymous out of fear of retaliation — Colorado carrier Stefan Geissler, who has actively spoken about the USPS' response to the pandemic.

"While so many businesses have done their part and made difficult decisions to flatten the curve, the USPS is, as you know, not even in the starting blocks," Geissler told Business Insider via email.

Other employees who reached out to Business Insider specifically asked not to be identified in order to protect their employment, which Business Insider has verified.

The others echoed Geisler, along with the California employee saying they don't feel like the pandemic is being taken seriously enough. Management and other employees aren't following Centers for Disease Control and Prevention guidelines, they said, and they've sent complaints to multiple organizations about what's going on.

"We're given daily 'stand up' safety briefings and are required to sign documents saying we were given this 'training,' yet the supervisors do not practice any of the recommendations," they said, adding that the safety briefings happen every day in a small room and social-distancing guidelines aren't followed during them. "They are different everyday, and seem to be from the CDC and the post office's safety department."

But, the employee said, their office hasn't "bothered to inform [them] of an employee who got the coronavirus in a building less than 100 yards away." They discovered the nearby case after seeing an alert that was intended for managers, they said.

"When an employee asked about any cases next door, both the supervisor and acting manager acted as though they knew nothing and quickly changed the subject," they said. "Myself and three other employees go into that building to get our facility's mail, and they said nothing to us.

"And here we are interacting within the vicinity, not knowing if we could be contracting a deadly disease and take it home to our families."

The NALC said that in March, the USPS created a mandatory stand-up talk required to be given each time a facility has an employee who tested positive for COVID-19. The union has asked employees to report it if those talks are not happening.

When asked, Partenheimer told Business Insider that in addition to stand-up talks that are supposed to be given when an employee tests positive, "any employees who may have had exposure" to the person who tested positive are notified.

The California employee, an American Postal Workers Union member, said the union had been notified of all of the issues in their facility. On April 17, they sent Business Insider a photo of a bottle with clear liquid and a homemade label reading "hand sanitizer," claiming that it was a replacement bottle in the office.

"No labels, just some bottle management gave us," they said. "Is it the right mixture?"

When asked about the photo, Partenheimer told Business Insider that the USPS "only uses or purchases EPA approved products for cleaning and sanitizing."

A Massachusetts employee who has spent decades working for the postal service, primarily as a city carrier, said that while their branch is supposed to receive daily safety briefings, there were three days during the first week of April when there were no briefings. The inconsistency carried into the next week, they said.

When asked how the USPS is ensuring daily talks happen and safety protocols are being enforced, Partenheimer told Business Insider: "Standard Work Instructions have been issued to address social distancing in a number of different situations, including performing talks to our employees."

In addition, Partenheimer said, all stand-up talks "are tracked" to ensure they happen. When asked how they're logged, Partenheimer said it's done in an online system called the "Safety Toolkit." People who are conducting the briefings have to certify that they delivered the talks and when they were given.

But the Massachusetts employee said the inconsistency of safety briefings wasn't the only problem.

"We have had limited access to sanitizing wipes and employees have resorted to buying construction wipes online," they said, adding that as of April 3, their postal facility hadn't provided employees with any hand sanitizer.

The local fire and EMS service donated more than 20 small bottles of sanitizer, they said, adding that the USPS' "lack of preparedness and concern" is "systemic of our work conditions." The local fire chief confirmed the donation to Business Insider, saying the employee's office was one of two that received sanitizer donations.

The employee "wouldn't dream of treating employees this way," they said.

Employees were eventually provided with Lysol spray to share, the employee from Massachusetts said, in addition to a "short supply of gloves and limited wipes." Those in the community created cloth masks, too.

A longtime city carrier in Ohio told Business Insider that when they opted to self quarantine at the end of March after not receiving adequate supplies or workstation sanitation, and after hearing that employees weren't being "informed of employees with pending tests," they weren't able to use their hundreds of hours of earned sick leave.

The employee, a National Association of Letter Carriers member, sent photos of their hour tracking and earned hours, and said they were docked for leave without pay — which they felt was retaliation for feeling unsafe.

"I am sure the union will get me the money eventually after a long grievance process," they said. "It is just the principal of the matter."

When the Ohio employee returned to work on April 6 after their leave, they said their office did have hand sanitizer, surgical masks, gloves and wipes, but not everyone's temperature was taken. It was also announced that carriers would start staggering work by two hours in order to maintain proper social distancing, they said, but it still wasn't enough.

"Out of the 30-plus people there this morning, I and two others were the only ones with masks on in the office and nothing was ever mentioned about the fatalities of fellow carriers in New York or the recent death of the mail handler in Detroit," they said, adding that carriers were responsible for sanitizing their own vehicles and were instructed not to let businesses or senior-living facilities take their temperatures. "We are also not being updated as to our number of positive cases within the company."

Partenheimer confirmed that employees aren't allowed to submit to temperature readings or medical questionnaires as a condition of delivery, "because temperature readings and medical questionnaires are currently considered confidential medical information."

"Under the Rehabilitation Act and the Privacy Act, specific employee medical information must be kept confidential and may only be shared in very limited circumstances," Partenheimer said.

Partenheimer also confirmed that carriers are responsible for maintaining vehicles and workstations, and that the USPS has instructed drivers "to clean frequently touched surfaces regularly."

"All required supplies were made available to employees on a daily basis," Partenheimer told Business Insider. "When supplies need to be replenished, every effort was and is being made to expedite the orders."

A month ago, the NALC union was talking about the claimed lack of supplies promised by the USPS. While the service agreed to provide certain provisions during the coronavirus pandemic, the union said in a March 25 update — daily cleaning supplies for offices and vehicles, hand sanitizer and other clearing supplies for carriers, and masks and gloves for any employee who requested them — much of that promise wasn't being fulfilled.

"We have received almost 3,000 reports from all over the country regarding these issues," the union statement from March said. "In some places, all of these things are being done. However, in too many places they are not.

"In the places where there are not enough supplies, or none at all, it is generally due to the overall shortage of these items throughout the country. USPS has been working to acquire more items, even authorizing local managers to purchase them if they could be found."

In the April 17 update, the NALC indicated that the problem hadn't been fixed entirely, saying that the NALC was "in constant communication and negotiation with management" about "supplies, equipment, policies, protocols, and work procedures necessary to keep letter carriers safe."

When asked about the claims of supply shortages, Partenheimer told Business Insider that the USPS "worked through some early supply-chain issues — the same issues faced by others across the country — and [is] making sure the supplies and equipment are getting to all areas."

The NALC told members to immediately contact the union if they saw issues in the workplace, many of which were mentioned by the employees who reached out to Business Insider. Those issues included, emphasis ours:

The union added in that same update that the USPS had recently agreed to provide N95 masks to employees who are more vulnerable to the virus and request such equipment.

That's in addition to an April 2 update

But as both employees and the unions have pointed out, not all of those protection promises from the USPS have panned out yet.

Still, the Ohio employee said, people rely on the work of USPS employees — from those looking for medication to local restaurants sending out deal fliers to stay afloat and those relying on an income by making masks and selling them. And even amid a "toxic" work environment that requires the right mental attitude to stick with, they said, "the good outweighs the bad."

"I love my job and my customers, and I take pride in going out of my way for them everyday," they said. "We are essential.

"But if I can't ensure my own safety, I can't ensure my customers' safety either."

*Are you a USPS employee with a story to share about the coronavirus pandemic? Contact the reporter at aking@businessinsider.com*



*Do you have a personal experience with the coronavirus you'd like to share? Or a tip on how your town or community is handling the pandemic? Please email covidtips@businessinsider.com and tell us your story.*

*Get the latest coronavirus business & economic impact analysis from Business Insider Intelligence on how COVID-19 is affecting industries.*

# EXHIBIT Q

# North Texas USPS Employee Tests Positive for COVID-19

**nbcdfw.com**/news/coronavirus/north-texas-usps-employee-tests-positive-for-covid-19/2343060/



*NBC Connecticut*

A United States Postal Service employee who works at the USPS' facility in Coppell has tested positive for coronavirus.

The USPS said it reached out to local public health officials and would follow their guidelines.

Risk is believed to be low for other employees at the North Texas Processing and Distribution Center, a spokesperson said.

The USPS has changed procedures for collecting a customer signature to abide by social distancing recomendations, allowing employees to verbally request a person's first initial and last name.

No further information about the employee was released.

# EXHIBIT R



Office of Inspector General | United States Postal Service

**Management Alert**

# Timeliness of Ballot Mail in the Milwaukee Processing & Distribution Center Service Area

Report Number 20-235-R20 | July 7, 2020

# Table of Contents

Cover

Transmittal Letter .................................................................. 1

Results ..................................................................................... 3

   Introduction ...................................................................... 3

   Conclusion ......................................................................... 3

     Ballots Found at the Milwaukee P&DC After Election ............. 4

     Absentee Ballots Requested on March 22 and 23, 2020 ....... 4

     Absentee Ballots Intended for Delivery to Voters but Returned to the Fox Point Village Election Office ............ 4

     Postmarks on Absentee Ballots Returned by Voters ................. 5

     Recommendation #1 ................................................................ 5

     Recommendation #2 ................................................................ 6

     Recommendation #3 ................................................................ 6

     Potential National Issues .......................................................... 6

     States' Deadlines for Voters to Request Absentee Ballots are Insufficient to Ensure Delivery Before an Election .............. 6

     Requirements for Postmarks on Ballots .................................... 7

     Ballots Not Always Mailed with Mail Tracking Technology ... 7

     Political and Election Mail Coordinators Outreach and Communication .................................................................. 7

     Recommendation #4 ................................................................ 8

   Management's Comments ................................................. 8

   Evaluation of Management's Comments ....................... 9

Appendices ........................................................................... 10

   Appendix A: Management's Comments ......................... 11

Contact Information .......................................................... 15

Case 5:20-cv-06080-CLC   Document 36-2   Filed 08/11/20   Page 222 of 236

↖ BACK to COVER

# Transmittal Letter



OFFICE OF INSPECTOR GENERAL
UNITED STATES POSTAL SERVICE

July 7, 2020

**MEMORANDUM FOR:**   SALVATORE VACCA
ACTING VICE PRESIDENT, GREAT LAKES AREA

DAVID E. WILLIAMS
CHIEF OPERATING OFFICER & EXECUTIVE VICE
PRESIDENT



E-Signed by Inspector General
VERIFY authenticity with eSign Desktop

**FROM:**   Darrell E. Benjamin, Jr.
Deputy Assistant Inspector General for Mission Operations

**SUBJECT:**   Management Alert – Timeliness of Ballot Mail in the
Milwaukee Processing & Distribution Center Service Area
(Report Number 20-235-R20)

This management alert presents issues identified in our review of the Timeliness of
Ballot Mail in the Milwaukee Processing & Distribution Center (P&DC) Service Area. This
alert responds to a request from U.S. Senators Tammy Baldwin and Ron Johnson and
U.S. Representatives Gwen Moore and Bryan Steil to investigate reports of absentee
ballots not delivered in a timely manner for the Wisconsin primary election held Tuesday,
April 7, 2020. Our objective was to determine the cause of delayed ballot mail in the
Milwaukee, WI P&DC service area for the spring election and presidential preference
primary of April 7, 2020.

We conducted this performance audit from April through July 2020 in accordance with
generally accepted government auditing standards and included such tests of internal
controls as we considered necessary under the circumstances. Those standards require
that we plan and perform the audit to obtain sufficient, appropriate evidence to provide
a reasonable basis for our findings and conclusions based on our audit objective. We
believe that the evidence obtained provides a reasonable basis for our findings and

conclusions based on our audit objective. We discussed our findings and conclusions with management on June 10, 2020, and included their comments where appropriate.

We appreciate the cooperation and courtesies provided by your staff. If you have questions or need additional information, please contact Todd Watson, Director, Network Processing, or me at 703-248-2100.

Attachment

cc:    Postmaster General
       Vice President, Delivery and Retail Operations
       Corporate Audit Response Management

Case 5:20-cv-00068-OLG   Document 35-2   Filed 08/11/20   Page 224 of 236

# Results

## Introduction

Due to the COVID-19 pandemic,[1] there is an expected increase in the number of Americans who will choose to vote by mail and avoid in-person voting. This was evident during the Wisconsin spring election and presidential preference primary, as the Wisconsin Election Commission received over 1.3 million requests for absentee ballots for the April 7, 2020, election, almost 1 million of which were completed and returned by mail to the election offices. This was an increase of over 440 percent from the April 2016 election. The pandemic also played a role in last minute changes to the election rules. The spring election was mandated to be held on the first Tuesday in April (April 7, 2020). On April 2, 2020, a federal judge extended the deadline for requesting absentee ballots to 5:00 p.m. on April 3, 2020, and moved the date for returning absentee ballots to 4:00 p.m. on April 13, 2020. On April 6, 2020, the governor of Wisconsin issued an executive order suspending in-person voting until June 9, 2020, to respond to public health concerns regarding COVID-19.

*"Due to the COVID-19 pandemic, there is an expected increase in the number of Americans who will choose to vote by mail and avoid in-person voting."*

On April 6, 2020, the Wisconsin Supreme Court overruled the governor's executive order to postpone the date of the election. Subsequently, on the same day, the U.S. Supreme Court ordered that absentee ballots need to be submitted in-person or postmarked by April 7, 2020 and received by the election commission by April 13, 2020, to be counted.

On April 9 and April 16, 2020, we received requests from U.S. Senators Tammy Baldwin and Ron Johnson and U.S. Representatives Gwen Moore and Bryan Steil to investigate reports of absentee ballots not delivered in a timely manner for the Wisconsin primary election held Tuesday, April 7, 2020. The requests mentioned the following issues:

- Three tubs of absentee ballots from Appleton and Oshkosh were found at the Milwaukee Processing & Distribution Center (P&DC) after polls closed on April 7, 2020.

- Absentee ballots requested on March 22 and 23, 2020, were not delivered to voters.

- The Postal Service returned absentee ballots to the Fox Point Village three weeks prior to the election without explaining why they were returned and not delivered. The Fox Point Village manager drove to the post office but could not get an answer as to why they were returned.

- Three hundred ninety ballots that were mailed by voters did not receive postmarks. The election office was unable to determine whether they were received by the Postal Service in time to be included in the official count.

This management alert responds to the congressional requests and presents our results and recommendations to address the issues identified in this report.

## Conclusion

The Postal Service generally followed its procedures for processing and delivering ballots for the Wisconsin spring election and presidential preference primary of April 7, 2020. However, we identified opportunities to improve communication and coordination between the Postal Service and election offices and strengthen adherence to procedures. We also identified potential nationwide issues integrating election office's vote by mail processes with the Postal Service processes which could impact future elections. Specifically, for ballots processed in the Milwaukee area, we found issues related to the timeliness of ballots being mailed to voters, correcting misdelivery[2] of ballots, an inability to track ballots, and inconsistent postmarking of ballots. Nationally, we noted potential concerns with the deadlines set by the states to request absentee ballots, ballots postmarks,

---

1   The President of the United States issued the national emergency declaration concerning the novel Coronavirus disease outbreak (COVID-19) on March 13, 2020.
2   Delivery to the wrong address.

Case 5:20-cv-05056-CLG   Document 06-2   Filed 08/11/26   Page 225 of 236

ballots mailed without mail tracking technology, and the ratio of Political and Election Mail coordinators to election offices in certain locations.

## Ballots Found at the Milwaukee P&DC After Election

Three tubs containing 749 undelivered voter ballots were discovered at the Milwaukee P&DC after the polls closed on election day, April 7, 2020. This occurred because the ballots were not presented to the Postal Service until the end of the day on April 7, 2020 (the date of the election), which did not allow enough time for the Postal Service to process and deliver the ballots. The state of Wisconsin permitted residents to request an absentee ballot until 5:00 p.m. on Friday, April 3, 2020. The city of Appleton provided voter ballots to a third-party mailer on Monday, April 6, 2020. The third-party mailer presented the three tubs of ballots to the Postal Service around 6:00 p.m. on Tuesday, April 7, 2020. As a result, they were not delivered until after election day.[3]

> "Ballots were not presented to the Postal Service until the end of the day on April 7, 2020."

## Absentee Ballots Requested on March 22 and 23, 2020

The Milwaukee Election Office received complaints from voters about not receiving ballots that were requested on March 22 and 23, 2020. Milwaukee Election officials stated that the return rate for ballots requested on those dates was about 25 percent, which was much lower than the normal return rates of 65-70 percent. The election office uses a third-party mailer to induct ballots into the Postal Service network; however, the ballots did not have Intelligent Mail Barcodes[4] (IMB). IMBs allow mailers and the Postal Service to track each mailpiece from acceptance to delivery and would have enabled both the Postal Service and election offices to track ballots as they moved through the Postal Service and to identify delays in near real time. The third-party mailer confirmed the ballots were co-mingled with other pieces of mail, meaning they were unable to provide the exact number of ballots presented to the Postal Service. Subsequent to the congressional request, the Milwaukee Election Office staff determined there was a computer glitch on March 22, 2020, and they believe almost 2,700 requested ballots were never sent to voters.[5] This could explain the low return rates on ballots requested on March 22 and 23, 2020.

## Absentee Ballots Intended for Delivery to Voters but Returned to the Fox Point Village Election Office

We found multiple factors contributing to the delay and misdelivery issues experienced by the Fox Point Village Election Office. First, about 160 ballots going to voters were erroneously returned to the Fox Point Village Election Office by a Postal Service city carrier. The carrier, who also had the election office on her route, admitted to not reviewing each ballot to confirm the destination address before returning them to the Fox Point Village.

The Fox Point Village manager brought the ballots back to the station multiple times to ask why they were returned, but the issue kept occurring. The station manager eventually became aware of the issue but believed it had been resolved when local processing changes occurred and did not follow-up with the Fox Point Village to ensure resolution of the issue. Further, the station was not aware that the returned ballots were due to one carrier's lack of attention until we identified it. Additionally, the station did not record the ballots on a Political Mail Log, which may have identified the same ballots being returned to the village multiple times. According to Postal Service policy, post offices are required to record all Political Mailings and Official Election Mailings on the Political Mail Log.[6]

The second issue involved the addressing and design of the ballots. The first line of the address for ballots mailed to voters included "Village of Fox Point" right above the recipient's address, which could cause confusion as to the location the ballots should be delivered. Additionally, the address labels included a block

---

3   The Postal Service's First-Class mail delivery standard is two to five days.
4   IMBs are used to sort and track letters, cards, and flats on automated equipment. The barcode encodes tracking information that identifies the mailer, type of service, and serial number and the routing code and routing information that contains the delivery point ZIP Code.
5   Wisconsin Election Commission *April 7, 2020 Absentee Voting Report*, page 20, dated May 15, 2020.
6   *Political Mail And Official Election Mail Standard Operating Procedure (SOP) For Acceptance Units, Detached Mail Units and Post Offices,* pages 3 and 4.

directly to the right with a barcode and several rows of numbers. P&DC personnel stated that these non-postal related numbers confused sorting machines and resulted in a few ballots (we were unable to determine the number) being missent to other locations (see Figure 1).

The State Election Commission worked with the Postal Service on the overall ballot design; however, local election offices design address labels without input from the State Election Commission or the Postal Service. Postal Service guidelines state that District Marketing Managers are responsible for scheduling and publicizing mail preparation seminars to all candidates, political mailers, and election officials.[7]

**Figure 1. Example of Ballot Sent to Voter**



Source: Photograph of absentee ballot for Village of Fox Point taken April 7, 2020.

## Postmarks on Absentee Ballots Returned by Voters

The Milwaukee Election Office reported their receipt of about 390 voter completed ballots with varying postmark issues including illegible postmarks, lack of a postmark, undated postmarks, or hand-stamped postmarks. The Postal Service worked with the election office after the election to help determine the validity of postmarks and was able to validate all but about 40 postmarks. Postal Service guidance[8] issued in fiscal year 2018 states that all ballots should be postmarked by machine or by hand.

In response to the circumstances of absentee ballots not delivered in a timely manner, the Manager, Lakeland District, is planning actions for future elections. Specifically, the District Manager will communicate with all Postal Service employees involved in the processing of election mail to clarify their roles and responsibilities and Postal Service policies and procedures. Multiple subject matter experts will be assigned to assist the Political and Election Mail coordinator to better support election offices. In addition, each election office will be sent Kit 600[9] as well as current Postal Service webpage links to be used as resources for designing and mailing ballots.

> *"The Postal Service worked with the election office after the election to help determine the validity of postmarks."*

**Recommendation #1**

We recommend the **Acting Vice President, Great Lakes Area,** develop and implement a plan to communicate with the Wisconsin Election Commission and associated election offices the last day ballots can be mailed out to voters and arrive before an election based on the service standards of the Postal Service; the benefits of using the Intelligent Mail Barcode; and the importance of proper mailpiece addressing and design.

---

7   *Political Mail And Official Election Mail Standard Operating Procedure (SOP) For Acceptance Units, Detached Mail Units and Post Offices,* page 1.
8   David E. Williams (April 23, 2018), Postmarks on Ballots [Memorandum], United States Postal Service.
9   Kit 600, 2020 Official Election Mail Kit, is a comprehensive resource which contains election mail facts and publications.

Case 5:20-cv-00068-OLG   Document 35-2   Filed 08/11/20   Page 227 of 236

### Recommendation #2

We recommend the **Acting Vice President, Great Lakes Area,** ensure all retail and delivery units and mail processing facilities use the political mail log to record ballot mail.

### Recommendation #3

We recommend the **Acting Vice President, Great Lakes Area,** ensure Political and Election Mail coordinators coordinate with election offices to ensure they are aware of proper ballot mailing processes.

## Potential National Issues

While conducting our review, we also identified potential nationwide issues integrating election office's vote by mail processes with the Postal Service processes which could impact future elections. We plan to conduct additional audit work on these issues during our ongoing Processing Readiness and Service Performance of Election and Political Mail During the 2020 General Elections audit and develop additional recommendations as necessary.

> "*We also identified potential nationwide issues integrating election office's vote by mail processes with the Postal Service processes which could impact future elections.*"

On May 29, 2020, the Postal Service issued a letter[10] to local and state election officials to provide an understanding of Postal Service procedures to consider when planning to use vote-by-mail. The letter explains how election mail can be sent, how mail delivery standards need to be considered when determining ballot return dates, how proper labeling helps prevent delivery delays and increases mailpiece visibility, how IMBs improve a mailer's ability to track individual mailpieces,

and how consulting with Political and Election Mail coordinators before printing mailpieces benefits the election offices.

## States' Deadlines for Voters to Request Absentee Ballots are Insufficient to Ensure Delivery Before an Election

States have deadlines for voters to request absentee ballots prior to an election. However, 11 states' deadlines (those with no deadline or a deadline within three days of the election) do not provide sufficient time for election offices to generate a ballot and for the Postal Service to process and deliver the ballots to voters before the election. Additionally, we identified 13 other states with deadlines (4-6 days before election) that put ballots at high risk of not being delivered to voters before an election (see Table 1).

**Table 1. States with Ballot Request Deadlines Less Than Seven Days Before Election Day**

| Number of Days Before Election Day | | | | | | |
|---|---|---|---|---|---|---|
| No Deadline | 1 day | 2 days | 3 days | 4 days | 5 days | 6 days |
| NH | CT | — | OH | GA | AL | OK |
| ND | MA | | | LA | DE | WV |
| WA[11] | MN | | | MI | IL | |
| | MT | | | NM | ME | |
| | SD | | | SC | OR | |
| | VT | | | | WI | |
| | WY | | | | | |

Source: Vote.org.

---

10   Thomas J. Marshall (May 29, 2020), Election Mail [Letter], United States Postal Service.
11   Washington is an "all-mail elections" state which means that every registered voter receives a ballot by mail. However, for voters that did not receive a ballot in the mail, there is no deadline for when a ballot can be requested.

"*Ballots requested less than seven days before an election are at a high risk of not being delivered, completed by voters, and returned to the election offices in time*"

States that use vote-by-mail[12] require voters, on average, to request a ballot at least seven days prior to an election. In our opinion, ballots requested less than seven days before an election are at a high risk of not being delivered, completed by voters, and returned to the election offices in time. This is due to the time required for election commissions to produce ballots and Postal Service delivery standards. For the Wisconsin primary election held Tuesday, April 7, 2020, the state of Wisconsin allowed voters to request ballots up until 5:00 p.m. on Friday, April 3, 2020. Many election offices provided these ballots to the Postal Service on Monday, April 6, 2020, one day before the election. The Postal Service's First-Class Mail delivery standard is two to five days (depending on delivery location) after it is received.

### Requirements for Postmarks on Ballots

Many states use the postmark as the official timestamp for the ballot to be counted. As a result, the return processing and postmarking of ballots is considered critical to election results. Postal Service guidance[13] issued on April 23, 2018, states that all ballots mailed back from voters must have a cancellation postmark including absentee ballots, vote-by-mail ballots, and business reply mail ballots. The Postal Service applies a postmark to a ballot when its processed on a machine or by hand if not processed on a machine. However, there can be breakdowns or exceptions to this process which would prevent a ballot from receiving a postmark. For example, ballots may be double fed on a machine, machines applying postmarks may run out of ink, or ballots may be comingled with certain mail that is not processed on machinery that applies a postmark.

### Ballots Not Always Mailed with Mail Tracking Technology

The Postal Service and mailers are not able to track ballots that don't have IMbs. While there is no requirement for ballots to have IMbs, election offices should be educated on the benefits IMbs provide.[14] The ballots requested on March 22 and 23, 2020, for the Wisconsin election did not have IMbs. Therefore, neither the Postal Service nor the election office were able to determine what happened with those ballots beyond those that the election commission believes were not actually sent to voters by the election commission due to a computer glitch. The Milwaukee Election Office was unaware of the tracking capabilities of IMb prior to the election, but the Wisconsin Election Commission is working with a third-party mailer to consider implementing IMbs.

### Political and Election Mail Coordinators Outreach and Communication

Postal Service personnel in each area and district are assigned the role of Political and Election Mail coordinator in addition to their normal duties. The coordinator is tasked with communicating with the election offices prior to and after each election to mitigate any known issues. However, some states have numerous elections offices which could make it more challenging for a Political and Election Mail coordinator to effectively communicate with all their assigned

"*Some states have numerous elections offices which could make it more challenging for a Political and Election Mail coordinator to effectively communicate with all their assigned election offices.*"

---

12  In vote-by-mail states, ballots are mailed out well ahead of Election Day and voters have an "election period," not just a single day, to vote.
13  David E. Williams (April 23, 2018), Postmarks on Ballots [Memorandum], United States Postal Service.
14  IMbs are used to sort and track letters, cards, and flats on automated equipment. IMbs can be used by both the Postal Service and the mailer to track the delivery and return of ballots as they move through the Postal Service's network.

election offices. For example, the district Political and Election Mail coordinator in the Milwaukee area stated that he oversees about 1,400 of the 1,929 election offices in Wisconsin, which has the largest number of election offices, while states such as Maine and Alaska each have one election office. See Figure 2 for the states with the most election offices.

**Figure 2. Number of Election Offices by State**



Source: https://www.fvap.gov/search-offices.
Note: The states not shown have 120 or fewer election offices.

> **Recommendation #4**
> We recommend the **Chief Operating Officer & Executive Vice President,** develop and implement an action plan with timelines to address the potential national issues (ballot deadlines, postmarks, tracking technology, Political and Election Mail coordinators outreach) identified in this report.

## Management's Comments

Management agreed with the findings and recommendations. See Appendix A for management's comments in their entirety.

Regarding recommendation 1, management stated that they will continue to follow the established plan to communicate with Wisconsin Election officials about the Postal Service's election mail recommendations and requirements, including their delivery standards, the benefits of using IMb and having proper mailpiece addressing and design. They met with Wisconsin Election officials on April 30, 2020, to discuss the various requirements and will continue to hold additional outreach meetings on these topics. Postal Service management considers this recommendation completed.

Regarding recommendation 2, management stated they will ensure that all retail and delivery units and mail processing facilities use the political mail log to record ballot mail as required by policies. They will also reissue the policies and perform Service Talks across the Great Lakes Area and continue to reinforce and monitor compliance with the policies. The target implementation date is July 17, 2020.

Regarding recommendation 3, management stated that the Great Lakes Area will continue to coordinate with election offices to ensure they are aware of proper mailing processes. Each district should have contacted the Board of Elections within its jurisdiction prior to June 30, 2020, to reinforce proper ballot procedures. In addition, on June 16, 2020, the Postal Service held a meeting with the Wisconsin Election Commission regarding ballot design and preparation and are working with the Wisconsin Election Commission to perform outreach to their various Board of Elections. The target implementation date is July 17, 2020.

Regarding recommendation 4, management stated that the Postal Service has been and will continue to conduct outreach with state and local election officials to discuss the Postal Service's delivery standards, the state's deadlines, the availability of IMb tracking technology, and the comprehensive set of Election Mail resources on the Postal Service's website. Management also reiterated the

Postal Service's policy requiring the postmarking of all returned ballots is being emphasized and monitored. In subsequent conversations with management they stated they have a plan to perform future outreach and actions to further address these issues and communicate their importance to the various state and local election commissions. The plan includes regularly scheduled meetings with Secretaries of State and various state and local election officials as well as bi-weekly meetings with stakeholders on topics such as mail standards versus state's election timelines, IMb, and informed delivery.

## Evaluation of Management's Comments

The U.S. Postal Service Office of Inspector General (OIG) considers management's comments responsive to the recommendations and their planned actions should resolve the issues identified in the report.

Regarding recommendation 4, while we consider management's comments to be responsive, we will not close this recommendation until we receive the detailed plan with all anticipated implementation dates.

All recommendations require OIG concurrence before closure. Consequently, the OIG requests written confirmation when corrective actions are completed. Recommendations 2 through 4 should not be closed in the Postal Service's follow-up tracking system until the OIG provides written confirmation that the recommendations can be closed. We consider recommendation 1 closed with the issuance of this report.

↰ BACK to COVER

# Appendices

Click on the appendix title below to
navigate to the section content.

Appendix A: Management's Comments.................................................... 11

# Appendix A: Management's Comments

David E. Williams
CHIEF OPERATING OFFICER
EXECUTIVE VICE PRESIDENT


**UNITED STATES POSTAL SERVICE**

July 1, 2020

TO:  Lazerick Poland
      Director, Audit Operations

SUBJECT:  Management Alert – Timeliness of Ballot Mail in the
          Milwaukee Processing & Distribution Center Service Area
          (Project Number 20-235)

Thank you for the opportunity to review and comment on the Office of Inspector General (OIG)
Management Alert, *Timeliness of Ballot Mail in the Milwaukee Processing & Distribution Center
Service Area*. Management agrees with the alert's findings and recommendations.

Recommendation 1
We recommend the Acting Vice President, Great Lakes Area, develop and implement a plan to
communicate with the Wisconsin Election Commission and associated election offices the last day
ballots can be mailed out to voters and arrive before an election based on the service standards of the
Postal Service; the benefits of using the Intelligent Mail Barcode; and the importance of proper mail
piece addressing and design.

Management Response

Management agrees that the Area will continue to follow the established plan to communicate with
Wisconsin election officials about the Postal Service's election mail recommendations and
requirements, including our delivery standards, the benefits of using Intelligent Mail Barcode (IMb), and
having proper mailpiece addressing and design. The Postal Service has developed and is implementing
a comprehensive, nationwide outreach plan that will include meetings with each state. A meeting was
held with Wisconsin Election officials and USPS representatives on April 30, 2020, to review Wisconsin
election deadlines, the Postal Service's delivery standards, use of IMb and an overview of the Postal
Service Support Team Members. The Postal Service had conducted and will continue to hold additional
outreach meetings with Wisconsin election officials on these topics.

Target Implementation Date

Completed (April 30, 2020).

Recommendation 2
We recommend the Acting Vice President, Great Lakes Area, ensure all retail and delivery units and
mail processing facilities use the political mail log to record ballot mail.

Management Response/Action Plan

Management agrees that the Area will ensure that all retail and delivery units and mail processing
facilities use the political mail log to record ballot mail, as required by the Postal Service's existing
policies. The Processing Operations Management Order number POMO-007-19 and Delivery
Operations 2020 Political Mail Service Talk are the primary sources for the policies and procedures that
are in place for the 2020 election season, including how to use the political mail log to record ballot

475 L'ENFANT PLAZA SW
WASHINGTON DC 20260-0061
WWW.USPS.COM

- 2 -

mail. These policies will be reissued across the Great Lakes Area and all facilities will be required to certify that they have received and reviewed these materials. The Postal Service, and the Great Lakes Area specifically, will continue to reinforce and monitor compliance with these policies.  In addition, prior to each election, Delivery and Plant self-audit checklists must be sent to the Area the day before, day of and day after the election. Tracking for ballots received for delivery to the Board of Elections is required beginning one week prior to the election and continuing through three days after the election.

Target Implementation Date

July 17, 2020.

Responsible Official

████████  Great Lakes Area Political Mail Coordinator

Recommendation 3
We recommend the Acting Vice President, Great Lakes Area, ensure Political and Election Mail coordinators coordinate with election offices to ensure they are aware of proper ballot mailing processes.

Management Response/Action Plan

Management agrees that the Area will continue to coordinate with election offices to ensure they are aware of proper ballot mailing processes. Each District must contact the Boards of Elections within its jurisdiction prior to June 30, 2020, to reinforce the Postal Service's recommendations for mailing ballots, ensure proper mailing procedures are being followed, and any questions raised are answered. Completed outreach is tracked by the District Coordinators on the Political and Election Mail webpage.

In addition, on June 16, 2020, the Postal Service held a meeting with the Wisconsin Election Commission (WEC) regarding ballot design and preparation. Postal representatives have been working with the WEC and have conducted over 700 outreach meeting with the Boards of Elections regarding the Postal Service's ballot mailing recommendations and IMb, since Wisconsin decided to include IMb on its return ballots for improved visibility.

Target Implementation Date

July 17, 2020.

Responsible Official

████████  Great Lakes Area Political Mail Coordinator

Responses to potential issues identified in the report are listed below.

Ballots requested less than seven days before an election are at a high risk of not being delivered, completed by voters, and returned to the election offices in time.

Management agrees that ballots requested less than seven days before an election are at high risk of not being completed and returned to election offices in time to be counted. The Postal Service has been and will continue to be conducting outreach with state and local election officials. As part of these outreach meetings, the Postal Service discusses the Postal Service's delivery standards and the state's deadlines. The Postal Service is committed to delivering ballots in a timely manner, and our delivery standards reflect our operational capabilities. We endeavor to deliver ballots entered

- 3 -

close to the election date as soon as possible. However, we cannot guarantee a specific delivery date or alter standards to comport with individual state election law.

Breakdowns or exceptions in the postmark process may lead to some ballots not being postmarked.

Management agrees that isolated incidents may occur during processing that could cause a ballot to not receive a postmark, despite the Postal Service's policy. The Postal Service's policy provides that all returned ballots must be postmarked. This policy has been in effect since April 23, 2018. The Postal Service has instructed and equipped employees and has developed and monitored processes to ensure that ballots are postmarked, and the Postal Service will continue those efforts.

Election offices should be educated on the benefits provided by IMb.

Management agrees that election offices should be educated on the benefits provided by IMb. The Postal Service has explained and will continue to emphasize the benefits of including an IMb on ballot envelopes, and other Election Mail, during outreach meetings with state and local boards of election. In addition, the benefits of using an IMb were explained in Kit 600, *2020 Election Mail Guide*, which was distributed to 11,500 election officials in March 2020. The May 29, 2020, letter to election officials and state party officials (containing Publication 632, *State and Local Election Mail Users' Guide*) reemphasized the Postal Service's recommendation that election officials include IMbs on all Election Mail. We also maintain a comprehensive set of Election Mail resources on our website at https://about.usps.com/election-mail/electionmail-resources.htm.

Some states have numerous elections offices which could make it more challenging for a Political and Election Mail coordinator to effectively communicate with all their assigned election offices.

Management agrees that it is potentially more challenging to communicate with election officials in states with numerous election offices, however the Postal Service has taken several steps to facilitate communication with all election officials and minimize the potential for challenges. We have appointed full-time Political and Election Mail Coordinators at the state and district level. In addition, many districts support the full-time coordinators with additional coordinators. The Postal Service also uses technology to hold remote meetings with large groups of election officials.

Recommendation 4

We recommend the Chief Operating Officer & Executive Vice President, develop and implement an action plan with timelines to address the potential national issues (ballot deadlines, postmarks, tracking technology, and Political and Election Mail coordinators) identified in this report.

Management Response/Action Plan

Management agrees with this recommendation. The Postal Service has communicated its delivery standards and the available IMb tracking technology to election officials multiple times since the beginning of the year. We distributed Kit 600 in March 2020, issued our Guidance Letter in May 2020, which included copies of Publication 632, and have conducted outreach meetings with state and local board of election beginning in February 2020. We also maintain a comprehensive set of Election Mail resources on our website at https://about.usps.com/election-mail/electionmail-resources.htm.

It is our national policy to postmark all ballots. We have communicated and will continue to emphasize this policy to all employees through Processing Operations Management Orders and Service and Stand Up Talks, as well as redistributing the policy letter.

- 4 -

Political and Election Mail Coordinators have been assigned in each Area and District and are dedicated to the Election Mail process. In states with high numbers of election offices, additional personnel assist with outreach to election officials. The Postal Service also employs various tools to facilitate remote meetings with multiple election jurisdictions at one time.

<u>Target Implementation Date</u>

Completed

David E. Williams
Chief Operating Officer & Executive
Vice President

Salvatore N. Vacca
Acting Area Vice President
Great Lakes Area

cc:     *Manager, Corporate Audit Response Management*

↰ BACK *to* COVER



**OFFICE OF**

# INSPECTOR
# GENERAL

**UNITED STATES POSTAL SERVICE**

Contact us via our Hotline and FOIA forms.
Follow us on social networks.
Stay informed.

1735 North Lynn Street
Arlington, VA  22209-2020
(703) 248-2100

For media inquiries, contact Agapi Doulaveris
Telephone: 703-248-2286
adoulaveris@uspsoig.gov



