IN THE UNITED STATES DISTRIC COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS DEMOCRATIC PARTY; DSCC; and DCCC,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUTH R. HUGHS, in her official capacity as the Texas Secretary of State,<br><br>*Defendant*. | CIVIL ACTION NO. 5:20-cv-00008-OLG |

**THE TEXAS SECRETARY OF STATE'S NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(A), Defendant Ruth R. Hughs, in her official capacity as the Texas Secretary of State, gives this notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Order entered in this action on July 22, 2020. [ECF No. 24] The Secretary moved to dismiss all claims based on sovereign immunity. The order denying the Secretary's motion to dismiss is therefore immediately appealable under the collateral order doctrine. *See P.R. Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 141 (1993); *City of Austin v. Paxton*, 943 F.3d 993, 996 (5th Cir. 2019). Because the Secretary asserted sovereign immunity against all claims asserted by the plaintiffs, this notice of appeal divests this Court of jurisdiction during the pendency of the appeal. "[N]otice of interlocutory appeal following a district court's denial of a defendant's immunity defense divests the district court of jurisdiction to proceed against that defendant." *Williams v. Brooks*, 996 F.2d 728, 729–30 (5th Cir. 1993) (per curiam); *see also Wooten v. Roach*, 964 F.3d 395, 412 (5th Cir. 2020). Based on the foregoing Fifth Circuit precedent, proceedings in this Court, including all discovery matters, are suspended pending resolution of the appeal.

Date: August 14, 2020                                    Respectfully submitted.

KEN PAXTON                                               /s/ Patrick K. Sweeten
Attorney General of Texas                                PATRICK K. SWEETEN
                                                         Associate Deputy for Special Litigation

JEFFREY C. MATEER
First Assistant Attorney General                         TODD LAWRENCE DISHER
                                                         Deputy Chief, Special Litigation Unit

RYAN L. BANGERT
Deputy First Assistant Attorney General                  WILLIAM T. THOMPSON
                                                         Special Counsel

                                                         KATHLEEN T. HUNKER
                                                         Special Counsel

                                                         CORY A. SCANLON
                                                         Assistant Attorney General

                                                         OFFICE OF THE ATTORNEY GENERAL
                                                         P.O. Box 12548 (MC-009)
                                                         Austin, Texas 78711-2548
                                                         Tel.: (512) 936-1414
                                                         Fax: (512) 936-0545
                                                         patrick.sweeten@oag.texas.gov
                                                         todd.disher@oag.texas.gov
                                                         will.thompson@oag.texas.gov
                                                         kathleen.hunker@oag.texas.gov
                                                         cory.scanlon@oag.texas.gov

                                                         **COUNSEL FOR THE TEXAS SECRETARY OF STATE**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on August 14, 2020, and that all counsel of record were served by CM/ECF.

                                                         /s/ Patrick K. Sweeten
                                                         PATRICK K. SWEETEN