**FILED**

SEP - 9 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 09, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 20-50667    Texas Democratic Party, et al v. Ruth Hughs
                    USDC No. 5:20-CV-8-OLG

Enclosed is the nondispositive opinion entered in the case captioned above.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Nancy F. Dolly, Deputy Clerk
                        504-310-7683

Ms. Jeannette Clack
Mr. Chad Wilson Dunn
Mr. Marc Erik Elias
Mr. Matthew Hamilton Frederick
Mr. Patrick K. Sweeten