FILED
June 30, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS DEMOCRATIC PARTY, DSCC, and DCCC<br><br>Plaintiffs<br><br>v.<br><br>RUTH R. HUGHS, in her official capacity as Texas Secretary of State<br><br>Defendant | CIVIL NO. SA-20-CV-08-OG |

## ORDER

Pursuant to the Fifth Circuit's opinion, judgment, and mandate filed on June 28, 2021, the claims in this case are DISMISSED for lack of subject matter jurisdiction. Plaintiffs shall pay the costs on appeal taxed by the Clerk of the Court for the Fifth Circuit to the extent they have not already done so. Docket no. 46. This case is closed.

SIGNED this  30th  day of June, 2021.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE